FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 MAY -2 P 2: 24

| | |
|---|---|
| PRACTICEWORKS, INC., et al. | * |
| Plaintiffs, | *   Civil No.: JFM02CV1205 |
| v. | * |
| PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC., | * |
| | * |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff PracticeWorks, Inc. and Softdent, LLC. and Defendant Professional Software Solutions of Illinois, Inc., by their undersigned counsel, stipulate that the time during which the defendant must respond to the Complaint filed in this action is extended through and including May 15, 2002. Plaintiffs' counsel has authorized defendants' counsel to execute this stipulation on their behalf.

JMM 695599.1 5/1/02 10:06 AM

_S. Scott Morrison_ /JMM      _John M.G. Murphy_
S. Scott Morrison                              John M.G. Murphy
Katten, Muchin, Zavis,                         Ober, Kaler, Grimes & Shriver
Rosenman                                       A Professional Corporation
1205 Thomas Jefferson St.,                     120 E. Baltimore St., 8th fl.
N.W., East Lobby, Suite 700                    Baltimore, MD  21202
Washington, DC  20007-5201                     410-685-1120
202-625-3624                                   Fax:  410-547-0699

and                                            Attorneys for Defendants

Howard E. Cotton
Michael S. Gordon
Katten Muchin, Zavis,
Rosenman
575 Madison Ave.
New York, NY  10022
212-940-8855

Attorneys for Plaintiffs



cc:  S. Scott Morrison, Esq.
     Howard E. Cotton, Esq