FEE PAID
#185771
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ORIGINAL
FILED
LODGED     RECEIVED

MAY 29 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

| | | |
|---|---|---|
| PRACTICEWORKS, INC., et al., | * | |
| **Plaintiff(s)** | * | Case No.: JFM-02-1205 & JFM-02-1206 |
| vs. | * | |
| PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC., | * | |
| **Defendant(s)** | | |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __NICOLE LYNN KOBRINE__, am a member in good standing of the bar of this Court. My bar number is __013646__. I am moving the admission of __HOWARD E. COTTON__ to appear *pro hac vice* in this case as counsel for __PRACTICEWORKS, INC. and SOFTDENT, LLC__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | 1984 |
| U.S. Dist. Ct., E.D.N.Y. | 1984 |
| U.S. Dist. Ct., S.D.N.Y. | 1984 |
| U.S. Dist. Ct., N.D.N.Y. | 1989 |
| U.S. Ct. of Appeals, 2nd Cir. | 1987 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.	The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.	The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.	Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.	**The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

NICOLE LYNN KOBRINE
_____
Printed Name

Katten Muchin Zavis Rosenman
_____
Firm
1025 Thomas Jefferson St., NW - 700E
Washington, D.C.   20007
_____
Address

(202) 625-3500
_____
Telephone Number

(202) 298-7570
_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

HOWARD E. COTTON
_____
Printed Name

Katten Muchin Zavis Rosenman
_____
Firm
575 Madison Avenue
New York, New York   10022-2585
_____
Address

(212) 940-8800
_____
Telephone Number

(212) 940-8776
_____
Fax Number

Prid 287680
Plid 116722

*******************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

_Jun 3 2002_____          _____
Date                                   United States District Judge

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                           Page 2 of 2