

$50 FEE PAID
# 118771
FEE NOT PAID
(SEND LETTER)

FILED ___ ENTERED
___ LODGED ___

MAY 29 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

PRACTICEWORKS, INC., et al.,

      Plaintiff(s)

vs.

PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC.,

      Defendant(s)

Case No.: JM-02-1205 & JM-02-1206

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, NICOLE LYNN KOBRINE, am a member in good standing of the bar of this Court. My bar number is 013646. I am moving the admission of MICHAEL S. GORDON to appear *pro hac vice* in this case as counsel for PRACTICEWORKS, INC. and SOFTDENT, LLC.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| New Jersey State | 1992 |
| New York State | 1993 |
| U.S. Dist. Ct., Dist of New Jersey | 1992 |
| U.S. Dist. Ct., E.D.N.Y. | 1993 |
| U.S. Dist. Ct., S.D.N.Y. | 1993 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Nicole Lynn Kobrine | /s/ Michael Gordon |
| Signature | Signature |
| NICOLE LYNN KOBRINE | MICHAEL S. GORDON |
| Printed Name | Printed Name |
| Katten Muchin Zavis Rosenman | Katten Muchin Zavis Rosenman |
| Firm | Firm |
| 1025 Thomas Jefferson St., NW - 700E Washington, D.C.   20007 | 575 Madison Avenue New York, New York   10022-2585 |
| Address | Address |
| (202) 625-3500 | (212) 940-8800     Prid_____ / |
| Telephone Number | Telephone Number   Plid_____ / |
| (202) 298-7570 | (212) 940-8776 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

☒ GRANTED        ☐ DENIED

_June 3, 2002_                                    _____
Date                                              United States District Judge