UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PRACTICEWORKS, INC., et al.         *

    Plaintiffs,                     *      Civil No.: JFM02CV1205

v.                                  *

PROFESSIONAL SOFTWARE SOLUTIONS     *
    OF ILLINOIS, INC.,
                                    *
    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION FOR EXTENSION OF TIME

Plaintiffs PracticeWorks, Inc. and Softdent, LLC and defendant Professional Software Solutions of Illinois, Inc., by their undersigned counsel, stipulate that the time during which plaintiffs must reply to the Answer, Affirmative Defenses and Counterclaims filed by defendant in this action is extended through and including June 18, 2002. Defendant's counsel has authorized plaintiffs' counsel to execute this stipulation on his behalf.

S. Scott Morrison / NVK
S. Scott Morrison
Katten Muchin Zavis Rosenman
1205 Thomas Jefferson St.
East Lobby, Suite 700
Washington, DC  20007-5201
202-625-3624
Fax:  202-298-7570
Attorneys for Plaintiffs

John M.G. Murphy / with permission NVK
John M.G. Murphy
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore St., 8th fl.
Baltimore, MD  21202
410-685-1120
Fax:  410-547-0699
Attorneys for Defendant

22167229.01