IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| PRACTICEWORKS, INC. | * | |
| Plaintiff | * | |
| | | CIVIL ACTION NO. |
| v. | * | |
| | | JFM 02 CV 1205 |
| PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC. | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon the foregoing Motion for Admission *Pro Hac Vice* for Mark E. Wiemelt, Esquire, movant's motion is HEREBY GRANTED.

_6/7/02_
Date

_____
Judge, United States District
Court for the District of Maryland