FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 AUG -2 P 12:47
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 AUG -1 P 3: 50
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------------------- x
PRACTICEWORKS, INC., et al.,           )
                                       )
                   Plaintiffs          )   Civil No.: JFM 02 CV 1205
                                       )
    - against -                        )
                                       )
PROFESSIONAL SOFTWARE SOLUTIONS        )
OF ILLINOIS, INC.,                     )
                                       )
                   Defendant.          )
------------------------------------------------- x
------------------------------------------------- x
                                       )
PRACTICEWORKS, INC., et al.,           )
                                       )
                   Plaintiffs          )   Civil No.: JFM 02 CV 1206
                                       )
    - against -                        )
                                       )
DENTAL MEDICAL AUTOMATION, INC.,       )
                                       )
                   Defendant.          )
------------------------------------------------- x

### STIPULATION FOR EXTENSION OF TIME

Plaintiffs PracticeWorks, Inc. and SoftDent LLC ("Plaintiffs") and Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants"), by their undersigned counsel, stipulate that the time during which Defendants must serve and file their opposition to Plaintiffs' Motion for Partial Summary Judgment and for

22171280.01

Partial Judgment on the Pleadings in this action is extended through and including August 19, 2002.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 AUG -2 P 12:47
[BALTIMORE]
DEPUTY

The parties further stipulate that Plaintiffs' time to serve and file their reply in further support of their Motion For Partial Summary ~~Judgment and~~ for Partial Judgment on the Pleadings is extended through and including September 20, 2002.

_/s/ Michael Gordon_

Michael Gordon (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10028
212-940-6666
Fax: 212-894-5966

Attorneys for Plaintiffs

_/s/ John M.G. Murphy (JTM)_

John M.G. Murphy
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street, 8th fl.
Baltimore, MD 21202
410-685-1120
Fax: 410-547-0699

Attorneys for Defendants

APPROVED this _2nd_ day of _August_, 2002:

_/s/_
Judge, United States District
For the District of Maryland

22171280.01