FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 16  A 10: [ ]

[ ]'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------------------ x

PRACTICEWORKS, INC., et al.,           )
                                        )
                     Plaintiffs        )    Civil No.: JFM 02 CV 1205
                                        )
       - against -                     )
                                        )
PROFESSIONAL SOFTWARE SOLUTIONS         )
OF ILLINOIS, INC.,                     )
                                        )
                     Defendant.        )
------------------------------------------------ x
------------------------------------------------ x
                                        )
PRACTICEWORKS, INC., et al.,           )
                                        )
                     Plaintiffs        )    Civil No.: JFM 02 CV 1206
                                        )
       - against -                     )
                                        )
DENTAL MEDICAL AUTOMATION, INC.,       )
                                        )
                     Defendant.        )
------------------------------------------------ x

## STIPULATION FOR EXTENSION OF TIME

Plaintiffs PracticeWorks, Inc. and SoftDent LLC ("Plaintiffs") and Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants"), by their undersigned counsel, stipulate that Plaintiffs' time to serve and file their

22173848.01

reply in further support of their Motion For Partial Summary Judgment and for Partial Judgment on the Pleadings is extended through and including September 27, 2002.

_____
Michael Gordon (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10028
212-940-6666
Fax: 212-894-5966

Attorneys for Plaintiffs

_____
John M.G. Murphy
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street, 8th fl.
Baltimore, MD 21202
410-685-1120
Fax: 410-547-0699

Attorneys for Defendants

APPROVED this ___17th___ day of ___September___, 2002.

_____
Judge, United States District
For the District of Maryland

2217384.01