

**KMZ Rosenman**
KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 office 212.940.8776 fax

October 10, 2002

MICHAEL S. GORDON
michael.gordon@kmzr.com
212.940.6666  212.894.5966 fax

**By Facsimile**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  (1)  PracticeWorks, Inc., et al. v. Professional Software
          Solutions of Illinois, Inc., Civil No. JFM-02-1205

     (2)  Practice Works, Inc., et al. v. Dental Medical
          Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

We represent Plaintiffs PracticeWorks, Inc. and SoftDent, LLC ("Plaintiffs"). As the Court will recall, Plaintiffs have made motions for partial summary judgment and for partial judgment on the pleadings, which were opposed by Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants"), and which were fully briefed on September 27, 2002. We make a joint request with counsel for Defendants to defer depositions that would otherwise have to be completed by the discovery deadline of October 31, 2002, until after Plaintiffs' motions have been decided. While the parties disagree as to the need for depositions in this case, they do agree that conducting and indeed concluding depositions while a potentially dispositive motion remains pending gives rise to the potential of wasted resources.

The parties already have exchanged document requests and interrogatories and have agreed that written responses and documents are due on October 16 for Plaintiffs and November 18 for Defendants, pending the Court's extension of the discovery cut-off beyond October 31.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael S. Gordon

New York   Charlotte   Chicago   Los Angeles   Newark   Palo Alto   Washington, DC   www.kmzr.com
A Law Partnership including Professional Corporations
22175365.01

Honorable J. Frederick Motz
October 10, 2002
Page 2



MSG:jpb

cc: Mark E. Wiemelt, Esq. (via facsimile)
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle St., Suite 3500
Chicago, IL 60603

John M.G. Murphy, Esq. (via facsimile)
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202

Counsel for Defendants

22175365.01