IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PRACTICEWORKS, INC., et al. | * | |
| | * | |
| v. | * | CIVIL NO. JFM-02-1205 |
| | * | |
| PROFESSIONAL SOFTWARE | * | |
| SOLUTIONS OF ILLINOIS, INC. | * | |
| | ***** | |
| | * | |
| PRACTICEWORKS, INC., et al., | * | |
| | * | |
| v. | * | CIVIL NO. JFM-02-1206 |
| | * | |
| DENTAL MEDICAL | * | |
| AUTOMATION, INC. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of January 2003

ORDERED that

1. Plaintiffs' motion for partial summary judgment is granted;

2. Judgment is entered for the plaintiffs on Counts One, Two, and Three of the Complaint;

3. Judgment is entered for the plaintiffs on Counterclaims One through Five, Eight, and Nine; and

4. Judgment is entered for the plaintiffs for reasonable attorney's fees and costs associated with bringing this action and litigating this motion.

_____
J. Frederick Motz
United States District Judge

11