**EXHIBIT A**

Practiceworks. Inc
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

Invoice Number
Invoice Date                    5/28/02
Client Number                   101050
Matter Number                   00003

IN ACCOUNT WITH



# KMZ Rosenman
## KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                              (212) 940-8800

INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED .........................................................................................................    85,290.50

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED .........................................................................................................    2,498.05

BALANCE DUE .....................................................................................................    $87,788.55

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

22162966.01

Practice Solutions
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | | |
|---|---|---|
| Invoice Date | 3/28/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 2/28/02:

| Date | Timekeeper | Hours | Value |
|---|---|---|---|
| 1/17/02 | James J. Calder | 1.2 | 600.00 |
| 1/17/02 | Howard E. Cotton | 2.6 | 1,295.00 |
| 1/18/02 | James J. Calder | 1.6 | 800.00 |
| 1/18/02 | Howard E. Cotton | 1.9 | 935.00 |
| 1/21/02 | Richard Julie | 5.8 | 1,305.00 |
| 1/22/02 | Howard E. Cotton | 0.6 | 310.00 |
| 1/22/02 | James J. Calder | 0.8 | 400.00 |
| 1/23/02 | Michael S Gordon | 0.8 | 319.20 |
| 1/23/02 | Howard E. Cotton | 1.0 | 490.00 |
| 1/23/02 | Richard Julie | 8.4 | 1,890.00 |
| 1/24/02 | Howard E. Cotton | 2.9 | 1,470.00 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22162966.01

101050
00003
3/28/02

Case 1:02-cv-01205-JFM    Document 30-2    Filed 03/25/2003    Page 4 of 29

Practiceworks, Inc
Professional Software Solutions, NE

Page 3

| | | | |
|---|---|---|---|
| 1/24/02 | Michael S Gordon | 3.1 | 1,170.40 |
| 1/25/02 | James J. Calder | 1.5 | 750.00 |
| 1/25/02 | Howard E. Cotton | 1.4 | 715.00 |
| 1/25/02 | Michael S Gordon | 2.5 | 957.60 |
| 1/28/02 | Richard Julie | 9.8 | 2,205.00 |
| 1/28/02 | Michael S Gordon | 3.9 | 1,485.80 |
| 1/28/02 | Howard E. Cotton | 1.3 | 670.00 |
| 1/29/02 | Richard Julie | 8.2 | 1,845.00 |
| 1/29/02 | Howard E. Cotton | 1.3 | 625.00 |

REDACTED

101050
00003
3/28/02

Case 1:02-cv-01205-JFM    Document 30-2    Filed 03/25/2003    Page 5 of 29

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice Number    00300099
Page 4

| Date | Name | | Hours | Amount |
|------|------|---|-------|--------|
| 1/29/02 | Michael S Gordon | | 5.3 | 2,017.80 |
| 1/30/02 | Bret Danow | | 1.9 | 427.50 |
| 1/30/02 | Karen Artz Ash | | 3.0 | 1,500.00 |
| 1/30/02 | James J. Calder | REDACTED | 2.0 | 1,000.00 |
| 1/30/02 | Richard Julie | | 7.2 | 1,620.00 |
| 1/30/02 | Howard E. Cotton | | 1.8 | 890.00 |
| 1/30/02 | Michael S Gordon | | 4.9 | 1,877.20 |
| 1/31/02 | Howard E. Cotton | | 0.9 | 445.00 |
| 1/31/02 | Michael S Gordon | | 4.4 | 1,664.40 |
| 2/1/02 | Michael S Gordon | | 4.3 | 1,716.00 |
| 2/4/02 | Howard E. Cotton | | 2.7 | 1,407.00 |

10T050
00003
3/28/02

Practiceworks, inc
Professional Software Solutions, NE

Invoice Numbers

Page 5

Case 1:02-cv-01205-JEM   Document 30-2   Filed 03/25/2003   Page 6 of 29

| 2/4/02 | Michael S Gordon | 4.2 | 1,676.00 |
|--------|------------------|-----|----------|
| 2/5/02 | Howard E. Cotton | 2.3 | 1,218.00 |
| 2/5/02 | Michael S Gordon | 4.4 | 1,752.00 |
| 2/6/02 | Michael S Gordon | 4.5 | 1,788.00 |
| 2/6/02 | Howard E. Cotton | 2.9 | 1,496.25 |
| 2/7/02 | Michael S Gordon | 3.5 | 1,380.00 |
| 2/7/02 | Howard E. Cotton | 2.9 | 1,496.25 |
| 2/8/02 | Michael S Gordon | 1.7 | 672.00 |
| 2/8/02 | Howard E. Cotton | 1.7 | 887.25 |
| 2/11/02 | Michael S Gordon | 2.1 | 856.00 |
| 2/11/02 | Howard E. Cotton | 2.7 | 1,407.00 |
| 2/12/02 | Michael S Gordon | 2.6 | 1,044.00 |

