**EXHIBIT D**

PracticeWorks, Inc.
1765 The Exchange
Atlanta, GA  30339
Attn:  Dennis J. Stockwell, Esq.
General Counsel

Invoice Date    6/28/02
Client Number    101050
Matter Number    00003

IN ACCOUNT WITH



**KMZ Rosenman**
*KATTEN MUCHIN ZAVIS ROSENMAN*

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                                                          (212) 940-8800

## INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED .............................................................................................    60,041.00

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED .............................................................................................    4,025.58

OUTSTANDING BALANCE ....................................................................    87,742.61

BALANCE DUE ........................................................................................    $151,809.19

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

22169248.01

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA  30339
Attn:  Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---:|
| Invoice Date | 6/28/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 5/31/02:

| Date | Timekeeper | Hours | Value |
|------|-----------|------:|------:|
| 5/1/02 | Howard E. Cotton | 3.5 | 1,837.50 |
| 5/6/02 | Michael S Gordon | 0.3 | 120.00 |
| 5/7/02 | Michael S Gordon | 0.8 | 320.00 |
| 5/8/02 | Michael S Gordon | 1.8 | 720.00 |
| 5/9/02 | Michael S Gordon | 2.6 | 1,040.00 |
| 5/10/02 | Michael S Gordon | 1.1 | 440.00 |
| 5/13/02 | Howard E. Cotton | 0.5 | 262.50 |
| 5/13/02 | Michael S Gordon | 1.1 | 440.00 |
| 5/14/02 | Howard E. Cotton | 0.7 | 367.50 |
| 5/14/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 5/15/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 5/15/02 | Howard E. Cotton | 3.0 | 1,575.00 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22169248.01

| Date | Name | | Hours | Amount |
|------|------|---|-------|--------|
| 5/16/02 | Michael S Gordon | | 3.7 | 1,480.00 |
| 5/16/02 | Anthony J. Burgalassi | | 1.5 | 150.00 |
| 5/16/02 | Jason Halper | | 3.8 | 703.00 |
| 5/16/02 | Howard E. Cotton | | 2.7 | 1,417.50 |
| 5/17/02 | Howard E. Cotton | | 3.5 | 1,837.50 |
| 5/17/02 | Jason Halper | | 2.3 | 425.50 |
| 5/17/02 | Michael S Gordon | | 3.5 | 1,400.00 |
| 5/18/02 | Roger P. Furey | | 1.1 | 396.00 |

REDACTED

Practiceworks, Inc.
Professional Software Solutions, NE
Page 4

| 5/18/02 | Jason Halper | 3.5 | 647.50 |
|---------|--------------|-----|--------|
| 5/19/02 | Jason Halper | 3.0 | 555.00 |
| 5/19/02 | Roger P. Furey | 0.9 | 324.00 |
| 5/20/02 | Howard E. Cotton | 3.3 | 1,732.50 |
| 5/20/02 | Jason Halper | 9.0 | 1,665.00 |

REDACTED

| 5/20/02 | Michael S Gordon | 2.7 | 1,080.00 |
| 5/21/02 | Howard E. Cotton | 3.1 | 1,627.50 |
| 5/21/02 | Michael S Gordon | 3.0 | 1,200.00 |
| 5/21/02 | Jason Halper | 5.8 | 1,073.00 |
| 5/22/02 | Jason Halper | 8.2 | 1,517.00 |
| 5/22/02 | Howard E. Cotton | 2.8 | 1,470.00 |
| 5/22/02 | Michael S Gordon | 1.2 | 480.00 |

REDACTED

101050
00003
6/28/02

Case 1:02-cv-01205-JFM    Document 30-3    Filed 03/25/2003    Page 7 of 35
Practiceworks, Inc
Professional Software Solutions, NE                Page 6

| Date | Name | | | Hours | Amount |
|------|------|---|---|-------|--------|
| 5/23/02 | Jason Halper | | | 11.0 | 2,035.00 |
| 5/23/02 | Roger P. Furey | | | 1.6 | 576.00 |
| 5/23/02 | Michael S Gordon | | | 2.5 | 1,000.00 |
| 5/23/02 | Howard E. Cotton | | | 3.5 | 1,837.50 |
| 5/24/02 | Roger P. Furey | | | 3.6 | 1,296.00 |
| 5/24/02 | Sylvia D. Davis | | | 0.6 | 147.00 |
| 5/24/02 | Jason Halper | | | 1.0 | 185.00 |
| 5/24/02 | Anthony J. Burgalassi | | | 1.5 | 150.00 |
| 5/25/02 | Roger P. Furey | | | 0.4 | 144.00 |
| 5/26/02 | Roger P. Furey | | | 0.8 | 288.00 |
| 5/27/02 | Sylvia D. Davis | | | 4.7 | 1,151.50 |

