**EXHIBIT G**

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Date | 10/31/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

IN ACCOUNT WITH

# KMZ Rosenman
## KATTEN MUCHIN ZAVIS ROSENMAN

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                                      (212) 940-8800

## INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED ..........................................................................................    84,591.00

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED ..........................................................................................    4,919.20

OUTSTANDING BALANCE ...................................................................    118,004.22

BALANCE DUE ....................................................................................    $207,514.42

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

22176795.01

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA  30339
Attn:  Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Date | 10/31/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 9/30/02:

| Date | Timekeeper | Hours | Value |
|------|------------|-------|-------|
| 9/3/02 | Michael S Gordon | 3.4 | 1,360.00 |
| 9/3/02 | Howard E. Cotton | 2.0 | 1,050.00 |
| 9/3/02 | Jason Halper | 8.4 | 1,554.00 |
| 9/4/02 | Jason Halper | 1.5 | 277.50 |
| 9/4/02 | Martin E. Karlinsky | 1.5 | 825.00 |
| 9/4/02 | Howard E. Cotton | 1.7 | 892.50 |
| 9/4/02 | Michael S Gordon | 0.5 | 200.00 |
| 9/5/02 | Jason Halper | 1.0 | 185.00 |
| 9/5/02 | Howard E. Cotton | 1.5 | 787.50 |
| 9/6/02 | Howard E. Cotton | 2.1 | 1,102.50 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22176795.01

Professional Software Solutions, NE

| 9/8/02 | Jason Halper | | 10.2 | 1,887.00 |
|---|---|---|---|---|
| 9/9/02 | Jason Halper | | 2.5 | 462.50 |
| 9/9/02 | Howard E. Cotton | | 2.4 | 1,260.00 |
| 9/10/02 | Howard E. Cotton | | 3.1 | 1,627.50 |
| 9/10/02 | Martin E. Karlinsky | | 5.5 | 3,025.00 |
| 9/10/02 | Michael S Gordon | | 0.6 | 240.00 |
| 9/10/02 | Roger P. Furey | | 2.8 | 1,008.00 |
| 9/11/02 | Howard E. Cotton | | 2.9 | 1,522.50 |
| 9/12/02 | Howard E. Cotton | | 2.5 | 1,312.50 |
| 9/13/02 | Jason Halper | | 0.7 | 129.50 |
| 9/13/02 | Michael S Gordon | | 3.3 | 1,320.00 |
| 9/13/02 | Howard E. Cotton | | 1.9 | 997.50 |
| 9/14/02 | Martin E. Karlinsky | | 4.0 | 2,200.00 |

REDACTED

22176795.01

101050
00003
10/31/02

Case 1:02-cv-01205-JFM    Document 30-4    Filed 03/25/2003    Page 5 of 55
Practiceworks, Inc.
Professional Software Solutions, NE
Page 4

| Date | Name | | Hours | Amount |
|---|---|---|---|---|
| 9/15/02 | Jason Halper | .... | 2.0 | 370.00 |
| 9/16/02 | Matthew D Parrott | | 6.9 | 2,415.00 |
| 9/17/02 | Martin E. Karlinsky | | 1.0 | 550.00 |
| 9/17/02 | Howard E. Cotton | | 2.5 | 1,312.50 |
| 9/17/02 | Jason Halper | | 6.0 | 1,110.00 |
| 9/17/02 | Matthew D Parrott | | 3.2 | 1,120.00 |
| 9/17/02 | Michael S Gordon | | 3.5 | 1,400.00 |

REDACTED

101050     Practiceworks, Inc.                              Invoice Number     6065471
00003      Professional Software Solutions, NE              Page 5
10/31/02

| 9/18/02 | Jason Halper | 5.2 | 962.00 |
|---------|--------------|-----|--------|
| 9/18/02 | Martin E. Karlinsky | 1.4 | 770.00 |
| 9/18/02 | Howard E. Cotton | 3.3 | 1,732.50 |
| 9/18/02 | Michael S Gordon | 3.3 | 1,320.00 |
| 9/19/02 | Martin E. Karlinsky | 5.0 | 2,750.00 |
| 9/19/02 | Howard E. Cotton | 2.8 | 1,470.00 |
| 9/19/02 | Michael S Gordon | 3.6 | 1,440.00 |
| 9/20/02 | Martin E. Karlinsky | 2.5 | 1,375.00 |
| 9/20/02 | Jason Halper | 4.5 | 832.50 |
| 9/20/02 | Howard E. Cotton | 2.8 | 1,470.00 |
| 9/20/02 | Michael S Gordon | 6.4 | 2,560.00 |
| 9/21/02 | Michael S Gordon | 2.0 | 800.00 |
| 9/22/02 | Michael S Gordon | 8.1 | 3,240.00 |
| 9/23/02 | Jason Halper | 8.0 | 1,480.00 |
| 9/23/02 | Howard E. Cotton | 2.5 | 1,312.50 |
| 9/23/02 | Michael S Gordon | 6.7 | 2,680.00 |
| 9/24/02 | Howard E. Cotton | 3.3 | 1,732.50 |

REDACTED

| Date | Name | | Hours | Amount |
|------|------|---|-------|--------|
| 9/24/02 | Michael S Gordon | | 7.5 | 3,000.00 |
| 9/25/02 | Michael S Gordon | | 9.7 | 3,880.00 |
| 9/25/02 | Howard E. Cotton | | 3.0 | 1,575.00 |
| 9/25/02 | Jason Halper | | 3.7 | 684.50 |
| 9/25/02 | Brian Corcoran | | 0.4 | 126.00 |
| 9/25/02 | John A. Carpenter | | 2.1 | 294.00 |
| 9/26/02 | Jason Halper | | 6.7 | 1,239.50 |
| 9/26/02 | Howard E. Cotton | | 2.9 | 1,522.50 |
| 9/26/02 | Michael S Gordon | | 9.0 | 3,600.00 |
| 9/27/02 | Howard E. Cotton | | 4.0 | 2,100.00 |
| 9/27/02 | Michael S Gordon | | 3.5 | 1,400.00 |
| 9/27/02 | Brian Corcoran | | 0.6 | 189.00 |
| 9/29/02 | Michael S Gordon | | 2.5 | 1,000.00 |

REDACTED

101050
00003
10/31/02

Practiceworks, Inc.     Case 1:02-cv-01205-JFM     Document 30-4     Filed 03/25/2003     Page 8 of 55
Professional Software Solutions, NE                          Page 7

| 9/30/02 | Michael S Gordon | | 2.7 | 1,080.00 |
|---|---|---|---|---|
| 9/30/02 | Howard E. Cotton | | 2.8 | 1,470.00 |

REDACTED

TOTAL HOURS      223.6

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Corcoran, Brian | 1.0 | at | 315 | = | 315.00 |
| Cotton, Howard E. | 50.0 | at | 525 | = | 26,250.00 |
| Carpenter, John A. | 2.1 | at | 140 | = | 294.00 |
| Halper, Jason | 60.4 | at | 185 | = | 11,174.00 |
| Parrott, Matthew D | 10.1 | at | 350 | = | 3,535.00 |
| Karlinsky, Martin E. | 20.9 | at | 550 | = | 11,495.00 |
| Gordon, Michael S | 76.3 | at | 400 | = | 30,520.00 |
| Furey, Roger P. | 2.8 | at | 360 | = | 1,008.00 |

CURRENT FEES      84,591.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|---|---|---|---|
| 07/01/02 | Local Meals - - VENDOR:Suibi Japanese Restaurant | 27.30 | |
| 07/08/02 | Local Meals - - VENDOR:Suibi Japanese Restaurant | 27.10 | |
| 08/22/02 | Local Meals - - VENDOR:Mangia Restaurant | 17.29 | |
| | Total Local Meals | | 71.69 |
| 09/05/02 | Fax #: 13123726568 | 0.60 | |
| 09/12/02 | Telephone #: 4103477664 | 0.30 | |
| 09/12/02 | Telephone #: 4103477334 | 0.60 | |
| 09/17/02 | Fax #: 13123726568 | 0.60 | |
| 09/17/02 | Fax #: 14105470699 | 0.60 | |
| 09/18/02 | Fax #: 14103479414 | 0.55 | |
| 09/18/02 | Fax #: 14103479414 | 2.58 | |
| 09/18/02 | Fax #: 14103479414 | 1.84 | |
| 09/18/02 | Fax #: 14103479414 | 0.37 | |
| 09/19/02 | Fax #: 14103479414 | 5.98 | |

101050
00003
10/31/02

Case 1:02-cv-01205-JFM   Document 30-4   Filed 03/25/2003   Page 9 of 55

Practiceworks. Inc.

