IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------x
PRACTICEWORKS, INC., et al.,          )
                                      )
                          Plaintiffs  )   Civil No.: JFM 02 CV 1205
                                      )
        - against -                   )
                                      )
PROFESSIONAL SOFTWARE SOLUTIONS       )
OF ILLINOIS, INC.,                    )
                                      )
                          Defendant.  )
------------------------------------------------x
------------------------------------------------x
PRACTICEWORKS, INC., et al.,          )
                                      )
                          Plaintiffs  )   Civil No.: JFM 02 CV 1206
                                      )
        - against -                   )
                                      )
DENTAL MEDICAL AUTOMATION, INC.,      )
                                      )
                          Defendant.  )
------------------------------------------------x

### STIPULATION FOR EXTENSION OF TIME

**WHEREAS** the above-captioned actions involve Plaintiffs PracticeWorks, Inc. and SoftDent LLC ("Plaintiffs"), on the one hand, and each of Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants"), on the other;

**WHEREAS** on March 25, 2003, Plaintiffs filed Plaintiffs' Memorandum In Support of Their Motion to Enforce the Court's Decision and Judgment against Defendants for Attorney's Fees and Costs;

WHEREAS Defendants Response(s) are currently due on or before April 7, 2003; and

WHEREAS due to difficulties experienced while relocating Defendants' counsels' offices, including interruption of telephone and Internet services, Defendants' counsel has not had sufficient time to research and prepare a response to Plaintiffs' Memorandum In Support of Their Motion to Enforce the Court's Decision and Judgment against Defendants for Attorney's Fees and Costs.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action, that without waiving any rights with respect to this matter, the time for Defendants' to file a Response to Plaintiffs' Memorandum In Support of Their Motion to Enforce the Court's Decision and Judgment against Defendants for Attorney's Fees and Costs is extended until April 21, 2003.

Howard E. Cotton (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10028
212-940-8855
Fax: 212-894-5855

Attorneys for Plaintiffs

Mark E. Wiemelt (admitted *pro hac vice*)
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
312-372-7664
Fax: 312-372-6568

Attorneys for Defendants

APPROVED this _____ day of _____, 2003:

_____
Judge, United States District
For the District of Maryland