IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **PRACTICEWORKS, INC., et al.,** | * | |
| Plaintiffs | * | Civil No.: JFM 02 CV 1205 |
| vs. | * | |
| **PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC.,** | * | |
| | * | |
| Defendant | | |
| ------------------------------------------------------------ | * | |
| **PRACTICEWORKS, INC., et al.,** | * | |
| Plaintiffs | * | Civil No.: JFM 02 CV 1206 |
| vs. | * | |
| **DENTAL MEDICAL AUTOMATION, INC.,** | * | |
| Defendant | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2003 a copy of the Stipulation for Extension of Time, which was electronically filed in this case on April 4, 2003, was mailed via first class mail, postage prepaid, to S. Scott Morrison, Esq., Katten Muchin Zavis and Rosenman, 1025 Thomas Jefferson St., N.W., Suite 700 E, Washington, DC 20007-5201.

_____/s/_____
John M.G. Murphy
Bar No. 03811
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 347-7334

714670