IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------- x
                                      )
PRACTICEWORKS, INC., et al.,          )
                                      )
                      Plaintiffs      )   Civil No.: JFM 02 CV 1205
                                      )
         - against -                  )
                                      )
PROFESSIONAL SOFTWARE SOLUTIONS       )
OF ILLINOIS, INC.,                    )
                                      )
                      Defendant.      )
------------------------------------- x
------------------------------------- x
                                      )
PRACTICEWORKS, INC., et al.,          )
                                      )
                      Plaintiffs      )   Civil No.: JFM 02 CV 1206
                                      )
         - against -                  )
                                      )
DENTAL MEDICAL AUTOMATION, INC.,      )
                                      )
                      Defendant.      )
------------------------------------- x

### STIPULATION FOR EXTENSION OF TIME

**WHEREAS** on March 25, 2003, Plaintiffs Plaintiffs PracticeWorks, Inc. and SoftDent LLC ("Plaintiffs") filed their Memorandum in Support of their Motion to Enforce the Court's Decision and Judgment Against Defendants for Attorneys' Fees and Costs;

**WHEREAS** on April 21, 2003, Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") filed their Joint Opposition to Plaintiffs'/CounterDefendants' Motion for Attorneys' Fees and Costs;

WHEREAS Plaintiffs' Reply (or Response) to Defendants' Joint Opposition papers is currently due on May 19, 2003; and

WHEREAS the parties have discussed potential settlement proposals and wish to continue their settlement dialogue, pursuant to which Plaintiffs seek additional time to submit their Reply to Defendants' Joint Opposition papers.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action, that without waiving any rights with respect to this matter, the time for Plaintiffs to file their Reply to Defendants' Joint Opposition papers is extended until May 28, 2003

_____
Michael S. Gordon (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10028
Phone: 212-940-6666
Fax:   212-894-5966

Attorneys for Plaintiffs

_____
Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Phone: 312-372-7664
Fax:   312-372-6568

Attorneys for Defendants


APPROVED this _____ day of _____, 2003:


_____
Judge, United States District
For the District of Maryland

22185704.01