

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 office   212.940.8776 fax

**MICHAEL S. GORDON**
michael.gordon@kmzr.com
212.940.6666   212.894.5966 fax

June 2, 2003

By Electronic Filing

Felicia C. Cannon
Clerk of the Court
United States District Court
  for the District of Maryland
U.S. Courthouse, Room 409
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   (1)   PracticeWorks, Inc., et al. v. Professional Software
            Solutions of Illinois, Inc., Civil No. JFM 02-CV-1205

      (2)   PracticeWorks, Inc., et al. v. Dental Medical
            Automation, Inc., Civil No. JFM 02-CV-1206

Dear Ms. Cannon:

On behalf of Plaintiffs PracticeWorks, Inc. and SoftDent LLC ("Plaintiffs"), I am submitting for electronic filing the following reply papers in further support of Plaintiffs' Motion to Enforce the Court's Decision and Judgment Against Defendants for Attorneys' Fees and Costs, which Motion previously was filed on January 21, 2003:

1. Reply Memorandum in Further Support of Plaintiffs' Motion to Enforce;

2. Reply Affidavit of Dennis Stockwell in Further Support of Plaintiffs' Motion to Enforce, sworn to May 29, 2003;

3. Reply Affidavit of Howard E. Cotton in Further Support of Plaintiffs' Motion to Enforce, sworn to May 30, 2003 ("Cotton Reply Affidavit"); and

4. Exhibits A through E to the Cotton Reply Affidavit.

Whereas the parties previously had stipulated that Plaintiffs' reply papers would be filed on May 28, 2003, pursuant to an agreement with counsel for Defendants, Plaintiffs' time to file their reply papers was adjourned until today, June 2.

Very truly yours,

/s/ Michael S. Gordon

Michael S. Gordon