IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PRACTICEWORKS, INC.,<br>1765 The Exchange<br>Atlanta, Georgia 30339,<br><br>and<br><br>SOFTDENT, LLC,<br>311 International Circle,<br>Hunt Valley, Maryland 21030,<br>Baltimore County,<br><br>    Plaintiffs/Counter-Defendants,<br><br>    v.<br><br>DENTAL MEDICAL AUTOMATION, INC.,<br>370 Ken Mar Industrial Parkway,<br>Cleveland, Ohio 44147,<br><br>    Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  CCB02CV1206<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **DEMAND FOR JURY TRIAL** |

**AFFIDAVIT OF MARK E. WIEMELT**

I, Mark E. Wiemelt, being first duly sworn upon oath, do hereby depose and state:

1. I am an individual residing in Illinois and Defendants' counsel in the above captioned action, and I make this Affidavit in support of Defendant/Counter-Plaintiffs' Motion For Leave to File First Amended Counterclaims. I have personal knowledge of the matters set forth herein, and those matters for which I do not have personal knowledge, I believe them to be as stated.

- 2 -

2. After the January 7, 2003 Decision and Judgment, a controversy arose between the parties concerning Counter-Plaintiffs' ability to provide technical support and service of Counter-Defendants' Products to customers pending this litigation or after termination of the Agreement by Counter-Defendant. (See Reply Memo., pg. 20).

3. Attached hereto are copies of correspondence between myself and Attorney Michael Gordon dated April 14, 2003 and May 8, 2003 illustrating, in part, the controversy concerning Counter-Plaintiffs' ability to provide technical support and service of Counter-Defendants' Products to customers pending this litigation or after termination of the Agreement by Counter-Defendant.

Further Affiant sayeth naught.

_____
Mark E. Wiemelt

Subscribed and sworn to
before me this  10th  day
of  June , 2003.

_____
Notary Public

"OFFICIAL SEAL"
STANLEY D. SCHWARTZ
Notary Public, State of Illinois
My Commission Expires 06/14/03

My commission expires on _____.