IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PRACTICEWORKS, INC., et al., | ) | |
| | ) | Civil Action No. |
| Plaintiffs/Counter-Defendants, | ) | JFM 02 CV 1205 |
| | ) | |
| v. | ) | |
| | ) | |
| PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC., | ) ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| PRACTICEWORKS, INC., et al., | ) | |
| | ) | Civil Action No. |
| Plaintiffs/Counter-Defendants, | ) | JFM 02 CV 1206 |
| | ) | |
| v. | ) | |
| | ) | |
| DENTAL MEDICAL AUTOMATION, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE
JOINT SUR-REPLY IN OPPOSITION TO PLAINTIFFS'
PETITION FOR ATTORNEYS FEES**

NOW COMES the Defendants/Counter-Plaintiffs, by and through their attorneys, John M.G. Murphy, of Ober, Kaler, Grimes & Shriver, and Mark E. Wiemelt, of the Law Offices of Mark E. Wiemelt, P.C., and hereby moves for the Court to grant leave to file a Joint Surreply in Opposition to Plaintiffs' Petition for Attorneys' Fees, and in support thereof states as follows:

Defendants hereby submit this Joint Surreply to address new factual and legal matters which were asserted for the first time in Plaintiffs' Reply Memorandum. Most notably, in an affidavit in support of Plaintiffs' Reply, Plaintiffs have submitted an additional claim for attorneys' fees and costs for the month of February in the amount of $67,113.91.

WHEREFORE, Plaintiff's Motion for Leave to File a Joint Surreply in Opposition to Plaintiffs' Petition for Attorneys' Fees should be granted.

Dated: June 10, 2003

>Respectfully submitted,
>
>DENTAL MEDICAL AUTOMATION, INC.
>
>PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC.
>
>By: /s/ Mark E. Wiemelt
>       Mark E. Wiemelt

Lead Counsel (Pro Hac Vice):
Mark E. Wiemelt (06208213)
LAW OFFICES OF MARK E. WIEMELT, P.C.
10 S. LaSalle St., Ste. 3500
Chicago, Illinois 60603
(312) 372-7664

Local Counsel:
John M.G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 347-7334