REDACTED

22162966.01

101050    Practiceworks, Inc.    Invoice Number 6036853
00003    Professional Software Solutions, NE    Page 6
3/28/02

| 2/12/02 | Howard E. Cotton | 1.8 | 934.50 |
|---------|------------------|-----|----------|
| 2/13/02 | Howard E. Cotton | 2.1 | 1,123.50 |
| 2/13/02 | Michael S Gordon | 0.9 | 372.00 |
| 2/14/02 | Howard E. Cotton | 2.4 | 1,265.25 |
| 2/19/02 | Howard E. Cotton | 2.5 | 1,312.50 |
| 2/19/02 | Michael S Gordon | 2.5 | 1,008.00 |
| 2/20/02 | Howard E. Cotton | 3.0 | 1,590.75 |
| 2/20/02 | Michael S Gordon | 2.4 | 968.00 |
| 2/20/02 | Jason Halper | 1.7 | 314.50 |
| 2/21/02 | Howard E. Cotton | 2.7 | 1,407.00 |
| 2/21/02 | Richard Julie | 2.4 | 552.00 |

REDACTED

22162966.01

101050
00003
3/28/02

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice Number    0050855
Page 7

| Date | Name | Hours | Amount |
|---|---|---|---|
| 2/21/02 | Michael S Gordon | 2.2 | 896.00 |
| 2/21/02 | Jason Halper | 6.5 | 1,202.50 |

REDACTED

| 2/22/02 | Michael S Gordon | 1.9 | 744.00 |
| 2/22/02 | Richard Julie | 3.4 | 782.00 |
| 2/22/02 | Howard E. Cotton | 2.9 | 1,496.25 |

22162966.01

101050
00003
3/28/02

Practiceworks, Inc.
Professional Software Solutions, NE

Case 1:02-cv-01205-JFM    Document 30-2    Filed 03/25/2003    Page 9 of 29

Invoice Number    b0508bb
Page 8

| Date | Name | Hours | Amount |
|---|---|---|---|
| 2/22/02 | Jason Halper | 7.3 | 1,350.50 |
| 2/23/02 | Richard Julie | 5.8 | 1,334.00 |
| 2/23/02 | Jason Halper | 0.5 | 92.50 |
| 2/24/02 | Jason Halper | 1.5 | 277.50 |
| 2/25/02 | Richard Julie | 5.2 | 1,196.00 |
| 2/25/02 | Michael S Gordon | 2.6 | 1,044.00 |

REDACTED

101050
00003
3/28/02

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice number   8030033
Page 9

Case 1:02-cv-01205-JFM   Document 30-2   Filed 03/25/2003   Page 10 of 29

| Date | Name | Hours | Amount |
|---|---|---|---|
| 2/25/02 | Jason Halper | 5.5 | 1,017.50 |
| 2/25/02 | Howard E. Cotton | 3.1 | 1,638.00 |
| 2/26/02 | Richard Julie | 6.9 | 1,587.00 |
| 2/26/02 | Michael S Gordon | 3.5 | 1,380.00 |
| 2/26/02 | Howard E. Cotton | 3.6 | 1,874.25 |
| 2/27/02 | Howard E. Cotton | 3.9 | 2,063.25 |
| 2/27/02 | Michael S Gordon | 2.6 | 1,040.00 |
| 2/28/02 | Howard E. Cotton | 2.9 | 1,543.00 |
| 2/28/02 | Richard Julie | 1.1 | 253.00 |