REDACTED

101050
00003
6/28/02

Practiceworks, inc.
Professional Software Solutions, NE

Case 1:02-cv-01205-JFM    Document 30-3    Filed 03/25/2003    Page 8 of 35

| Date | Name | Hours | Amount |
|---|---|---|---|
| 5/28/02 | Roger P. Furey | 2.2 | 792.00 |
| 5/28/02 | Sylvia D. Davis | 7.3 | 1,788.50 |
| 5/28/02 | Jason Halper | 0.8 | 148.00 |
| 5/28/02 | Howard E. Cotton | 3.3 | 1,732.50 |
| 5/28/02 | Michael S Gordon | 3.7 | 1,480.00 |
| 5/29/02 | Howard E. Cotton | 3.8 | 1,995.00 |
| 5/29/02 | Jason Halper | 4.0 | 740.00 |
| 5/29/02 | Michael S Gordon | 2.7 | 1,080.00 |
| 5/29/02 | Roger P. Furey | 2.1 | 756.00 |
| 5/29/02 | Sylvia D. Davis | 2.9 | 710.50 |

REDACTED

101050
00003
6/28/02

Practiceworks, Inc.
Professional Software Solutions, NE

Case 1:02-cv-01205-JFM   Document 30-3   Filed 03/25/2003   Page 9 of 35

Page 8

| Date | Timekeeper | | Hours | Amount |
|------|-----------|---|-------|--------|
| 5/30/02 | Roger P. Furey | | 0.7 | 252.00 |
| 5/30/02 | Howard E. Cotton | | 3.0 | 1,575.00 |
| 5/30/02 | Michael S Gordon | | 4.8 | 1,920.00 |
| 5/31/02 | Jason Halper | | 1.5 | 277.50 |
| 5/31/02 | Howard E. Cotton | | 4.9 | 2,572.50 |
| 5/31/02 | Michael S Gordon | | 5.7 | 2,280.00 |
| 5/31/02 | Roger P. Furey | | 2.3 | 828.00 |

REDACTED

TOTAL HOURS                     175.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|-----------|-------|---|------|---|--------|
| Burgalassi, Anthony J. | 3.0 | at | 100 | = | 300.00 |
| Cotton, Howard E. | 41.6 | at | 525 | = | 21,840.00 |
| Halper, Jason | 53.9 | at | 185 | = | 9,971.50 |

22169248.01

101050
00003
6/28/02

Case 1:02-cv-01205-JFM    Document 30-3    Filed 03/25/2003    Page 10 of 35
Practiceworks, Inc.
Professional Software Solutions, NE
Page 9

| Gordon, Michael S | 46.2 | at | 400 | = | 18,480.00 |
| Furey, Roger P. | 15.7 | at | 360 | = | 5,652.00 |
| Davis, Sylvia D. | 15.5 | at | 245 | = | 3,797.50 |

CURRENT FEES                                                          60,041.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
| --- | --- | --- |
| 05/15/02 | Telephone #: 4103477334 | 0.30 |
| 05/16/02 | Telephone #: 4109465400 | 2.39 |
| 05/20/02 | Telephone #: 4109465400 | 0.90 |
| 05/20/02 | Telephone #: 2026253679 | 0.60 |
| 05/20/02 | Telephone #: 2026253639 | 0.60 |
| 05/21/02 | Telephone #: 6785894407 | 0.90 |
| 05/21/02 | Telephone #: 4109620782 | 0.30 |
| 05/22/02 | Telephone #: 4109465400 | 0.30 |
| 05/23/02 | Telephone #: 4109465400 | 0.60 |
| 05/28/02 | Telephone #: 4109465400 | 0.60 |
| 05/29/02 | Telephone #: 4109465400 | 3.59 |
| 05/29/02 | Telephone #: 4109465400 | 0.90 |
| 05/29/02 | Telephone #: 4109465400 | 0.30 |
| | Total Telephone | 12.28 |
| 05/24/02 | Pages Sent: 22 Fax #: 7129562 | 35.20 |
| | Total Telex/Telecopy | 35.20 |
| 05/08/02 | Copy Count: 3 | 0.60 |
| 05/08/02 | Copy Count: 3 | 0.60 |
| 05/16/02 | Copy Count: 62 | 12.40 |
| 05/16/02 | Copy Count: 11 | 2.20 |
| 05/16/02 | Copy Count: 45 | 9.00 |
| 05/16/02 | Copy Count: 177 | 35.40 |
| 05/16/02 | Copy Count: 2 | 0.40 |
| 05/17/02 | Copy Count: 2 | 0.40 |
| 05/17/02 | Copy Count: 1 | 0.20 |