Professional Software Solutions, NE

Page 8

| 09/19/02 | Telephone #: 4432638227 | 0.60 | |
|----------|------------------------|------|---|
| 09/23/02 | Fax #: 14108252493 | 0.60 | |
| 09/25/02 | Telephone #: 2026253636 | 0.30 | |
| 09/25/02 | Fax #: 14108218153 | 0.90 | |
| 09/26/02 | Fax #: 14103479414 | 5.68 | |
| 09/26/02 | Telephone #: 4103478707 | 0.60 | |
| | Total Telephone | | 22.70 |
| 09/05/02 | Pages Sent: 3 Fax #: 13123726568 | 4.80 | |
| 09/17/02 | Pages Sent: 4 Fax #: 14105470699 | 6.40 | |
| 09/17/02 | Pages Sent: 4 Fax #: 13123726568 | 6.40 | |
| 09/18/02 | Pages Sent: 42 Fax #: 14103479414 | 67.20 | |
| 09/18/02 | Pages Sent: 7 Fax #: 14103479414 | 11.20 | |
| 09/18/02 | Pages Sent: 28 Fax #: 14103479414 | 44.80 | |
| 09/18/02 | Pages Sent: 2 Fax #: 14103479414 | 3.20 | |
| 09/19/02 | Pages Sent: 63 Fax #: 14103479414 | 100.80 | |
| 09/23/02 | Pages Sent: 5 Fax #: 14108252493 | 8.00 | |
| 09/25/02 | Pages Sent: 3 Fax #: 14108218153 | 4.80 | |
| 09/26/02 | Pages Sent: 56 Fax #: 14103479414 | 91.20 | |
| | Total Telex/Telecopy | | 348.80 |
| 07/17/02 | Courier - - VENDOR:Deluxe Delivery Systems, Inc. | 8.32 | |
| | Total Courier | | 8.32 |
| 09/12/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 7.62 | |
| 09/12/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 426.73 | |
| 09/12/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 100.49 | |
| 09/12/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 20.57 | |
| 09/12/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 7.62 | |
| | Total Miscellaneous | | 563.03 |
| 09/03/02 | Copy Count: 52 | 10.40 | |
| 09/03/02 | Copy Count: 104 | 20.80 | |
| 09/03/02 | Copy Count: 6 | 1.20 | |
| 09/05/02 | Copy Count: 32 | 6.40 | |
| 09/05/02 | Copy Count: 4 | 0.80 | |
| 09/05/02 | Copy Count: 12 | 2.40 | |
| 09/06/02 | Copy Count: 10 | 2.00 | |
| 09/10/02 | Copy Count: 60 | 12.00 | |

101050
00003
10/31/02

Case 1:02-cv-01205-JFM    Document 30-4    Filed 03/25/2003    Page 10 of 55

Practiceworks, Inc.
Professional Software Solutions, NE
Page 9

| 09/11/02 | Copy Count: 2 | 0.40 | |
|----------|---------------|------|---|
| 09/15/02 | Copy Count: 105 | 21.00 | |
| 09/17/02 | Copy Count: 79 | 15.80 | |
| 09/17/02 | Copy Count: 109 | 21.80 | |
| 09/17/02 | Copy Count: 6 | 1.20 | |
| 09/17/02 | Copy Count: 12 | 2.40 | |
| 09/17/02 | Copy Count: 13 | 2.60 | |
| 09/18/02 | Copy Count: 60 | 12.00 | |
| 09/19/02 | Copy Count: 126 | 25.20 | |
| 09/19/02 | Copy Count: 91 | 18.20 | |
| 09/20/02 | Copy Count: 13 | 2.60 | |
| 09/20/02 | Copy Count: 1 | 0.20 | |
| 09/23/02 | Copy Count: 10 | 2.00 | |
| 09/25/02 | Copy Count: 1 | 0.20 | |
| 09/25/02 | Copy Count: 2 | 0.40 | |
| 09/25/02 | Copy Count: 2 | 0.40 | |
| 09/26/02 | Copy Count: 81 | 16.20 | |
| 09/26/02 | Copy Count: 2 | 0.40 | |
| 09/26/02 | Copy Count: 112 | 22.40 | |
| 09/26/02 | Copy Count: 2 | 0.40 | |
| 09/27/02 | Copy Count: 2 | 0.40 | |
| 09/27/02 | Copy Count: 20 | 4.00 | |
| 09/27/02 | Copy Count: 50 | 10.00 | |
| 09/30/02 | Copy Count: 2 | 0.40 | |
| 09/30/02 | Copy Count: 115 | 23.20 | |
| 09/30/02 | Copy Count: 327 | 65.40 | |
| | Total Duplicating | | 325.20 |
| 09/26/02 | Automated Document Preparation | 35.00 | |
| | Total Automated Document | | 35.00 |
| 09/03/02 | Legal Research: HALPER,JASON | 211.10 | |
| 09/08/02 | Legal Research: HALPER,JASON | 1,386.03 | |
| 09/09/02 | Legal Research: HALPER,JASON | 24.58 | |
| 09/11/02 | Legal Research: HALPER,JASON | 428.20 | |
| 09/13/02 | Legal Research: HALPER,JASON | 10.30 | |
| 09/16/02 | Legal Research: PARROTT,MATTHEW D | 1,082.05 | |

| | | |
|---|---|---|
| 09/17/02 | Legal Research: PARROTT,MATTHEW D | 77.24 |
| 09/19/02 | Legal Research: HALPER,JASON | 50.33 |
| 09/20/02 | Legal Research: HALPER,JASON | 24.81 |
| 09/20/02 | Legal Research: GORDON,MICHAEL | 1 25.53 |
| 09/25/02 | Legal Research: HALPER,JASON | 1 08.84 |
| 09/26/02 | Legal Research: HALPER,JASON | 15.45 |

|  | |
|---|---|
| Total Lexis/Westlaw | 3,544.46 |
| CURRENT EXPENSES | 4,919.20 |
| TOTAL AMOUNT OF THIS INVOICE | 89,510.20 |

22176795.01

**EXHIBIT H**

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Number | 6069631 |
| Invoice Date | 11/25/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

IN ACCOUNT WITH



**KATTEN MUCHIN ZAVIS ROSENMAN**

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                                                                     (212) 940-8800

## INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED ...................................................................................     46,592.00

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED ...................................................................................      1,453.58

OUTSTANDING BALANCE .....................................................      89,510.20

BALANCE DUE ............................................................................     $137,555.78

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

22178443.01

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA  30339
Attn:  Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Number | 6069631 |
| Invoice Date | 11/25/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/02:

| Date | Timekeeper | Hours | Value |
|---|---|---|---|
| 10/1/02 | Michael S Gordon | 3.5 | 1,400.00 |
| 10/1/02 | Howard E. Cotton | 1.9 | 997.50 |
| 10/2/02 | Howard E. Cotton | 1.7 | 892.50 |
| 10/2/02 | Michael S Gordon | 3.4 | 1,360.00 |
| 10/2/02 | Jason Halper | 1.5 | 277.50 |
| 10/3/02 | Michael S Gordon | 0.7 | 280.00 |
| 10/3/02 | Jason Halper | 6.2 | 1,147.00 |
| 10/3/02 | Howard E. Cotton | 2.1 | 1,102.50 |
| 10/4/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 10/4/02 | Howard E. Cotton | 1.2 | 630.00 |
| 10/6/02 | Michael S Gordon | 3.5 | 1,400.00 |
| 10/7/02 | Howard E. Cotton | 3.0 | 1,575.00 |

REDACTED

*Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.*

101050     Practiceworks, Inc.              Invoice Number     6069631
00003       Professional Software Solutions, NE     Page 4
11/25/02

| Date | Name | | Hours | Amount |
|------|------|---|------|--------|
| 10/10/02 | Michael S Gordon | | 3.2 | 1,280.00 |
| 10/11/02 | Michael S Gordon | | 2.6 | 1,040.00 |
| 10/11/02 | Howard E. Cotton | | 2.5 | 1,312.50 |
| 10/12/02 | Michael S Gordon | | 2.5 | 1,000.00 |
| 10/13/02 | Michael S Gordon | | 2.5 | 1,000.00 |
| 10/13/02 | Matthew D Parrott | | 4.1 | 1,435.00 |
| 10/14/02 | Matthew D Parrott | REDACTED | 6.9 | 2,415.00 |
| 10/14/02 | Howard E. Cotton | | 2.4 | 1,260.00 |
| 10/14/02 | Jason Halper | | 0.5 | 92.50 |
| 10/14/02 | Michael S Gordon | | 3.1 | 1,240.00 |
| 10/14/02 | Rodney Ellis | | 3.5 | 472.50 |
| 10/15/02 | Howard E. Cotton | | 1.9 | 997.50 |
| 10/15/02 | Jason Halper | | 1.0 | 185.00 |
| 10/15/02 | Michael S Gordon | | 3.5 | 1,400.00 |