REDACTED

Professional Software Solutions, NE                           Page 10

REDACTED

| 2/28/02 | Michael S Gordon | | | | 2.9 | 1,155.60 |

TOTAL HOURS                                    234.6

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Danow, Bret | 1.9 | at | 225 | = | 427.50 |
| Cotton, Howard E. | 46.0 | at | 525 | = | 24,160.00 |
| Cotton, Howard E. | 15.7 | at | 500 | = | 7,845.00 |
| Halper, Jason | 23.0 | at | 185 | = | 4,255.00 |
| Calder, James J. | 7.1 | at | 500 | = | 3,550.00 |
| Ash, Karen Artz | 3.0 | at | 500 | = | 1,500.00 |
| Gordon, Michael S | 48.7 | at | 400 | = | 19,491.60 |
| Gordon, Michael S | 25.0 | at | 380 | = | 9,492.40 |
| Julie, Richard | 24.8 | at | 230 | = | 5,704.00 |
| Julie, Richard | 39.4 | at | 225 | = | 8,865.00 |

**CURRENT FEES**                                         85,290.50

## FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|---|---|---|---|
| 02/01/02 | Local Travel - | 7.60 | |
| | Total Local Travel | | 7.60 |
| 01/23/02 | Telephone #: 7708505006 | 0.60 | |
| 02/01/02 | Telephone #: 7708505006 | 0.60 | |
| 02/07/02 | Fax #: 17708505011 | 16.74 | |
| 02/13/02 | Fax #: 17708505011 | 0.60 | |
| 02/26/02 | Fax #: 17708505011 | 2.09 | |

| Date | Description | Amount | Total |
|---|---|---|---|
| | Total Telephone | | 20.63 |
| 02/07/02 | Pages Sent: 37 Fax #: 17708505011 | 59.20 | |
| 02/13/02 | Pages Sent: 3 Fax #: 17708505011 | 4.80 | |
| 02/26/02 | Pages Sent: 8 Fax #: 17708505011 | 12.80 | |
| 02/28/02 | Pages Sent: 11 Fax #: 17708505011 | 17.60 | |
| 02/28/02 | Pages Sent: 5 Fax #: 17708505011 | 8.00 | |
| | Total Telex/Telecopy | | 102.40 |
| 01/24/02 | Postage | 2.64 | |
| | Total Postage | | 2.64 |
| 01/17/02 | Copy Count: 11 | 2.20 | |
| 01/18/02 | Copy Count: 2 | 0.40 | |
| 01/18/02 | Copy Count: 20 | 4.00 | |
| 01/18/02 | Copy Count: 52 | 10.40 | |
| 01/18/02 | Copy Count: 6 | 1.20 | |
| 01/18/02 | Copy Count: 4 | 0.80 | |
| 01/23/02 | Copy Count: 2 | 0.40 | |
| 01/24/02 | Copy Count: 48 | 9.60 | |
| 01/30/02 | Copy Count: 21 | 4.20 | |
| 01/30/02 | Copy Count: 21 | 4.20 | |
| 01/30/02 | Copy Count: 2 | 0.40 | |
| 01/30/02 | Copy Count: 22 | 4.40 | |
| 02/07/02 | Copy Count: 74 | 14.80 | |
| 02/13/02 | Copy Count: 3 | 0.60 | |
| 02/13/02 | Copy Count: 4 | 0.80 | |
| 02/26/02 | Copy Count: 15 | 3.00 | |
| 02/26/02 | Copy Count: 2 | 0.40 | |
| 02/26/02 | Copy Count: 3 | 0.60 | |
| 02/26/02 | Copy Count: 3 | 0.60 | |
| 02/28/02 | Copy Count: 7 | 1.40 | |

101050
00003
3/28/02

Case 1:02-cv-01205-JFM    Document 30-2    Filed 03/25/2003    Page 13 of 29

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice Number    6056055
Page 12

| 02/28/02 | Copy Count: 20 | 4.00 | |
| 02/28/02 | Copy Count: 3 | 0.60 | |
| 02/28/02 | Copy Count: 39 | 7.80 | |
| | Total Duplicating | | 76.80 |
| 01/23/02 | Legal Research: GORDON,MICHAEL | 103.70 | |
| 01/30/02 | Legal Research: DANOW,BRET | 442.03 | |
| 02/20/02 | Legal Research: HALPER,JASON | 84.64 | |
| 02/21/02 | Legal Research: JULIE,RICHARD | 56.46 | |
| 02/22/02 | Legal Research: HALPER,JASON | 523.18 | |
| 02/23/02 | Legal Research: JULIE,RICHARD | 172.80 | |
| 02/24/02 | Legal Research: HALPER,JASON | 190.02 | |
| 02/25/02 | Legal Research: JULIE,RICHARD | 132.79 | |
| 02/25/02 | Legal Research: HALPER,JASON | 316.02 | |
| 02/26/02 | Legal Research: JULIE,RICHARD | 266.34 | |
| | Total Lexis/Westlaw | | 2,287.98 |
| | CURRENT EXPENSES | | 2,498.05 |
| | TOTAL AMOUNT OF THIS INVOICE | | 87,788.55 |