| 05/17/02 | Copy Count: 90 | 18.00 | |
|---|---|---|---|
| 05/20/02 | Copy Count: 25 | 5.00 | |
| 05/21/02 | Copy Count: 3 | 0.60 | |
| 05/21/02 | Copy Count: 60 | 12.00 | |
| 05/22/02 | Copy Count: 4 | 0.80 | |
| 05/23/02 | Copy Count: 1 | 0.20 | |
| 05/23/02 | Copy Count: 1 | 0.20 | |
| 05/24/02 | Copy Count: 1 | 0.20 | |
| 05/24/02 | Copy Count: 1 | 0.20 | |
| 05/28/02 | Copy Count: 5 | 1.00 | |
| 05/28/02 | Copy Count: 3 | 0.60 | |
| 05/29/02 | Copy Count: 19 | 3.80 | |
| 05/30/02 | Copy Count: 65 | 13.00 | |
| 05/30/02 | Copy Count: 4 | 0.80 | |
| 05/30/02 | Copy Count: 10 | 2.00 | |
| | Total Duplicating | | 119.60 |
| 04/23/02 | Miscellaneous Over $25 - - VENDOR:KMZ Rosenman federal expre | 7.54 | |
| | Total Miscellaneous Over | | 7.54 |
| 05/16/02 | Legal Research: HALPER,JASON | 1,085.78 | |
| 05/17/02 | Legal Research: HALPER,JASON | 205.58 | |
| 05/19/02 | Legal Research: HALPER,JASON | 141.39 | |
| 05/20/02 | Legal Research: HALPER,JASON | 1,173.69 | |
| 05/21/02 | Legal Research: HALPER,JASON | 928.29 | |
| 05/22/02 | Legal Research: HALPER,JASON | 142.77 | |
| 05/23/02 | Legal Research: HALPER,JASON | 173.46 | |
| | Total Lexis/Westlaw | | 3,850.96 |
| | CURRENT EXPENSES | | 4,025.58 |
| | TOTAL AMOUNT OF THIS INVOICE | | 64,066.58 |

22169248.01

**EXHIBIT E**

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Date | 7/30/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

IN ACCOUNT WITH

# KMZ Rosenman
### KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                        (212) 940-8800

## INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED ...................................................................................................        45,776.50

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED ...................................................................................................        5,808.11

OUTSTANDING BALANCE ........................................................................        101,231.01

BALANCE DUE ............................................................................................        $152,815.62

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

22171167.01

Practice Seminars, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | | |
|---|---|---|
| Invoice Date | | 7/30/02 |
| Client Number | | 101050 |
| Matter Number | | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 6/30/02:

| Date | Timekeeper | Hours | Value |
|---|---|---|---|
| 6/2/02 | Jason Halper | 6.5 | 1,202.50 |
| 6/3/02 | Roger P. Furey | 1.2 | 432.00 |
| 6/3/02 | Howard E. Cotton | 4.3 | 2,257.50 |
| 6/3/02 | Nicole L. Kobrine | 0.8 | 212.00 |
| 6/4/02 | Howard E. Cotton | 4.8 | 2,520.00 |
| 6/4/02 | Jason Halper | 2.0 | 370.00 |
| 6/5/02 | Howard E. Cotton | 4.7 | 2,467.50 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22171167.01

| Date | Name | | Hours | Amount |
|------|------|---|-------|--------|
| 6/6/02 | Roger P. Furey | | 0.3 | 108.00 |
| 6/7/02 | Howard E. Cotton | | 2.0 | 1,050.00 |
| 6/7/02 | Jason Halper | | 2.0 | 370.00 |
| 6/8/02 | Jason Halper | | 7.0 | 1,295.00 |
| 6/9/02 | Jason Halper | REDACTED | 3.5 | 647.50 |
| 6/9/02 | Jason Halper | | 3.0 | 555.00 |
| 6/10/02 | Howard E. Cotton | | 2.6 | 1,365.00 |
| 6/11/02 | Howard E. Cotton | | 4.8 | 2,520.00 |
| 6/12/02 | Howard E. Cotton | | 4.7 | 2,467.50 |

101050
00003    Professional Software Solutions, NE    Page 4
7/30/02

| | | | |
|---|---|---|---|
| 6/12/02 | Jason Halper | 8.9 | 1,646.50 |
| 6/13/02 | Howard E. Cotton | 5.3 | 2,782.50 |
| 6/14/02 | Jason Halper | 8.4 | 1,554.00 |
| 6/14/02 | Howard E. Cotton | 4.9 | 2,572.50 |
| 6/14/02 | Nicole L. Kobrine | 0.8 | 212.00 |
| 6/17/02 | Jason Halper | 0.5 | 92.50 |
| 6/18/02 | Nicole L. Kobrine | 0.5 | 132.50 |
| 6/20/02 | Howard E. Cotton | 5.0 | 2,625.00 |
| 6/24/02 | Howard E. Cotton | 3.6 | 1,890.00 |