22178443.01

101050      Practiceworks, Inc.                          Invoice Number      6069631
00003       Professional Software Solutions, NE          Page 5
11/25/02

| Date | Timekeeper | | Hours | Amount |
|------|-----------|--|-------|--------|
| 10/16/02 | Jason Halper | | 1.0 | 185.00 |
| 10/16/02 | Howard E. Cotton | | 2.4 | 1,260.00 |
| 10/16/02 | Martin E. Karlinsky | | 1.0 | 550.00 |
| 10/16/02 | Matthew D Parrott | REDACTED | 6.6 | 2,310.00 |
| 10/16/02 | Michael S Gordon | | 4.1 | 1,640.00 |
| 10/17/02 | Michael S Gordon | | 0.3 | 120.00 |
| 10/18/02 | Martin E. Karlinsky | | 0.6 | 330.00 |

TOTAL HOURS                    137.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|-----------|-------|--|------|--|--------|
| Nisbett, Carl | 3.0 | at | 145 | = | 435.00 |
| Cotton, Howard E. | 26.3 | at | 525 | = | 13,807.50 |
| Taylor-Kamara, Ishmael | 4.5 | at | 145 | = | 652.50 |
| Halper, Jason | 19.7 | at | 185 | = | 3,644.50 |
| Parrott, Matthew D | 17.6 | at | 350 | = | 6,160.00 |
| Karlinsky, Martin E. | 1.6 | at | 550 | = | 880.00 |
| Gordon, Michael S | 46.7 | at | 400 | = | 18,680.00 |
| Gondre, Natalie | 6.5 | at | 120 | = | 780.00 |
| Ellis, Rodney | 11.5 | at | 135 | = | 1,552.50 |

CURRENT FEES                                           46,592.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|------|--|--|-------|
| 09/25/02 | Local Travel - | | 19.00 |
| 10/09/02 | Local Travel - - | | 24.00 |
| 10/10/02 | Local Travel - - | | 14.00 |

101050          Practiceworks, Inc.                          Invoice Number     6069631
00003           Professional Software Solutions, NE          Page 6
11/25/02

| 10/10/02 | Local Travel - - | 25.00 | |
| | Total Local Travel | | 82.00 |
| 10/01/02 | Telephone #: 3123727664 | 0.30 | |
| 10/02/02 | Fax #: 13123726568 | 0.60 | |
| 10/02/02 | Fax #: 14105470699 | 0.60 | |
| 10/07/02 | Fax #: 13123726568 | 0.90 | |
| 10/07/02 | Fax #: 14105470699 | 0.90 | |
| 10/08/02 | Fax #: 13123726568 | 0.60 | |
| 10/08/02 | Fax #: 14105470699 | 0.60 | |
| 10/08/02 | Telephone #: 4042372700 | 0.60 | |
| 10/09/02 | Telephone #: 4109620782 | 0.60 | |
| 10/10/02 | Fax #: 13123726568 | 0.60 | |
| 10/10/02 | Fax #: 14109622698 | 0.60 | |
| 10/10/02 | Fax #: 14105470699 | 0.60 | |
| | Total Telephone | | 7.50 |
| 10/02/02 | Pages Sent: 2 Fax #: 14105470699 | 3.20 | |
| 10/02/02 | Pages Sent: 2 Fax #: 13123726568 | 3.20 | |
| 10/07/02 | Pages Sent: 9 Fax #: 13123726568 | 14.40 | |
| 10/07/02 | Pages Sent: 9 Fax #: 14105470699 | 14.40 | |
| 10/08/02 | Pages Sent: 3 Fax #: 13123726568 | 4.80 | |
| 10/08/02 | Pages Sent: 3 Fax #: 14105470699 | 4.80 | |
| 10/10/02 | Pages Sent: 3 Fax #: 14109622698 | 4.80 | |
| 10/10/02 | Pages Sent: 3 Fax #: 13123726568 | 4.80 | |
| 10/10/02 | Pages Sent: 3 Fax #: 14105470699 | 4.80 | |
| | Total Telex/Telecopy | | 59.20 |
| 08/23/02 | Courier - - VENDOR:Federal Express Corp. | 18.21 | |
| 09/13/02 | Courier - - VENDOR:Federal Express Corp. | 9.13 | |
| 09/17/02 | Courier - - VENDOR:Federal Express Corp. | 10.80 | |
| 09/26/02 | Courier - - VENDOR:Federal Express Corp. | 34.08 | |
| | Total Courier | | 72.22 |
| 10/10/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 12.15 | |
| 10/10/02 | Miscellaneous - - VENDOR:KMZ Rosenman | 13.82 | |
| | Total Miscellaneous | | 25.97 |
| 09/27/02 | Copy Count: 479 | 96.00 | |
| 10/01/02 | Copy Count: 1 | 0.20 | |

101050        Practiceworks, Inc.                    Invoice Number    6069631
00003         Professional Software Solutions, NE     Page 7
11/25/02

| Date | Description | | |
|---|---|---|---|
| 10/07/02 | Copy Count: 4 | 0.80 | |
| 10/08/02 | Copy Count: 27 | 5.40 | |
| 10/08/02 | Copy Count: 10 | 2.00 | |
| 10/08/02 | Copy Count: 66 | 13.20 | |
| 10/09/02 | Copy Count: 1 | 0.20 | |
| 10/14/02 | Copy Count: 3 | 0.60 | |
| 10/17/02 | Copy Count: 12 | 2.40 | |
| | Total Duplicating | | 120.80 |
| 10/02/02 | Legal Research: HALPER,JASON | 423.23 | |
| 10/03/02 | Legal Research: HALPER,JASON | 238.42 | |
| 10/04/02 | Legal Research: HALPER,JASON | 73.95 | |
| 10/07/02 | Legal Research: HALPER,JASON | 350.29 | |
| | Total Lexis/Westlaw | | 1,085.89 |
| | CURRENT EXPENSES | | 1,453.58 |
| | TOTAL AMOUNT OF THIS INVOICE | | 48,045.58 |

**EXHIBIT I**

PracticeWorks, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

Invoice Number    0099799
Invoice Date      12/12/02
Client Number     101050
Matter Number     00003

IN ACCOUNT WITH



**KMZ Rosenman**

*KATTEN MUCHIN ZAVIS ROSENMAN*

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                                        (212) 940-8800

INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED ..................................................................................    18,979.50

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED ..................................................................................      625.65

OUTSTANDING BALANCE ..................................................................    137,555.78

BALANCE DUE ..................................................................................    $157,160.93

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

**A Law Partnership including Professional Corporations**

22179277.01

PracticeWorks, Inc.
1765 The Exchange
Atlanta, GA  30339
Attn:  Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Number | 6070799 |
| Invoice Date | 12/12/02 |
| Client Number | 101050 |
| Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/02:

| Date | Timekeeper | Hours | Value |
|---|---|---|---|
| 11/1/02 | Michael S Gordon | 0.5 | 200.00 |
| 11/1/02 | Howard E. Cotton | 1.8 | 945.00 |
| 11/5/02 | Nicole L. Kobrine | 0.5 | 132.50 |
| 11/5/02 | Tabatha Adams | 1.1 | 192.50 |
| 11/5/02 | Tabatha Adams | 0.8 | 140.00 |
| 11/7/02 | Jason Halper | 5.3 | 980.50 |
| 11/7/02 | Michael S Gordon | 0.5 | 200.00 |
| 11/7/02 | Howard E. Cotton | 1.5 | 787.50 |
| 11/8/02 | Jason Halper | 3.5 | 647.50 |
| 11/8/02 | Howard E. Cotton | 1.8 | 945.00 |
| 11/8/02 | Michael S Gordon | 1.8 | 720.00 |
| 11/11/02 | Michael S Gordon | 1.1 | 440.00 |
| 11/12/02 | Howard E. Cotton | 2.1 | 1,102.50 |
| 11/12/02 | Michael S Gordon | 1.5 | 600.00 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22179277.01

101050
00003
12/12/02

Case 1:02-cv-01205-JFM   Document 30-4   Filed 03/25/2003   Page 22 of 55
Professional Software Solutions, NE
Page 3

| Date | Name | Hours | Amount |
|---|---|---|---|
| 11/12/02 | Jason Halper | 3.0 | 555.00 |
| 11/13/02 | Howard E. Cotton | 1.8 | 945.00 |
| 11/14/02 | Howard E. Cotton | 1.0 | 525.00 |
| 11/15/02 | Michael S Gordon | 0.6 | 240.00 |
| 11/15/02 | Howard E. Cotton | 0.6 | 315.00 |
| 11/19/02 | Michael S Gordon | 0.5 | 200.00 |
| 11/19/02 | Howard E. Cotton | 0.6 | 315.00 |
| 11/20/02 | Howard E. Cotton | 1.1 | 577.50 |
| 11/22/02 | Jason Halper | 1.2 | 222.00 |
| 11/22/02 | Howard E. Cotton | 0.9 | 472.50 |
| 11/22/02 | Michael S Gordon | 2.3 | 920.00 |
| 11/22/02 | Jason Halper | 6.0 | 1,110.00 |
| 11/25/02 | Jason Halper | 8.0 | 1,480.00 |