22162966.01

**EXHIBIT B**

Practicewares Inc. Number 60-2969
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Date | 4/24/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

IN ACCOUNT WITH



## KMZ Rosenman
### KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                                                 (212) 940-8800

## INVOICE  SUMMARY

| | |
|---|---:|
| FEES FOR PROFESSIONAL SERVICES RENDERED PER THE ATTACHED ................................................................................ | 42,510.00 |
| EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE ATTACHED ................................................................................ | 8,068.18 |
| OUTSTANDING BALANCE ......................................................................... | 87,788.55 |
| BALANCE DUE ......................................................................................... | $138,366.73 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

22164920.01

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA  30339
Attn:  Dennis J. Stockwell, Esq.
General Counsel

Invoice Number    6040669
Invoice Date       4/24/02
Client Number      101050
Matter Number      00003

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 3/31/02:

| Date | Timekeeper | Hours | Value |
|------|-----------|-------|-------|
| 3/1/02 | Howard E. Cotton | 2.4 | 1,260.00 |
| 3/1/02 | Michael S Gordon | 2.2 | 880.00 |
| 3/1/02 | Karen Artz Ash | 2.0 | 1,050.00 |
| 3/1/02 | Joseph Zuckerman | 0.4 | 210.00 |
| 3/1/02 | Bret Danow | 1.8 | 414.00 |
| 3/4/02 | Jason Halper | 2.7 | 499.50 |
| 3/4/02 | Howard E. Cotton | 2.9 | 1,522.50 |
| 3/4/02 | Bret Danow | 0.6 | 138.00 |
| 3/4/02 | Karen Artz Ash | 0.8 | 420.00 |
| 3/5/02 | Howard E. Cotton | 4.3 | 2,257.50 |
| 3/5/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 3/6/02 | Joseph Zuckerman | 0.4 | 210.00 |
| 3/6/02 | Michael S Gordon | 3.3 | 1,320.00 |
| 3/6/02 | Joseph Zuckerman | 0.4 | 210.00 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22164920.01

101050
00003
4/24/02

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice Number  8040669
Page 3

| Date | Name | Hours | Amount |
|------|------|-------|--------|
| 3/6/02 | Howard E. Cotton | 3.4 | 1,785.00 |
| 3/6/02 | Richard Julie | 4.8 | 1,104.00 |
| 3/6/02 | Jason Halper | 4.0 | 740.00 |
| 3/7/02 | Michael S Gordon | 2.7 | 1,080.00 |
| 3/7/02 | Howard E. Cotton | 2.8 | 1,470.00 |
| 3/7/02 | S. S. Morrison | 2.3 | 885.50 |
| 3/8/02 | Michael S Gordon | 2.2 | 880.00 |
| 3/8/02 | Howard E. Cotton | 2.0 | 1,050.00 |
| 3/10/02 | Richard Julie | 2.2 | 506.00 |
| 3/11/02 | Howard E. Cotton | 3.8 | 1,995.00 |
| 3/12/02 | Howard E. Cotton | 2.5 | 1,312.50 |
| 3/13/02 | Howard E. Cotton | 2.7 | 1,417.50 |
| 3/13/02 | Richard Julie | 3.3 | 759.00 |
| 3/14/02 | Michael S Gordon | 3.5 | 1,400.00 |
| 3/14/02 | Howard E. Cotton | 2.5 | 1,312.50 |
| 3/15/02 | Howard E. Cotton | 3.0 | 1,575.00 |