REDACTED

101058  Practiceworks, Inc.
00003   Professional Software Solutions, NE                    Page 5
7/30/02

| Date | Name | Hours | Amount |
|------|------|-------|--------|
| 6/25/02 | Howard E. Cotton | 3.9 | 2,047.50 |
| 6/26/02 | Howard E. Cotton | 4.3 | 2,257.50 |
| 6/27/02 | Howard E. Cotton | 3.8 | 1,995.00 |
| 6/27/02 | Jason Halper | 11.2 | 2,072.00 |
| 6/28/02 | Jason Halper | 7.5 | 1,387.50 |
| 6/28/02 | Howard E. Cotton | 3.5 | 1,837.50 |

REDACTED

22171167.01

101050   Practiceworks Inc.
00003        Professional Software Solutions, NE              Page 6
7/30/02

6/29/02    Jason Halper                                                4.5         832.50

REDACTED

TOTAL HOURS                      130.8

TIMEKEEPER TIME SUMMARY:
| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Cotton, Howard E. | 62.2 | at | 525 | = | 32,655.00 |
| Halper, Jason | 65.0 | at | 185 | = | 12,025.00 |
| Kobrine, Nicole L. | 2.1 | at | 265 | = | 556.50 |
| Furey, Roger P. | 1.5 | at | 360 | = | 540.00 |

CURRENT FEES                                         45,776.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|---|---|---|---|
| 05/21/02 | Local Meals - - VENDOR:Fresh Basils Restaurant | 23.55 | |
| | Total Local Meals | | 23.55 |
| 06/12/02 | Telephone #: 4102340550 | 0.60 | |
| 06/12/02 | Telephone #: 4102340550 | 0.30 | |
| 06/12/02 | Telephone #: 4102340550 | 0.90 | |
| 06/13/02 | Telephone #: 4102340550 | 6.28 | |

22171167.01

101050
00003
7/30/02

Practiceworks Inc.
Professional Software Solutions, NE

Page 7

| | | |
|---|---|---:|
| 06/13/02 | Fax #: 17167674754 | 3.28 |
| 06/13/02 | Telephone #: 4102340550 | 1.79 |
| 06/13/02 | Telephone #: 4102340550 | 0.90 |
| 06/13/02 | Telephone #: 4102340550 | 12.86 |
| 06/13/02 | Fax #: 17167674754 | 0.44 |
| 06/14/02 | Telephone #: 2026253624 | 0.30 |
| 06/14/02 | Telephone #: 3122630620 | 0.60 |
| 06/17/02 | Telephone #: 2026253679 | 0.30 |
| 06/17/02 | Fax #: 12023343861 | 0.60 |
| 06/26/02 | Telephone #: 3125778594 | 0.30 |
| 06/27/02 | Fax #: 14108218153 | 0.60 |
| | Total Telephone | |

30.05

| | | |
|---|---|---:|
| 06/04/02 | Pages Sent: 3 Fax #: 14105470699 | 4.80 |
| 06/13/02 | Pages Sent: 4 Fax #: 7129562 | 6.40 |
| 06/13/02 | Pages Sent: 1 Fax #: 17167674754 | 1.60 |
| 06/13/02 | Pages Sent: 21 Fax #: 17167674754 | 33.60 |
| 06/17/02 | Pages Sent: 3 Fax #: 12023343861 | 4.80 |
| 06/27/02 | Pages Sent: 3 Fax #: 14108218153 | 4.80 |
| | Total Telex/Telecopy | |

56.00

| | | |
|---|---|---:|
| 06/17/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 50.00 |
| 06/17/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 50.00 |
| | Total Miscellaneous | |

100.00

| | | |
|---|---|---:|
| 06/03/02 | Copy Count: 15 | 3.00 |
| 06/03/02 | Copy Count: 28 | 5.80 |
| 06/04/02 | Copy Count: 1 | 0.20 |
| 06/04/02 | Copy Count: 55 | 11.00 |
| 06/04/02 | Copy Count: 2 | 0.40 |
| 06/12/02 | Copy Count: 54 | 10.80 |
| 06/12/02 | Copy Count: 2 | 0.40 |
| 06/12/02 | Copy Count: 27 | 5.40 |
| 06/12/02 | Copy Count: 25 | 5.00 |