REDACTED

| 11/26/02 | Jason Halper | | 8.2 | 1,517.00 |
|---|---|---|---|---|
| 11/26/02 | Michael S Gordon | REDACTED | 2.7 | 1,080.00 |
| 11/27/02 | Howard E. Cotton | | 0.9 | 472.50 |

TOTAL HOURS     63.2

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Cotton, Howard E. | 14.1 | at | 525 | = | 7,402.50 |
| Halper, Jason | 35.2 | at | 185 | = | 6,512.00 |
| Gordon, Michael S | 11.5 | at | 400 | = | 4,600.00 |
| Kobrine, Nicole L. | 0.5 | at | 265 | = | 132.50 |
| Adams, Tabatha | 1.9 | at | 175 | = | 332.50 |

CURRENT FEES     18,979.50

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| Date | | | Value |
|---|---|---|---|
| 09/17/02 | Local Meals - - VENDOR:Suibi Japanese Restaurant | 24.80 | |
| 09/23/02 | Local Meals - - VENDOR:Suibi Japanese Restaurant | 27.30 | |
| 10/06/02 | Local Meals - - VENDOR:Our Place Ii | 23.00 | |
| 10/07/02 | Local Meals - - VENDOR:Our Place Ii | 22.95 | |
| 10/07/02 | Local Meals - - VENDOR:Sherwood Restaurant | 14.65 | |
| | Total Local Meals | | 112.70 |
| 11/19/02 | Fax #: 13123726568 | 0.60 | |
| 11/19/02 | Fax #: 13123726568 | 0.60 | |
| 11/22/02 | Fax #: 13123726568 | 0.60 | |
| | Total Telephone | | 1.80 |

22179277.01

Practiceworks, Inc.
Professional Software Solutions, NE

Page 5

| Date | Description | Amount | Total |
|---|---|---|---|
| 11/15/02 | Telephone - - VENDOR:Howard E. Cotton | 101.10 | |
| 11/15/02 | Telephone - - VENDOR:Howard E. Cotton | 161.40 | |
| | Total Telephone | | 262.50 |
| 11/19/02 | Pages Sent: 2 Fax #: 13123726568 | 3.20 | |
| 11/19/02 | Pages Sent: 2 Fax #: 13123726568 | 3.20 | |
| 11/22/02 | Pages Sent: 3 Fax #: 13123726568 | 4.80 | |
| | Total Telex/Telecopy | | 11.20 |
| 09/30/02 | Courier - - VENDOR:Federal Express Corp. | 16.32 | |
| 09/30/02 | Courier - - VENDOR:Federal Express Corp. | 16.32 | |
| 10/16/02 | Courier - - VENDOR:Federal Express Corp. | 10.86 | |
| 10/16/02 | Courier - - VENDOR:Federal Express Corp. | 10.86 | |
| 10/16/02 | Courier - - VENDOR:Federal Express Corp. | 10.86 | |
| 10/16/02 | Courier - - VENDOR:Federal Express Corp. | 10.86 | |
| 10/16/02 | Courier - - VENDOR:Federal Express Corp. | 10.86 | |
| 10/16/02 | Courier - - VENDOR:Federal Express Corp. | 10.86 | |
| | Total Courier | | 97.80 |
| 11/05/02 | Copy Count: 92 | 18.40 | |
| 11/05/02 | Copy Count: 7 | 1.40 | |
| 11/12/02 | Copy Count: 30 | 6.00 | |
| 11/20/02 | Copy Count: 6 | 1.20 | |
| 11/22/02 | Copy Count: 1 | 0.20 | |
| 11/22/02 | Copy Count: 8 | 1.60 | |
| 11/22/02 | Copy Count: 2 | 0.40 | |
| 11/22/02 | Copy Count: 49 | 9.80 | |
| 11/22/02 | Copy Count: 75 | 15.00 | |
| 11/22/02 | Copy Count: 248 | 49.60 | |
| | Total Duplicating | | 103.60 |
| 11/22/02 | Legal Research: HALPER,JASON | 20.60 | |
| 11/26/02 | Legal Research: HALPER,JASON | 15.45 | |
| | Total Lexis/Westlaw | | 36.05 |

CURRENT EXPENSES 625.65

TOTAL AMOUNT OF THIS INVOICE 19,605.15

**EXHIBIT J**

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA 30339
Attn: Dennis J. Stockwell, Esq.
General Counsel

Invoice Number 0097529
Invoice Date 1/10/03
Client Number 101050
Matter Number 00003

IN ACCOUNT WITH



**KMZ Rosenman**

*KATTEN MUCHIN ZAVIS ROSENMAN*

575 Madison Avenue, New York, NY 10022-2585

Tax Id: 36-2796532                                                                                      (212) 940-8800

## INVOICE SUMMARY

FEES FOR PROFESSIONAL SERVICES RENDERED PER THE
ATTACHED ....................................................................................    50,307.50

EXPENSE ADVANCES MADE TO YOUR ACCOUNT PER THE
ATTACHED ....................................................................................    4,029.28

BALANCE DUE ...............................................................................    $54,336.78

*Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.*

**A Law Partnership including Professional Corporations**

22180908.01

Practiceworks, Inc.
1765 The Exchange
Atlanta, GA  30339
Attn:  Dennis J. Stockwell, Esq.
General Counsel

| | |
|---|---|
| Invoice Date | 1/10/03 |
| Client Number | 101050 |
| Matter Number | 00003 |

Re: Professional Software Solutions, NE

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/02:

| Date | Timekeeper | Hours | Value |
|---|---|---|---|
| 12/2/02 | Michael S Gordon | 1.8 | 720.00 |
| 12/3/02 | Michael S Gordon | 3.8 | 1,520.00 |
| 12/3/02 | Howard E. Cotton | 1.7 | 892.50 |
| 12/3/02 | Jason Halper | 5.0 | 925.00 |
| 12/4/02 | Jason Halper | 6.5 | 1,202.50 |
| 12/4/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 12/5/02 | Howard E. Cotton | 1.9 | 997.50 |
| 12/5/02 | Jason Halper | 7.0 | 1,295.00 |

REDACTED

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

22180908.01

101050
00003
1/10/03

Bracuseworks, Inc.
Professional Software Solutions, NE

Case 1:02-cv-01205-JFM    Document 30-4    Filed 03/25/2003    Page 28 of 55

Page 3

| 12/6/02 | Howard E. Cotton | 3.3 | 1,732.50 |
| 12/6/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 12/6/02 | Jason Halper | 6.0 | 1,110.00 |
| 12/9/02 | Michael S Gordon | 2.6 | 1,040.00 |
| 12/9/02 | Jason Halper | 6.5 | 1,202.50 |
| 12/9/02 | Howard E. Cotton | 1.3 | 682.50 |
| 12/10/02 | Jason Halper | 5.0 | 925.00 |
| 12/10/02 | Michael S Gordon | 1.7 | 680.00 |
| 12/10/02 | Howard E. Cotton | 1.9 | 997.50 |
| 12/11/02 | Jason Halper | 7.0 | 1,295.00 |

REDACTED

101050  Case 1:02-cv-01205-JFM    Document 30-4    Filed 03/25/2003    Page 29 of 55
00003                   Professional Software Solutions, NE          Page 4
1/10/03

Invoice Number    6077529

| 12/11/02 | Howard E. Cotton   | 1.2 | 630.00   |
| 12/11/02 | Michael S Gordon   | 1.7 | 680.00   |
| 12/12/02 | Michael S Gordon   | 2.5 | 1,000.00 |
| 12/12/02 | Jason Halper       | 8.0 | 1,480.00 |
| 12/12/02 | Howard E. Cotton   | 2.0 | 1,050.00 |
| 12/13/02 | Michael S Gordon   | 2.5 | 1,000.00 |
| 12/13/02 | Jason Halper       | 6.5 | 1,202.50 |
| 12/13/02 | Howard E. Cotton   | 0.6 | 315.00   |

REDACTED

| 12/16/02 | Jason Halper | 5.0 | 925.00 |
|---|---|---|---|
| 12/16/02 | Howard E. Cotton | 1.5 | 787.50 |
| 12/16/02 | Michael S Gordon | 2.6 | 1,040.00 |
| 12/17/02 | Jason Halper | 2.5 | 462.50 |
| 12/17/02 | Howard E. Cotton | 1.8 | 945.00 |
| 12/17/02 | Michael S Gordon | 3.2 | 1,280.00 |
| 12/18/02 | Jason Halper | 6.0 | 1,110.00 |
| 12/18/02 | Howard E. Cotton | 2.7 | 1,417.50 |
| 12/18/02 | Michael S Gordon | 3.0 | 1,200.00 |
| 12/19/02 | Jason Halper | 7.5 | 1,387.50 |