REDACTED

22164920.01

101050          Practiceworks, Inc.                          Invoice Number      6040669
00003           Professional Software Solutions, NE          Page 4
4/24/02

| | | | |
|---|---|---|---|
| 3/15/02 | Jason Halper | 4.9 | 906.50 |
| 3/15/02 | Karen Artz Ash | 0.2 | 105.00 |
| 3/15/02 | Michael S Gordon | 5.7 | 2,280.00 |
| 3/16/02 | Jason Halper | 2.0 | 370.00 |
| 3/18/02 | Howard E. Cotton | 1.0 | 525.00 |
| 3/18/02 | Michael S Gordon | 1.5 | 600.00 |
| 3/22/02 | Michael S Gordon | 1.3 | 520.00 |
| 3/25/02 | Michael S Gordon | 2.6 | 1,040.00 |
| 3/26/02 | Michael S Gordon | 2.8 | 1,120.00 |
| 3/27/02 | Howard E. Cotton | 2.4 | 1,260.00 |
| 3/27/02 | Michael S Gordon | 1.0 | 400.00 |
| 3/28/02 | Howard E. Cotton | 2.3 | 1,207.50 |
| 3/28/02 | Michael S Gordon | 0.5 | 200.00 |
| 3/29/02 | Howard E. Cotton | 2.5 | 1,312.50 |

REDACTED

TOTAL HOURS                                    105.1

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Danow, Bret | 2.4 | at | 230 | = | 552.00 |
| Cotton, Howard E. | 40.5 | at | 525 | = | 21,262.50 |

22164920.01

PracticeWorks, Inc.                                                                Invoice Number
Professional Software Solutions, NE                                                Page 5

| | | | | | |
|---|---|---|---|---|---|
| Halper, Jason | 13.6 | at | 185 | = | 2,516.00 |
| Zuckerman, Joseph | 1.2 | at | 525 | = | 630.00 |
| Ash, Karen Artz | 3.0 | at | 525 | = | 1,575.00 |
| Gordon, Michael S | 31.8 | at | 400 | = | 12,720.00 |
| Julie, Richard | 10.3 | at | 230 | = | 2,369.00 |
| Morrison, S. S. | 2.3 | at | 385 | = | 885.50 |

CURRENT FEES                                                                            42,510.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|---|---|---|---|
| 03/01/02 | Local Travel | 49.00 | |
| | Total Local Travel | | 49.00 |
| 03/05/02 | Telephone #: 7708505006 | 0.30 | |
| 03/26/02 | Telephone #: 6785894407 | 0.30 | |
| | Total Telephone | | 0.60 |
| 03/01/02 | Pages Sent: 5 Fax #: 17708505011 | 8.00 | |
| | Total Telex/Telecopy | | 8.00 |
| 03/27/02 | Miscellaneous - - VENDOR:West Group | 1,697.69 | |
| | Total Miscellaneous | | 1,697.69 |
| 03/01/02 | Copy Count: 16 | 3.20 | |
| 03/01/02 | Copy Count: 40 | 8.00 | |
| 03/01/02 | Copy Count: 19 | 3.80 | |
| 03/01/02 | Copy Count: 72 | 14.40 | |
| 03/01/02 | Copy Count: 10 | 2.00 | |
| 03/05/02 | Copy Count: 63 | 12.60 | |
| 03/05/02 | Copy Count: 1 | 0.20 | |
| 03/05/02 | Copy Count: 1 | 0.20 | |
| 03/14/02 | Copy Count: 26 | 5.20 | |
| 03/14/02 | Copy Count: 13 | 2.60 | |
| | Total Duplicating | | 52.20 |
| 03/08/02 | Service Fees - - VENDOR:DLS | 157.24 | |
| | Total Service Fees | | 157.24 |
| 01/31/02 | Legal Research: HALPER,JASON | 1,493.14 | |
| 02/21/02 | Legal Research: HALPER,JASON | 1,913.95 | |

101050        Practiceworks, Inc.                              Invoice Number    6040669
00003         Professional Software Solutions, NE              Page 6
4/24/02

| 03/02/02 | Legal Research: HALPER,JASON | 567.36 |  |
|---|---|---|---|
| 03/03/02 | Legal Research: HALPER,JASON | 733.22 |  |
| 03/04/02 | Legal Research: HALPER,JASON | 9.36 |  |
| 03/06/02 | Legal Research: JULIE,RICHARD | 119.31 |  |
| 03/15/02 | Legal Research: HALPER,JASON | 532.84 |  |
| 03/16/02 | Legal Research: HALPER,JASON | 734.27 |  |
|  | Total Lexis/Westlaw |  | 6,103.45 |
|  | CURRENT EXPENSES |  | 8,068.18 |
|  | TOTAL AMOUNT OF THIS INVOICE |  | 50,578.18 |