22171167.01

101050
00003
7/30/02

Practiseworks, Inc.
Professional Software Solutions, NE
Page 8

| 06/12/02 | Copy Count: 28 | 5.60 | |
|----------|----------------|------|---|
| 06/13/02 | Copy Count: 3 | 0.60 | |
| 06/13/02 | Copy Count: 12 | 2.40 | |
| 06/14/02 | Copy Count: 3 | 0.60 | |
| 06/14/02 | Copy Count: 2 | 0.40 | |
| 06/17/02 | Copy Count: 9 | 1.80 | |
| 06/17/02 | Copy Count: 15 | 3.00 | |
| 06/18/02 | Copy Count: 12 | 2.40 | |
| 06/18/02 | Copy Count: 1 | 0.20 | |
| 06/18/02 | Copy Count: 26 | 5.20 | |
| 06/18/02 | Copy Count: 256 | 51.20 | |
| 06/18/02 | Copy Count: 5 | 1.00 | |
| 06/19/02 | Copy Count: 10 | 2.00 | |
| 06/19/02 | Copy Count: 1 | 0.20 | |
| 06/24/02 | Copy Count: 56 | 11.20 | |
| 06/25/02 | Copy Count: 50 | 10.00 | |
| | Total Duplicating | | 139.80 |
| 06/07/02 | Printing/Outside Duplicating - - VENDOR:Department of Legisl | 42.45 | |
| | Total Printing/Outside | | 42.45 |
| 06/14/02 | Service Fees - - VENDOR:Lasalle Process Servers, LP | 102.00 | |
| | Total Service Fees | | 102.00 |
| 06/28/02 | Legal Research - - VENDOR:New York Law Institute | 15.00 | |
| 06/28/02 | Legal Research - - VENDOR:New York Law Institute | 2.00 | |
| | Total Legal Research | | 17.00 |
| 06/02/02 | Legal Research: HALPER,JASON | 1,588.94 | |
| 06/04/02 | Legal Research: HALPER,JASON | 1,151.60 | |
| 06/07/02 | Legal Research: HALPER,JASON | 9.38 | |
| 06/08/02 | Legal Research: HALPER,JASON | 1,741.42 | |
| 06/09/02 | Legal Research: HALPER,JASON | 64.30 | |
| 06/13/02 | Legal Research: HALPER,JASON | 9.39 | |

22171167.01

101050
00003
7/30/02

Case 1:02-cv-01205-JFM    Document 30-3    Filed 03/25/2003    Page 21 of 35

Practionworks JFM
Professional Software Solutions, NE

Page 9

| | | |
|---|---|---|
| 06/14/02 | Legal Research: HALPER,JASON | 9.38 |
| 06/18/02 | Legal Research: HALPER,JASON | 9.38 |
| 06/26/02 | Legal Research: HALPER,JASON | 140.79 |
| 06/27/02 | Legal Research: HALPER,JASON | 572.68 |

Total Lexis/Westlaw                                          5,297.26

CURRENT EXPENSES                                          5,808.11

TOTAL AMOUNT OF THIS INVOICE                  51,584.61

**EXHIBIT F**

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Number | 6061228 |
| Invoice Date | 9/30/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

IN ACCOUNT WITH



**KMZ Rosenman**
**KATTEN MUCHIN ZAVIS ROSENMAN**

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                                                (212) 940-8800

INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED ......................................................................................... 111,983.00

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED ......................................................................................... 6,021.22

BALANCE DUE ................................................................................... $118,004.22

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

A Law Partnership including Professional Corporations

22174925.01

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Number | 6061228 |
| Invoice Date | 9/30/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 8/31/02:

| Date | Timekeeper | Hours | Value |
|---|---|---|---|
| 7/1/02 | Jason Halper | 9.5 | 1,757.50 |
| 7/1/02 | Howard E. Cotton | 1.5 | 787.50 |
| 7/2/02 | Michael S Gordon | 3.7 | 1,480.00 |
| 7/2/02 | Jason Halper | 9.2 | 1,702.00 |
| 7/3/02 | Howard E. Cotton | 2.9 | 1,522.50 |

REDACTED

*Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.*

22174925.01

101050
00003
9/30/02

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice Number 5061228
Page 3

| Date | Name | | | |
|---|---|---|---|---|
| 7/3/02 | Jason Halper | | 6.2 | 1,147.00 |
| 7/4/02 | Jason Halper | | 2.3 | 425.50 |
| 7/6/02 | Jason Halper | | 6.2 | 1,147.00 |
| 7/6/02 | Michael S Gordon | | 6.0 | 2,400.00 |
| 7/7/02 | Jason Halper | | 1.0 | 185.00 |
| 7/7/02 | Michael S Gordon | | 7.0 | 2,800.00 |
| 7/8/02 | Jason Halper | | 3.2 | 592.00 |