REDACTED

101050
00003
1/10/03

Practiceworks, Inc
Professional Software Solutions, NE                                        Page 6

| Date | Name | Hours | Amount |
|---|---|---|---|
| 12/19/02 | Howard E. Cotton | 2.8 | 1,470.00 |
| 12/19/02 | Michael S Gordon | 2.5 | 1,000.00 |
| 12/20/02 | Michael S Gordon | 3.4 | 1,360.00 |
| 12/20/02 | Howard E. Cotton | 2.9 | 1,522.50 |
| 12/20/02 | Jason Halper | 4.5 | 832.50 |
| 12/23/02 | Michael S Gordon | 2.7 | 1,080.00 |
| 12/26/02 | Jason Halper | 3.0 | 555.00 |
| 12/29/02 | Jason Halper | 2.0 | 370.00 |

REDACTED

22180908.01

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 12/30/02 | Jason Halper | 6.5 | 1,202.50 |
| 12/30/02 | Michael S Gordon | 2.1 | 840.00 |
| 12/30/02 | Howard E. Cotton | 1.2 | 630.00 |
| 12/31/02 | Michael S Gordon | 2.1 | 840.00 |
| 12/31/02 | Jason Halper | 4.0 | 740.00 |
| 12/31/02 | Howard E. Cotton | 1.4 | 735.00 |

REDACTED

TOTAL HOURS                    169.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Cotton, Howard E. | 28.2 | at | 525 | = | 14,805.00 |
| Halper, Jason | 98.5 | at | 185 | = | 18,222.50 |
| Gordon, Michael S | 43.2 | at | 400 | = | 17,280.00 |

CURRENT FEES                                    50,307.50

101050
00003
1/10/03

Practiceworks, Inc.
Professional Software Solutions, NE

Case 1:02-cv-01205-JFM    Document 30-4    Filed 03/25/2003    Page 33 of 55
Page 8

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Value |
|------|---|---|-------|
| 10/07/02 | Local Travel: Pickup Address: 575 MADISON AVE Destination Ad | 18.36 | |
| | Total Local Travel | | 18.36 |
| 12/03/02 | Fax #: 13122744953 | 1.10 | |
| 12/04/02 | Fax #: 13123726568 | 0.90 | |
| 12/09/02 | Fax #: 13123726568 | 0.60 | |
| 12/09/02 | Fax #: 14109622698 | 0.60 | |
| 12/09/02 | Fax #: 14105470699 | 0.60 | |
| 12/20/02 | Fax #: 13123726568 | 0.60 | |
| | Total Telephone | | 4.40 |
| 12/03/02 | Pages Sent: 8 Fax #: 13122744953 | 12.80 | |
| 12/04/02 | Pages Sent: 7 Fax #: 13123726568 | 11.20 | |
| 12/09/02 | Pages Sent: 3 Fax #: 13123726568 | 4.80 | |
| 12/09/02 | Pages Sent: 3 Fax #: 14105470699 | 4.80 | |
| 12/09/02 | Pages Sent: 3 Fax #: 14109622698 | 4.80 | |
| 12/20/02 | Pages Sent: 2 Fax #: 13123726568 | 3.20 | |
| | Total Telex/Telecopy | | 41.60 |
| 12/03/02 | Copy Count: 2 | 0.40 | |
| 12/03/02 | Copy Count: 31 | 6.20 | |
| 12/04/02 | Copy Count: 40 | 8.00 | |
| 12/05/02 | Copy Count: 3 | 0.60 | |
| 12/09/02 | Copy Count: 18 | 3.60 | |
| 12/12/02 | Copy Count: 8 | 1.60 | |
| 12/18/02 | Copy Count: 44 | 8.80 | |
| 12/19/02 | Copy Count: 454 | 90.80 | |
| 12/30/02 | Copy Count: 4 | 0.80 | |

| | | | |
|---|---|---|---|
| 12/30/02 | Copy Count: 2 | 0.40 | |
| 12/31/02 | Copy Count: 4 | 0.80 | |
| | Total Duplicating | | 122.00 |
| 12/24/02 | Printing/Outside Duplicating - - VENDOR:Xerox Corporation | 301.61 | |
| 12/24/02 | Printing/Outside Duplicating - - VENDOR:Xerox Corporation | 3,536.16 | |
| | Total Printing/Outside | | 3,837.77 |
| 12/10/02 | Legal Research: HALPER,JASON | 5.15 | |
| | Total Lexis/Westlaw | | 5.15 |
| | CURRENT EXPENSES | | 4,029.28 |
| | TOTAL AMOUNT OF THIS INVOICE | | 54,336.78 |

**EXHIBIT K**

# KMZRosenman
## KATTEN MUCHIN ZAVIS ROSENMAN

*Direct Billing Inquiries to:*          575 Madison Avenue
**Janice Thomas**                        New York, NY 10022-2585
212-872-5346
FEIN: 36-2796532

February 28, 2003

Practiceworks, Inc.                                    Invoice No. 1300000573
Attn: Dennis J Stockwell, Esq.                         Client No. 101050
General Counsel
1765 The Exchange
Atlanta, GA 30339

Re:     **Professional Software Solutions, NE** KMZR Matter No. (00003)

For legal services rendered through January 31, 2003............................   $88,629.50

Disbursements ...........................................................................................     $2,930.20

CURRENT INVOICE CHARGES:     $91,559.70

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

A Law Partnership including Professional Corporations

Practiceworks, Inc.                                              101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|
| 01/02/03 | Cotton, Howard E. | | 1.80 | 990.00 |
| 01/02/03 | Gordon, Michael S. | | 2.30 | 954.50 |
| 01/03/03 | Cotton, Howard E. | | 2.80 | 1,540.00 |
| 01/03/03 | Gordon, Michael S. | | 3.30 | 1,369.50 |
| 01/06/03 | Cotton, Howard E. | | 1.90 | 1,045.00 |
| 01/06/03 | Gordon, Michael S. | | 2.40 | 996.00 |
| 01/06/03 | Halper, Jason | | 6.50 | 1,527.50 |
| 01/07/03 | Cotton, Howard E. | | 2.70 | 1,485.00 |
| 01/07/03 | Gordon, Michael S. | | 3.50 | 1,452.50 |
| 01/07/03 | Halper, Jason | | 7.00 | 1,645.00 |

REDACTED

Practiceworks, Inc.                                                    101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|
| 01/07/03 | Corcoran, Brian | REDACTED | 0.20 | 66.00 |
| 01/08/03 | Cotton, Howard E. | | 3.80 | 2,090.00 |
| 01/08/03 | Gordon, Michael S. | | 3.70 | 1,535.50 |
| 01/08/03 | Halper, Jason | | 7.50 | 1,762.50 |
| 01/08/03 | Unger, Ellen B. | | 10.50 | 1,995.00 |

3

Practiceworks, Inc.                                                              101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|
| 01/09/03 | Cotton, Howard E. | REDACTED | 3.20 | 1,760.00 |
| 01/09/03 | Gordon, Michael S. | | 3.40 | 1,411.00 |
| 01/10/03 | Cotton, Howard E. | | 2.70 | 1,485.00 |
| 01/10/03 | Gordon, Michael S. | | 2.80 | 1,162.00 |
| 01/13/03 | Zuckerman, Joseph | | 1.40 | 770.00 |
| 01/13/03 | Cotton, Howard E. | | 2.90 | 1,595.00 |
| 01/13/03 | Gordon, Michael S. | | 3.50 | 1,452.50 |

Practiceworks, Inc.                                                101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|
| 01/14/03 | Cotton, Howard E. | | 3.00 | 1,650.00 |
| 01/14/03 | Folb, Kerri | | 10.50 | 2,992.50 |
| 01/14/03 | Gordon, Michael S. | | 3.60 | 1,494.00 |
| 01/15/03 | Cotton, Howard E. | | 3.20 | 1,760.00 |
| 01/15/03 | Gordon, Michael S. | | 4.70 | 1,950.50 |
| 01/16/03 | Cotton, Howard E. | | 2.00 | 1,100.00 |
| 01/16/03 | Folb, Kerri | | 10.30 | 2,935.50 |
| 01/16/03 | Gordon, Michael S. | | 3.80 | 1,577.00 |
| 01/17/03 | Cotton, Howard E. | | 2.50 | 1,375.00 |

REDACTED

Practiceworks, Inc.                                          101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

**PROFESSIONAL SERVICES**

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|
| 01/17/03 | Gordon, Michael S. | | 4.20 | 1,743.00 |
| 01/21/03 | Cotton, Howard E. | | 4.10 | 2,255.00 |
| 01/21/03 | Folb, Kerri | | 8.50 | 2,422.50 |
| 01/21/03 | Gordon, Michael S. | | 3.80 | 1,577.00 |
| 01/22/03 | Cotton, Howard E. | | 3.80 | 2,090.00 |
| 01/22/03 | Folb, Kerri | | 1.50 | 427.50 |
| 01/22/03 | Gordon, Michael S. | | 2.70 | 1,120.50 |
| 01/23/03 | Cotton, Howard E. | | 2.80 | 1,540.00 |
| 01/23/03 | Gordon, Michael S. | | 2.70 | 1,120.50 |