22164920.01

**EXHIBIT C**

Practice Group Number 009546
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Date | 5/31/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

IN ACCOUNT WITH

# KMZ Rosenman
### KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532      (212) 940-8800

## INVOICE SUMMARY

| | |
|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED PER THE ATTACHED | 36,482.00 |
| EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE ATTACHED | 682.43 |
| OUTSTANDING BALANCE | 94,471.73 |
| BALANCE DUE | $131,636.16 |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

Practice Works, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | Invoice Number | 6244546 |
|---|---|---|
| | Invoice Date | 5/31/02 |
| | Client Number | 101050 |
| | Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 4/30/02:

| Date | Timekeeper | Hours | Value |
|---|---|---|---|
| 4/1/02 | Howard E. Cotton | 5.3 | 2,782.50 |
| 4/1/02 | Michael S Gordon | 5.4 | 2,160.00 |
| 4/2/02 | Howard E. Cotton | 3.6 | 1,890.00 |
| 4/2/02 | Michael S Gordon | 5.0 | 2,000.00 |
| 4/3/02 | Michael S Gordon | 5.0 | 2,000.00 |
| 4/4/02 | Michael S Gordon | 4.6 | 1,840.00 |
| 4/4/02 | Nicole L. Kobrine | 0.5 | 132.50 |
| 4/4/02 | Nicole L. Kobrine | 0.5 | 132.50 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Professional Software Solutions, NE                                   Page 3

| Date | Name | Hours | Amount |
|---|---|---|---|
| 4/4/02 | S. S. Morrison | 0.4 | 154.00 |
| 4/4/02 | Howard E. Cotton | 3.8 | 1,995.00 |
| 4/5/02 | Nicole L. Kobrine | 0.9 | 238.50 |
| 4/5/02 | Michael S Gordon | 4.2 | 1,680.00 |
| 4/5/02 | S. S. Morrison | 0.8 | 308.00 |
| 4/5/02 | Nicole L. Kobrine | 0.9 | 238.50 |
| 4/8/02 | Michael S Gordon | 5.0 | 2,000.00 |
| 4/8/02 | Jason Halper | 1.5 | 277.50 |
| 4/8/02 | Howard E. Cotton | 4.9 | 2,572.50 |

REDACTED

101050
00003
5/31/02

Practiceworks, Inc.
Professional Software Solutions, NE

Case 1:02-cv-01205-JPM    Document 30-2    Filed 03/25/2003    Page 25 of 29

Invoice Number    6044546
Page 4

| Date | Name | Hours | Amount |
|------|------|-------|--------|
| 4/8/02 | Richard D. Kelley | 3.1 | 666.50 |
| 4/9/02 | Michael S Gordon | 3.6 | 1,440.00 |
| 4/9/02 | Howard E. Cotton | 1.8 | 945.00 |
| 4/9/02 | Richard D. Kelley | 4.1 | 881.50 |
| 4/10/02 | S. S. Morrison | 0.4 | 154.00 |
| 4/10/02 | Michael S Gordon | 2.6 | 1,040.00 |
| 4/10/02 | Richard D. Kelley | 1.5 | 322.50 |
| 4/11/02 | Michael S Gordon | 1.1 | 440.00 |

REDACTED

'101050
00003
5/31/02
Case 1:02-cv-01205-JFM   Document 30-2   Filed 03/25/2003   Page 26 of 29044546
Practiceworks, Inc.
Professional Software Solutions, NE
Invoice Number:
Page 5

| | | | |
|---|---|---|---|
| 4/11/02 | Michael S Gordon | 1.0 | 400.00 |
| 4/11/02 | Marcus L. Bell | 1.4 | 245.00 |
| 4/11/02 | Howard E. Cotton | 2.0 | 1,050.00 |
| 4/11/02 | Richard D. Kelley | 0.3 | 64.50 |
| 4/12/02 | Howard E. Cotton | 1.2 | 630.00 |
| 4/12/02 | Michael S Gordon | 3.0 | 1,200.00 |
| 4/12/02 | Richard D. Kelley | 0.5 | 107.50 |
| 4/15/02 | Michael S Gordon | 0.4 | 160.00 |
| 4/15/02 | Nicole L. Kobrine | 0.2 | 53.00 |
| 4/16/02 | Michael S Gordon | 0.2 | 80.00 |
| 4/16/02 | Howard E. Cotton | 2.5 | 1,312.50 |
| 4/16/02 | Michael S Gordon | 0.3 | 120.00 |