REDACTED

101050    Practiceworks, Inc.                          Invoice Number    6061228
00003     Professional Software Solutions, NE          Page 4
9/30/02

| Date | Name | | Hours | Amount |
|------|------|---|-------|--------|
| 7/8/02 | Michael S Gordon | | 9.5 | 3,800.00 |
| 7/9/02 | Michael S Gordon | | 10.1 | 4,040.00 |
| 7/9/02 | Howard E. Cotton | | 3.4 | 1,785.00 |
| 7/9/02 | Jason Halper | | 1.2 | 222.00 |
| 7/10/02 | Howard E. Cotton | | 3.9 | 2,047.50 |
| 7/10/02 | Jason Halper | | 1.5 | 277.50 |
| 7/10/02 | Michael S Gordon | | 8.7 | 3,480.00 |
| 7/11/02 | Michael S Gordon | | 5.8 | 2,320.00 |
| 7/11/02 | Jason Halper | | 2.0 | 370.00 |
| 7/11/02 | Howard E. Cotton | | 3.3 | 1,732.50 |

REDACTED

22174925.01

101050          Practiceworks, Inc.                                    Invoice Number     6061228
00003           Professional Software Solutions, NE                    Page 5
9/30/02

| | | | |
|---|---|---|---|
| 7/12/02 | Michael S Gordon | 4.3 | 1,720.00 |
| 7/12/02 | Howard E. Cotton | 2.7 | 1,417.50 |
| 7/13/02 | Michael S Gordon | 3.5 | 1,400.00 |
| 7/14/02 | Michael S Gordon | 4.8 | 1,920.00 |
| 7/15/02 | Jason Halper | 0.5 | 92.50 |
| 7/15/02 | Michael S Gordon | 8.9 | 3,560.00 |
| 7/15/02 | Howard E. Cotton | 4.4 | 2,310.00 |
| 7/16/02 | Michael S Gordon | 9.9 | 3,960.00 |
| 7/16/02 | Howard E. Cotton | 3.8 | 1,995.00 |

REDACTED

22174925.01

101050          Practiceworks, Inc.                                    Invoice Number    6061228
00003           Professional Software Solutions, NE                    Page 6
9/30/02

| 7/17/02 | Michael S Gordon | 9.5 | 3,800.00 |
|---------|------------------|-----|----------|
| 7/17/02 | Howard E. Cotton | 3.2 | 1,680.00 |
| 7/17/02 | Jason Halper | 4.6 | 851.00 |
| 7/18/02 | Michael S Gordon | 12.1 | 4,840.00 |
| 7/18/02 | Howard E. Cotton | 5.6 | 2,940.00 |
| 7/18/02 | Jason Halper | 6.2 | 1,147.00 |
| 7/19/02 | Jason Halper | 0.5 | 92.50 |
| 7/19/02 | Howard E. Cotton | 3.8 | 1,995.00 |

REDACTED

22174925.01

101050
00003
9/30/02

Case 1:02-cv-01205-JFM    Document 30-3    Filed 03/25/2003    Page 29 of 35

PracticeWorks, Inc.                              Invoice Number    3061228
Professional Software Solutions, NE              Page 7

| Date | Name | | Hours | Amount |
|------|------|--|-------|--------|
| 7/19/02 | Michael S Gordon | | 3.5 | 1,400.00 |
| 7/22/02 | Michael S Gordon | | 0.7 | 280.00 |
| 7/22/02 | Howard E. Cotton | | 3.8 | 1,995.00 |
| 7/23/02 | Michael S Gordon | | 2.4 | 960.00 |
| 7/23/02 | Howard E. Cotton | | 2.9 | 1,522.50 |
| 7/24/02 | Howard E. Cotton | | 3.1 | 1,627.50 |
| 7/25/02 | Howard E. Cotton | | 3.1 | 1,627.50 |
| 7/25/02 | Michael S Gordon | | 2.4 | 960.00 |
| 7/29/02 | Michael S Gordon | | 0.5 | 200.00 |
| 7/30/02 | Michael S Gordon | | 0.7 | 280.00 |
| 7/31/02 | Michael S Gordon | | 1.5 | 600.00 |
| 7/31/02 | Howard E. Cotton | | 1.9 | 997.50 |
| 8/1/02 | Howard E. Cotton | | 1.0 | 525.00 |
| 8/1/02 | Michael S Gordon | | 0.6 | 240.00 |
| 8/2/02 | Michael S Gordon | | 1.6 | 640.00 |
| 8/5/02 | Howard E. Cotton | | 0.9 | 472.50 |
| 8/5/02 | Michael S Gordon | | 0.5 | 200.00 |
| 8/7/02 | Michael S Gordon | | 1.5 | 600.00 |