REDACTED

6

Practiceworks, Inc.                                                    101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|
| 01/24/03 | Cotton, Howard E. | | 4.10 | 2,255.00 |
| 01/24/03 | Gordon, Michael S. | | 5.30 | 2,199.50 |
| 01/27/03 | Cotton, Howard E. | | 4.40 | 2,420.00 |
| 01/27/03 | Gordon, Michael S. | | 6.30 | 2,614.50 |
| 01/28/03 | Cotton, Howard E. | | 0.90 | 495.00 |
| 01/28/03 | Folb, Kerri | | 8.00 | 2,280.00 |
| 01/28/03 | Gordon, Michael S. | | 5.80 | 2,407.00 |

REDACTED

Practiceworks, Inc.                                                          101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|
| 01/29/03 | Cotton, Howard E. | | 1.10 | 605.00 |
| 01/29/03 | Gordon, Michael S. | | 4.60 | 1,909.00 |
| 01/30/03 | Cotton, Howard E. | | 3.30 | 1,815.00 |
| 01/30/03 | Gordon, Michael S. | | 5.80 | 2,407.00 |
| 01/30/03 | Tiffany, Michael J. | | 2.70 | 513.00 |
| 01/31/03 | Cotton, Howard E. | | 3.40 | 1,870.00 |
| 01/31/03 | Gordon, Michael S. | | 5.70 | 2,365.50 |
| 01/31/03 | Cahen, Geoffrey M. | | 2.10 | 399.00 |
| 01/31/03 | Tiffany, Michael J. | | 4.50 | 855.00 |

REDACTED

8

Practiceworks, Inc.                                                          101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours | Amount |
|------|----------------------|-------------|-------|--------|

REDACTED

| | | Totals: | 225.50 | $88,629.50 |
|--|--|--|--|--|

### SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 20004 | Cahen, Geoffrey M. | 2.10 | 190.00 | $399.00 |
| 33176 | Corcoran, Brian | 0.20 | 330.00 | $66.00 |
| 03215 | Cotton, Howard E. | 60.40 | 550.00 | $33,220.00 |
| 04015 | Folb, Kerri | 38.80 | 285.00 | $11,058.00 |
| 04359 | Gordon, Michael S. | 83.90 | 415.00 | $34,818.50 |
| 04564 | Halper, Jason | 21.00 | 235.00 | $4,935.00 |
| 20025 | Tiffany, Michael J. | 7.20 | 190.00 | $1,368.00 |
| 20026 | Unger, Ellen B. | 10.50 | 190.00 | $1,995.00 |
| 00195 | Zuckerman, Joseph | 1.40 | 550.00 | $770.00 |
| | **Current Fees for Matter 00003:** | 225.50 | | $88,629.50 |

Practiceworks, Inc.                                                      101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

# DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/02 | Courier - - VENDOR:KMZ Rosenman Zoom 2159818 Inv# RP1046148 6/13/02 Nicole Kobrine messenger to US District Ct for the District of Maryland, 101 W. Lombard St., Baltimore Md 21201 on 6/3/02 637649 | 163.60 |
| 10/02/02 | Local Travel - - Petty Cash Reimbursement 2161753 Req# 101431- 10/1/02 John Carpenter cab fare to & from Rockville Md on 09/25/02 637648 | 35.00 |
| 10/07/02 | Local Travel: Pickup Address: 575 MAD AVE Destination Address: NORTH BELLMORE, | 85.94 |
| 10/28/02 | Courier - - Zoom 2164677 inv# RP1047566 - 7/25/02 - Nicole Kobrine to John MG Murphy Ober Kaler Grimes & Shriver , 120 E Baltimore St. Baltimore , MD delivered 7/19 637648 | 107.90 |
| 10/31/02 | Legal Research - - West Group Research 2165557 INV# 802818375 - 09/30/02 DC charges for sept 2002 acct # 1000269215 on 09/10 R. Furey 637648 | 77.53 |
| 12/20/02 | Courier - - VENDOR:Federal Express Corp. 637738 | 14.56 |
| 12/30/02 | Courier - - VENDOR:Federal Express Corp. 637738 | 10.25 |
| 01/07/03 | Fax #: 16787429620 | 0.74 |
| 01/07/03 | Pages Sent: 12 Fax #: 16787429620 | 19.20 |
| 01/07/03 | Pages Sent: 12 Fax #: 3129408776 | 19.20 |
| 01/07/03 | Copy Count: 12 | 2.40 |
| 01/07/03 | Copy Count: 12 | 2.40 |
| 01/07/03 | Copy Count: 4 | 0.80 |
| 01/08/03 | Copy Count: 22 | 4.40 |
| 01/08/03 | Copy Count: 4 | 0.80 |
| 01/08/03 | Legal Research: HALPER,JASON | 24.70 |
| 01/09/03 | Fax #: 16787429620 | 0.90 |
| 01/09/03 | Fax #: 17708505011 | 3.59 |
| 01/09/03 | Pages Sent: 6 Fax #: 16787429620 | 9.60 |
| 01/09/03 | Pages Sent: 16 Fax #: 17708505011 | 25.60 |
| 01/09/03 | Copy Count: 12 | 2.40 |
| 01/09/03 | Copy Count: 26 | 5.20 |
| 01/09/03 | Legal Research: UNGER,ELLEN | 134.70 |
| 01/10/03 | Telephone #: 4109622600 | 0.90 |
| 01/10/03 | Copy Count: 40 | 8.00 |
| 01/13/03 | Copy Count: 30 | 6.00 |
| 01/15/03 | Fax #: 13123726568 | 0.90 |
| 01/15/03 | Pages Sent: 6 Fax #: 13123726568 | 9.60 |

Practiceworks, Inc.                                                  101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 01/15/03 | Copy Count: 22 | 4.40 |
| 01/15/03 | Copy Count: 10 | 2.00 |
| 01/15/03 | Copy Count: 2 | 0.40 |
| 01/15/03 | Copy Count: 2 | 0.40 |
| 01/15/03 | Copy Count: 15 | 3.00 |
| 01/15/03 | Legal Research: FOLB, KERRI | 296.25 |
| 01/16/03 | Telephone #: 7708505006 | 0.30 |
| 01/16/03 | Copy Count: 3 | 0.60 |
| 01/16/03 | Copy Count: 65 | 13.00 |
| 01/17/03 | Fax #: 13123726568 | 0.60 |
| 01/17/03 | Pages Sent: 4 Fax #: 13123726568 | 6.40 |
| 01/17/03 | Copy Count: 45 | 9.00 |
| 01/17/03 | Copy Count: 3 | 0.60 |
| 01/17/03 | Copy Count: 10 | 2.00 |
| 01/17/03 | Legal Research: FOLB,KERRI | 117.78 |
| 01/21/03 | Fax #: 13123726568 | 0.60 |
| 01/21/03 | Pages Sent: 3 Fax #: 13123726568 | 4.80 |
| 01/21/03 | Legal Research: FOLB, KERRI | 293.00 |
| 01/22/03 | Miscellaneous - - VENDOR:KMZ Rosenman-Federal Express 2166217 Inv# 4-409-3100-10/8/02-delivered 9/27 Brian Corcoran to Mark E. Wiemel, Esq, Chicago 637634 | 2.95 |
| 01/22/03 | Miscellaneous - - VENDOR:KMZ RosenmanZoom 2160680-Inv# R1046639-6/28/02-Nicole Kobrine roundtrip to US District Ct ogf Maryland, 101 W. Lombard Street,Baltimore,MD on 6/18/02 637649 | 215.80 |
| 01/22/03 | Legal Research: FOLB,KERRI | 46.69 |
| 01/23/03 | Copy Count: 90 | 18.00 |
| 01/24/03 | Legal Research: FOLB,KERRI | 131.33 |
| 01/27/03 | Fax #: 13123726568 | 0.60 |
| 01/27/03 | Fax #: 14105470699 | 0.30 |
| 01/27/03 | Pages Sent: 2 Fax #: 13123726568 | 3.20 |
| 01/27/03 | Pages Sent: 2 Fax #: 14105470699 | 3.20 |
| 01/27/03 | Copy Count: 56 | 11.40 |
| 01/27/03 | Copy Count: 4 | 0.80 |
| 01/27/03 | Copy Count: 8 | 1.60 |
| 01/27/03 | Copy Count: 59 | 11.80 |
| 01/28/03 | Copy Count: 39 | 7.80 |
| 01/28/03 | Legal Research: FOLB,KERRI | 275.82 |
| 01/28/03 | Legal Research: FOLB, KERRI | 37.25 |

Practiceworks, Inc.                                                    101050.00003
Professional Software Solutions, NE
Invoice No. 1300000573