REDACTED

Professional Software Solutions, NE       Page 6

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 4/17/02 | Nicole L. Kobrine | 1.0 | 265.00 |
| 4/17/02 | Michael S Gordon | 0.4 | 160.00 |
| 4/18/02 | Marcus L. Bell | 0.4 | 70.00 |
| 4/18/02 | Howard E. Cotton | 1.5 | 787.50 |
| 4/19/02 | Michael S Gordon | 0.4 | 160.00 |
| 4/23/02 | Richard D. Kelley | 0.4 | 86.00 |
| 4/29/02 | Howard E. Cotton | 0.5 | 262.50 |
| 4/30/02 | Michael S Gordon | 1.0 | 400.00 |
| 4/30/02 | Howard E. Cotton | 1.1 | 577.50 |

REDACTED

| | TOTAL HOURS | 90.2 |
|---|---|---|

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Cotton, Howard E. | 28.2 | at | 525 | = | 14,805.00 |
| Halper, Jason | 1.5 | at | 185 | = | 277.50 |
| Bell, Marcus L. | 1.8 | at | 175 | = | 315.00 |
| Gordon, Michael S | 43.2 | at | 400 | = | 17,280.00 |
| Kobrine, Nicole L. | 4.0 | at | 265 | = | 1,060.00 |
| Kelley, Richard D. | 9.9 | at | 215 | = | 2,128.50 |
| Morrison, S. S. | 1.6 | at | 385 | = | 616.00 |

Professional Software Solutions, NE

Page 7

| CURRENT FEES | | 36,482.00 |
|---|---|---|

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|---|---|---|---|
| 04/04/02 | Telephone #: 9193455546 | 1.79 | |
| 04/05/02 | Telephone #: 2026253636 | 1.20 | |
| 04/05/02 | Telephone #: 2026253636 | 0.60 | |
| 04/05/02 | Telephone #: 2026253636 | 0.30 | |
| 04/08/02 | Telephone #: 2026253639 | 2.69 | |
| 04/08/02 | Telephone #: 2026253639 | 0.90 | |
| 04/08/02 | Telephone #: 2026253639 | 0.90 | |
| 04/09/02 | Telephone #: 4109622600 | 1.50 | |
| 04/09/02 | Telephone #: 4109622600 | 1.20 | |
| 04/09/02 | Telephone #: 2026253639 | 0.30 | |
| 04/09/02 | Telephone #: 2026253639 | 0.90 | |
| 04/10/02 | Telephone #: 3125778412 | 2.69 | |
| 04/11/02 | Telephone #: 3122630620 | 0.30 | |
| 04/23/02 | Telephone #: 2026253639 | 0.90 | |
| | Total Telephone | | 16.17 |
| 04/04/02 | Copy Count: 4 | 0.80 | |
| 04/05/02 | Copy Count: 3 | 0.60 | |
| 04/05/02 | Copy Count: 41 | 8.20 | |
| 04/05/02 | Copy Count: 12 | 2.40 | |
| 04/11/02 | Copy Count: 272 | 54.40 | |
| 04/23/02 | Copy Count: 2 | 0.40 | |
| 04/24/02 | Copy Count: 1 | 0.20 | |
| 04/24/02 | Copy Count: 9 | 1.80 | |
| 04/24/02 | Copy Count: 12 | 2.40 | |
| | Total Duplicating | | 71.20 |
| 04/18/02 | Filing Fees - - VENDOR:Clerk, U.S. District Court | 150.00 | |
| 04/18/02 | Filing Fees - - VENDOR:Clerk, U.S. District Court | 150.00 | |
| | Total Filing Fees | | 300.00 |

101050    Practice Systems, Inc.                                    7036044546
00003     Professional Software Solutions, NE              Page 8
5/31/02

| 04/22/02 | Service Fees - - VENDOR:Bish & Associates | 61.70 | |
| | Total Service Fees | | 61.70 |
| 04/08/02 | Legal Research: HALPER,JASON | 233.36 | |
| | Total Lexis/Westlaw | | 233.36 |
| | CURRENT EXPENSES | | 682.43 |
| | TOTAL AMOUNT OF THIS INVOICE | | 37,164.43 |