REDACTED

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice Number
Page 8

| 8/12/02 | Jason Halper | 6.8 | 1,258.00 |
|---------|--------------|-----|----------|
| 8/12/02 | Howard E. Cotton | 2.0 | 1,050.00 |
| 8/12/02 | Michael S Gordon | 2.3 | 920.00 |
| 8/13/02 | Jason Halper | 2.0 | 370.00 |
| 8/13/02 | Howard E. Cotton | 2.7 | 1,417.50 |
| 8/15/02 | Howard E. Cotton | 1.9 | 997.50 |
| 8/16/02 | Michael S Gordon | 0.7 | 280.00 |
| 8/16/02 | Howard E. Cotton | 1.8 | 945.00 |
| 8/19/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 8/19/02 | Howard E. Cotton | 4.8 | 2,520.00 |
| 8/20/02 | Howard E. Cotton | 3.9 | 2,047.50 |

REDACTED

Practiceworks, Inc.
Professional Software Solutions, NE

Invoice Number 61228
Page 9

| | | | |
|---|---|---|---|
| 8/20/02 | Jason Halper | 3.6 | 666.00 |
| 8/20/02 | Michael S Gordon | 2.6 | 1,040.00 |
| 8/21/02 | Jason Halper | 7.6 | 1,406.00 |

REDACTED

| | | | |
|---|---|---|---|
| 8/21/02 | Howard E. Cotton | 2.7 | 1,417.50 |
| 8/22/02 | Howard E. Cotton | 3.0 | 1,575.00 |
| 8/22/02 | Jason Halper | 3.2 | 592.00 |
| 8/22/02 | Roger P. Furey | 0.8 | 288.00 |
| 8/23/02 | Roger P. Furey | 3.5 | 1,260.00 |

22174925.01

101-050           Practiceworks, Inc.                                    Invoice Number         6061228
00003            Professional Software Solutions, NE              Page 10
9/30/02

| | | | |
|---|---|---|---|
| 8/23/02 | Jason Halper | 6.5 | 1,202.50 |

REDACTED

| | | | |
|---|---|---|---|
| 8/23/02 | Howard E. Cotton | 2.8 | 1,470.00 |
| 8/24/02 | Roger P. Furey | 2.2 | 792.00 |
| 8/28/02 | Michael S Gordon | 0.2 | 80.00 |
| 8/30/02 | Michael S Gordon | 1.3 | 520.00 |

TOTAL HOURS                    300.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Cotton, Howard E. | 80.8 | at | 525 | = | 42,420.00 |
| Halper, Jason | 83.8 | at | 185 | = | 15,503.00 |
| Gordon, Michael S | 129.3 | at | 400 | = | 51,720.00 |
| Furey, Roger P. | 6.5 | at | 360 | = | 2,340.00 |

CURRENT FEES                                                              111,983.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|---|---|---|---|
| 07/16/02 | Out of Town Travel - - VENDOR:Michael Gordon | 280.00 | |
| 08/30/02 | Out of Town Travel - - VENDOR:Howard E. Cotton | 1,905.17 | |
| | Total Out of Town Travel | | 2,185.17 |
| 06/12/02 | Local Travel: Pickup Address: 575 MAD AVE Destination Addres | 16.47 | |
| 06/27/02 | Local Travel: Pickup Address: 575 MAD AVE Destination Addres | 16.47 | |
| | Total Local Travel | | 32.94 |

22174925.01

101·050    Practiceworks, Inc.                    Invoice Number 6061228
00003     Professional Software Solutions, NE       Page 11
9/30/02

| Date | Description | Amount | Total |
|---|---|---|---|
| 07/10/02 | Telephone #: 9193455546 | 0.30 | |
| 07/10/02 | Telephone #: 4103477376 | 0.30 | |
| 07/10/02 | Telephone #: 4109620782 | 1.20 | |
| 07/10/02 | Fax #: 14109622698 | 0.60 | |
| 07/10/02 | Fax #: 14105470699 | 0.60 | |
| 07/10/02 | Telephone #: 4103477376 | 0.60 | |
| 07/10/02 | Telephone #: 4103477334 | 0.30 | |
| 07/10/02 | Telephone #: 4103477334 | 0.30 | |
| 07/12/02 | Telephone #: 5619899309 | 0.30 | |
| 07/25/02 | Fax #: 17708505011 | 1.20 | |
| 07/31/02 | Fax #: 14105470699 | 0.60 | |
| 08/22/02 | Fax #: 15162397763 | 0.32 | |
| 08/27/02 | Fax #: 17708505011 | 0.37 | |
| | Total Telephone | | 6.99 |
| 07/10/02 | Pages Sent: 2 Fax #: 14105470699 | 3.20 | |
| 07/10/02 | Pages Sent: 2 Fax #: 14109622698 | 3.20 | |
| 07/25/02 | Pages Sent: 5 Fax #: 17708505011 | 8.00 | |
| 07/31/02 | Pages Sent: 3 Fax #: 14105470699 | 4.80 | |
| 08/22/02 | Pages Sent: 2 Fax #: 15162397763 | 3.20 | |
| 08/27/02 | Pages Sent: 2 Fax #: 17708505011 | 3.20 | |
| | Total Telex/Telecopy | | 25.60 |
| 05/21/02 | Courier - - VENDOR:Federal Express Corp. | 14.28 | |
| 05/29/02 | Courier - - VENDOR:Federal Express Corp. | 14.10 | |
| 07/18/02 | Courier - - VENDOR:Federal Express Corp. | 12.73 | |
| 08/19/02 | Courier - - VENDOR:Federal Express Corp. | 18.30 | |
| | Total Courier | | 59.41 |
| 07/23/02 | Miscellaneous - - VENDOR:Department of Legislative Svcs | 6.90 | |
| 08/30/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 100.49 | |
| 08/30/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 7.62 | |
| 08/30/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 7.62 | |
| 08/30/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 426.73 | |
| 08/30/02 | Reversal from Void Check Number: 403909 Bank ID: 10 Voucher | (7.62) | |
| 08/30/02 | Reversal from Void Check Number: 403909 Bank ID: 10 Voucher | (20.57) | |