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/03 | Copy Count: 39 | 7.80 |
| 01/29/03 | Legal Research: FOLB,KERRI | 9.40 |
| 01/30/03 | Legal Research: FOLB,KERRI | 373.52 |
| 01/30/03 | Legal Research: TIFFANY, MICHAEL | 125.00 |
| 01/31/03 | Legal Research: TIFFANY, MICHAEL | 114.00 |
| | **Current Disbursements for Matter 00003:** | **$2,930.20** |

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 03215 | | Howard Cotton |
| **Client:** | 101050 | | Practiceworks, Inc. |
| **Matter:** | 00003 | | Professional Software Solutions, NE |

**Invoice No.:**    1300000573        **Invoice Date:**    02/28/03

**Current Invoice Charges:**                                      $91,559.70

**Total Now Due:**    $91,559.70

```
TOTAL AMOUNT ENCLOSED:
```

**Mailing Address:**
**Katten Muchin Zavis Rosenman**
**575 Madison Avenue**
**New York, NY 10022-2585**


**Wiring Instructions:**
**JP Morgan Chase Bank**
**1211 Avenue of the Americas, 39th Floor**
**New York, New York 10036**
**Attn: Deanne Frederick**
**Phone: 212-789-6046**
**ABA #021000021**
**Swift Code: CHASUS33**
**Reference: 101050.00003**
**For Credit To: Katten Muchin Zavis Rosenman**
**Operating Account**
**Account #967343933**

**When wiring a payment please fax a copy of the Remittance to Heidi Grossman at 212-872-5344**

**Please direct any billing inquiries to Janice Thomas 212-872-5346**

**EXHIBIT L**



law.com Seminars · advertise on law.com click here · The Affiliates — Overwhelmed with work?

LAW.COM HOME    store    lawjobs    online CLE    daily legal newswire    practice centers    customer service

law.com®

# A Firm-by-Firm Sampling of Billing Rates Nationwide

*The National Law Journal* asked the respondents to its 2002 survey of the nation's 250 largest law firms to provide hourly billing rate information for partners and associates firmwide. The firms that supplied this information -- including some firms that are not in the NLJ 250 -- are listed below in alphabetical order. The number after a firm's name indicates the total number of attorneys at that firm. The city listed below the name of a firm is the location of the firm's principal office or largest office.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