Professional Software Solutions, NE                            Page 12

| | | |
|---|---|---:|
| 08/30/02 | Reversal from Void Check Number: 403909 Bank ID: 10 Voucher | (426.73) |
| 08/30/02 | Reversal from Void Check Number: 403909 Bank ID: 10 Voucher | (7.62) |
| 08/30/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 20.57 |
| 08/30/02 | Reversal from Void Check Number: 403909 Bank ID: 10 Voucher | (100.49) |
| | Total Miscellaneous | 6.90 |
| 07/03/02 | Copy Count: 69 | 13.80 |
| 07/03/02 | Copy Count: 1 | 0.20 |
| 07/10/02 | Copy Count: 4 | 0.80 |
| 07/17/02 | Copy Count: 3 | 0.60 |
| 07/17/02 | Copy Count: 3 | 0.60 |
| 07/18/02 | Copy Count: 162 | 32.40 |
| 07/18/02 | Copy Count: 85 | 17.00 |
| 07/18/02 | Copy Count: 1 | 0.20 |
| 07/19/02 | Copy Count: 433 | 86.60 |
| 07/19/02 | Copy Count: 137 | 27.40 |
| 07/19/02 | Copy Count: 114 | 23.00 |
| 07/19/02 | Copy Count: 10 | 2.00 |
| 07/22/02 | Copy Count: 101 | 20.20 |
| 07/23/02 | Copy Count: 137 | 27.60 |
| 07/23/02 | Copy Count: 143 | 28.80 |
| 07/23/02 | Copy Count: 3 | 0.60 |
| 08/02/02 | Copy Count: 94 | 18.80 |
| 08/19/02 | Copy Count: 182 | 36.40 |
| 08/19/02 | Copy Count: 91 | 18.20 |
| 08/20/02 | Copy Count: 1 | 0.20 |
| 08/20/02 | Copy Count: 1 | 0.20 |
| 08/21/02 | Copy Count: 187 | 37.60 |
| 08/22/02 | Copy Count: 97 | 19.40 |
| 08/22/02 | Copy Count: 1 | 0.20 |
| 08/22/02 | Copy Count: 12 | 2.40 |
| 08/23/02 | Copy Count: 749 | 149.80 |
| 08/23/02 | Copy Count: 4 | 0.80 |
| | Total Duplicating | 565.80 |

101050
00003
9/30/02

Practiceworks, Inc.
Professional Software Solutions, NE

061228

Page 13

| Date | Description | Amount | Total |
|------|-------------|-------:|------:|
| 07/25/02 | Duplicating - - VENDOR:Association of the Bar | 13.42 | |
| | Total Duplicating | | 13.42 |
| 07/19/02 | Automated Document Preparation | 35.00 | |
| | Total Automated Document | | 35.00 |
| 07/06/02 | Legal Research: GORDON,MICHAEL | 97.35 | |
| 07/15/02 | Legal Research: HALPER,JASON | 193.19 | |
| 07/17/02 | Legal Research: HALPER,JASON | 82.82 | |
| 07/18/02 | Legal Research: HALPER,JASON | 22.13 | |
| 08/12/02 | Legal Research: HALPER,JASON | 1,227.06 | |
| 08/21/02 | Legal Research: HALPER,JASON | 262.92 | |
| 08/22/02 | Legal Research: HALPER,JASON | 18.78 | |
| 08/23/02 | Legal Research: HALPER,JASON | 720.76 | |
| 08/25/02 | Legal Research: HALPER,JASON | 464.98 | |
| | Total Lexis/Westlaw | | 3,089.99 |
| | CURRENT EXPENSES | | 6,021.22 |
| | TOTAL AMOUNT OF THIS INVOICE | | 118,004.22 |

22174925.01