## A B C D

**Akin, Gump, Strauss, Hauer & Feld (1,017)**
(Washington, D.C.)
Partners $350-$600
Associates $170-$330

**Alston & Bird (674)**
(Atlanta)
Partners $330-$575
Associates $170-$500

**Altheimer & Gray (361)**
(Chicago)
Partners $220-$525
Associates $115-$360

**Andrews & Kurth (375)**
(Houston)
Partners $310-$595
Associates $170-$400

**Arent Fox Kintner Plotkin & Kahn (249)**
(Washington, D.C.)
Partners $315-$560
Associates $165-$360

**Armstrong Teasdale (230)**
(St. Louis)
Partners $210-$310
Associates $105-$240

**Arter & Hadden (273)**
(Cleveland)
Partners $215-$450
Associates $150-$285

**Baker, Donelson, Bearman & Caldwell (249)**
(Memphis, Tenn.)
Partners $175-$480

**Kelley Drye & Warren (358)**
(New York)
Partners $300-$590
Associates $180-$375

**Kramer Levin Naftalis & Frankel (285)**
(New York)
Partners $440-$625
Associates $210-$440

## L M N

**Lane Powell Spears Lubersky (175)**
(Seattle)
Partners $225-$380
Associates $175-$260

**Lewis, Rice & Fingersh (170)**
(St. Louis)
Partners $160-$355
Associates $110-$270

**Littler Mendelson (395)**
(San Francisco)
Partners $220-$440
Associates $135-$350

**Locke Liddell & Sapp (408)**
(Houston)
Partners $300-$595
Associates $150-$340

**Loeb & Loeb (175)**
(Los Angeles)
Partners $350-$650
Associates $185-$325

**Lord, Bissell & Brook (325)**
(Chicago)
Partners $165-$510

Associates $110-$275

**Ballard Spahr Andrews & Ingersoll (441)**
(Philadelphia)
Partners $240-$525
Associates $145-$300

**Bell, Boyd & Lloyd (226)**
(Chicago)
Partners $250-$550
Associates $200-$275

**Blackwell Sanders Peper Martin (301)**
(Kansas City, Mo.)
Partners $165-$410
Associates $110-$210

**Blank Rome Comisky & McCauley (398)**
(Philadelphia)
Partners $285-$565
Associates $175-$360

**Boult, Cummings, Conners & Berry (89)**
(Nashville, Tenn.)
Partners $185-$375
Associates $135-$235

**Bracewell & Patterson (362)**
(Houston)
Partners $210-$600
Associates $125-$325

**Bradley, Arant, Rose & White (181)**
(Birmingham, Ala.)
Partners $205-$365
Associates $150-$275

**Brinks Hofer Gilson & Lione (138)**
(Chicago)
Partners $295-$500
Associates $165-$290

**Bryan Cave (841)**
(St. Louis)
Partners $225-$720
Associates $135-$410

**Buchalter, Nemer, Fields & Younger (137)**
(Los Angeles)
Partners $310-$450
Associates $160-$350

**Buchanan Ingersoll (382)**
(Pittsburgh)
Partners $225-$720
Associates $135-$360

**Buckingham, Doolittle & Burroughs (135)**
(Akron, Ohio)
Partners $205-$360
Associates $135-$260

**Burns, Doane, Swecker & Mathis (97)**
(Alexandria, Va.)
Partners $300-$550
Associates $175-$300

**Burr & Forman (169)**
(Birmingham, Ala.)
Partners $205-$365
Associates $140-$225

**Butzel Long (204)**

Associates $140-$285

**Lowenstein Sandler (193)**
(Roseland, N.J.)
Partners $285-$525
Associates $140-$295

**Luce, Forward, Hamilton & Scripps (202)**
(San Diego)
Partners $310-$500
Associates $150-$300

**Manatt, Phelps & Phillips (244)**
(Los Angeles)
Partners $375-$600
Associates $200-$355

**Marshall, Dennehey, Warner, Coleman & Goggin (298)**
(Philadelphia)
Partners $130-$255
Associates $115-$180

**Matthews and Branscomb (51)**
(San Antonio)
Partners $175-$325
Associates $125-$195

**McCarter & English (270)**
(Newark, N.J.)
Partners $250-$495
Associates $140-$285

**McGuireWoods (559)**
(Richmond, Va.)
Partners $210-$575
Associates $85-$325

**Michael Best & Friedrich (349)**
(Milwaukee)
Partners $180-$425
Associates $180-$240

**Miller, Canfield, Paddock and Stone (301)**
(Detroit)
Partners $220-$475
Associates $125-$230

**Miller & Chevalier (123)**
(Washington, D.C.)
Partners $320-$650
Associates $175-$340

**Miller Nash (140)**
(Portland, Ore.)
Partners $210-$350
Associates $125-$225

**Nelson Mullins Riley & Scarborough (282)**
(Columbia, S.C.)
Partners $200-$390
Associates $145-$270

**Nutter, McClennen & Fish (170)**
(Boston)
Partners $330-$480
Associates $175-$300

## O - R

**Obermayer Rebmann Maxwell & Hippel (110)**
(Philadelphia)
Partners $300-$475

(Detroit)
Partners $205-$380
Associates $135-$215

**Cades Schutte Fleming & Wright (59)**
(Honolulu)
Partners $185-$325
Associates $135-$205

**Carlton Fields (211)**
(Tampa, Fla.)
Partners $230-$400
Associates $130-$270

**Case Bigelow & Lombardi (30)**
(Honolulu)
Partners $210-$340
Associates $125-$210

**Choate, Hall & Stewart (159)**
(Boston)
Partners $375-$575
Associates $195-$345

**Cooley Godward (560)**
(Palo Alto, Calif.)
Partners $330-$600
Associates $190-$425

**Covington & Burling (522)**
(Washington, D.C.)
Partners $325-$600
Associates $160-$390

**Cozen O'Connor (440)**
(Philadelphia)
Partners $185-$450
Associates $120-$325

**Crosby, Heafey, Roach & May (237)**
(Oakland, Calif.)
Partners $234-$454
Associates $170-$320

**Cummings & Lockwood (171)**
(Stamford, Conn.)
Partners $250-$450
Associates $155-$290

**Curtis, Mallet-Prevost, Colt & Mosle (168)**
(New York)
Partners $420-$625
Associates $180-$435

**Davis Graham & Stubbs (97)**
(Denver)
Partners $200-$425
Associates $125-$210

**Davis Wright Tremaine (389)**
(Seattle)
Partners $225-$525
Associates $130-$270

**Day, Berry & Howard (231)**
(Hartford, Conn.)
Partners $275-$450
Associates $160-$330

**Dickinson Wright (200)**
(Detroit)
Partners $215-$410
Associates $130-$210

Associates $145-$325

**Ogletree, Deakins, Nash, Smoak & Stewart (162)**
(Atlanta)
Partners $200-$450
Associates $170-$265

**Oppenheimer Wolff & Donnelly (246)**
(Minneapolis)
Partners $225-$500
Associates $125-$375

**Patton Boggs (366)**
(Washington, D.C.)
Partners $235-$700
Associates $180-$315

**Pennie & Edmonds (233)**
(New York)
Partners $365-$500
Associates $190-$360

**Pepper Hamilton (389)**
(Philadelphia)
Partners $245-$525
Associates $150-$295

**Perkins Coie (565)**
(Seattle)
Partners $160-$650
Associates $135-$415

**Phelps Dunbar (233)**
(New Orleans)
Partners $145-$300
Associates $110-$175

**Phillips, Lytle, Hitchcock, Blaine & Huber (171)**
(Buffalo, N.Y)
Partners $185-$350
Associates $105-$265

**Piper Rudnick (794)**
(Chicago)
Partners $295-$615
Associates $140-$405

**Pitney, Hardin, Kipp & Szuch (195)**
(Morristown, N.J.)
Partners $280-$450
Associates $155-$290

**Powell, Goldstein, Frazer & Murphy (290)**
(Atlanta)
Partners $265-$515
Associates $160-$300

**Preston Gates & Ellis (386)**
(Seattle)
Partners $180-$500
Associates $120-$410

**Reed Smith (739)**
(Pittsburgh)
Partners $240-$620
Associates $100-$435

**Robinson & Cole (202)**
(Hartford, Conn.)
Partners $260-$500
Associates $150-$300

**Dickstein Shapiro Morin & Oshinsky (311)**
**(Washington, D.C.)**
Partners $350-$550
Associates $180-$340

**Dinsmore & Shohl (254)**
(Cincinnati)
Partners $190-$345
Associates $125-$235

**Dow, Lohnes & Albertson (147)**
(Washington, D.C.)
Partners $310-$600
Associates $160-$335

**Drinker Biddle & Reath (433)**
(Philadelphia)
Partners $280-$450
Associates $145-$275

**Duane Morris (492)**
(Philadelphia)
Partners $174.86-$523.47
Associates $146.97-$394.36

**Dykema Gossett (252)**
(Detroit)
Partners $210-$380
Associates $140-$240

**E  F  G**

**Eckert Seamans Cherin & Mellott (193)**
(Pittsburgh)
Partners $220-$425
Associates $135-$240

**Edwards & Angell (290)**
(Boston)
Partners $300-$550
Associates $140-$300

**Epstein Becker & Green (333)**
(New York)
Partners $220-$540
Associates $150-$350

**Fish & Richardson (279)**
(Boston)
Partners $350-$500
Associates $185-$360

**Foster Pepper & Shefelman (106)**
(Seattle)
Partners $225-$400
Associates $140-$250

**Foulston Siefkin (73)**
(Wichita, Kan.)
Partners $145-$300
Associates $100-$155

**Fowler White Boggs Banker (180)**
(Tampa, Fla.)
Partners $175-$350
Associates $125-$225

**Gardere Wynne Sewell (288)**
(Dallas)
Partners $250-$550
Associates $130-$320

**Ross & Hardies (181)**
(Chicago)
Partners $260-$465
Associates $160-$290

**Rutan & Tucker (123)**
(Costa Mesa, Calif.)
Partners $250-$425
Associates $165-$275

**S - W**

**Saul Ewing (228)**
(Philadelphia)
Partners $250-$475
Associates $145-$265

**Schnader Harrison Segal & Lewis (301)**
(Philadelphia)
Partners $220-$465
Associates $135-$285 **Seyfarth Shaw (505)**
(Chicago)
Partners $260-$600
Associates $160-$265

**ShawPittman (407)**
(Washington, D.C.)
Partners $315-$576
Associates $170-$325

**Sheppard, Mullin, Richter & Hampton (336)**
(Los Angeles)
Partners $305-$525
Associates $170-$295

**Shipman & Goodwin (137)**
(Hartford, Conn.)
Partners $235-$360
Associates $140-$230

**Sills Cummis Radin Tischman Epstein & Gross (155)**
(Newark, N.J.)
Partners $290-$500
Associates $125-$290

**Smith, Gambrell & Russell (177)**
(Atlanta)
Partners $185-$465
Associates $130-$350

**Steel Hector & Davis (195)**
(Miami)
Partners $240-$600
Associates $175-$280

**Stites & Harbison (213)**
(Louisville, Ky.)
Partners $175-$325
Associates $105-$190

**Stoel Rives (364)**
(Portland, Ore.)
Partners $210-$400
Associates $140-$340

**Stradley Ronon Stevens & Young (145)**
(Philadelphia)
Partners $200-$465
Associates $140-$250

**Strasburger & Price (224)**
(Dallas)

**Gibbons, Del Deo, Dolan, Griffinger & Vecchione (160)**
(Newark, N.J.)
Partners $235-$600
Associates $145-$265

**Gray Cary Ware & Freidenrich (402)**
(Palo Alto, Calif.)
Partners $310-$620
Associates $195-$345

**Greenebaum Doll & McDonald (172)**
(Louisville, Ky.)
Partners $190-$365
Associates $130-$205

**Greenberg Glusker (104)**
(Los Angeles)
Partners $325-$850
Associates $210-$325

**Greenberg Traurig (878)**
(Miami)
Partners $250-$800
Associates $150-$375

## H - K

**Haight, Brown & Bonesteel (91)**
(Los Angeles)
Partners $200-$300
Associates $115-$175

**Hale and Dorr (490)**
(Boston)
Partners $350-$675
Associates $230-$395

**Haynes and Boone (468)**
(Dallas)
Partners $265-$500
Associates $125-$330

**Hodgson Russ (189)**
(Buffalo, N.Y.)
Partners $200-$475
Associates $110-$320

**Hogan & Hartson (937)**
(Washington, D.C.)
Partners $230-$750
Associates $90-$405

**Holland & Knight (1,273)**
(Washington, D.C.)
Partners $200-$575
Associates $145-$365

**Holme Roberts & Owen (188)**
(Denver)
Partners $215-$525
Associates $145-$275

**Hughes Hubbard & Reed (282)**
(New York)
Partners $375-$625
Associates $175-$415

**Husch & Eppenberger (278)**
(St. Louis)
Partners $160-$340
Associates $115-$185

**Jackson Lewis (351)**

Partners $190-$450
Associates $155-$250

**Sughrue Mion (94)**
(Washington, D.C.)
Partners $300-$450
Associates $200-$350

**Sutherland Asbill & Brennan (356)**
(Atlanta)
Partners $275-$545
Associates $160-$280

**Swidler Berlin Shereff Friedman (298)**
(Washington, D.C.)
Partners $310-$590
Associates $170-$380

**Thelen Reid & Priest (440)**
(New York)
Partners $315-$575
Associates $165-$390

**Thompson Coburn (280)**
(St. Louis)
Partners $190-$400
Associates $105-$220

**Thompson & Knight (333)**
(Dallas)
Partners $260-$475
Associates $155-$250

**Thorp Reed & Armstrong (103)**
(Pittsburgh)
Partners $210-$390
Associates $175-$230

**Townsend and Townsend and Crew (151)**
(San Francisco)
Partners $415-$525
Associates $265-$355

**Vedder, Price, Kaufman & Kammholz (213)**
(Chicago)
Partners $270-$495
Associates $165-$290

**Venable (448)**
(Baltimore)
Partners $250-$670
Associates $165-$310

**Vorys, Sater, Seymour and Pease (353)**
(Columbus, Ohio)
Partners $235-$400
Associates $125-$250

**Wiley, Rein & Fielding (221)**
(Washington, D.C.)
Partners $300-$525
Associates $160-$290

**Williams & Connolly (211)**
(Washington, D.C.)
Partners $350-$600
Associates $185-$330

**Williams Mullen (237)**
(Richmond, Va.)
Partners $185-$370
Associates $125-$225

(White Plains, N.Y.)
Partners $245-$450
Associates $150-$350

**Jenkens & Gilchrist (573)**
(Dallas)
Partners $275-$525
Associates $165-$380

**Jenner & Block (390)**
(Chicago)
Partners $350-$625
Associates $185-$350

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (217)**
(New Orleans)
Partners $170-$335
Associates $110-$185

**Winstead Sechrest & Minick (333)**
(Dallas)
Partners $250-$540
Associates $145-$300

**Womble Carlyle Sandridge & Rice (437)**
(Winston-Salem, N.C.)
Partners $190-$500
Associates $125-$265

**Wyatt, Tarrant & Combs (201)**
(Louisville, Ky.)
Partners $150-$310
Associates $100-$190

(*The National Law Journal*, December 2002)