IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      )
PRACTICEWORKS, INC., et al.,                          )
                                                      )
                          Plaintiffs,                 )   Civil No.:  JFM 02 CV 1205
                                                      )
        - against -                                   )
                                                      )
PROFESSIONAL SOFTWARE SOLUTIONS                       )
OF ILLINOIS, INC.,                                    )
                                                      )
                          Defendant.                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      )
PRACTICEWORKS, INC., et al.,                          )
                                                      )
                          Plaintiffs,                 )   Civil No.:  JFM 02 CV 1206
                                                      )
        - against -                                   )
                                                      )
DENTAL MEDICAL AUTOMATION, INC.,                      )
                                                      )
                          Defendant.                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**AFFIDAVIT OF MICHAEL S. GORDON**
**IN RESPONSE TO DEFENDANTS' JOINT SUR-REPLY**

COUNTY OF NEW YORK )
                   ) ss.:
STATE OF NEW YORK  )

**MICHAEL S. GORDON**, being duly sworn, deposes and says:

1.  I am a member of the law firm of Katten Muchin Zavis Rosenman ("KMZ Rosenman"), counsel for Plaintiffs PracticeWorks, Inc. ("PracticeWorks") and SoftDent LLC ("SoftDent") (collectively "Plaintiffs"). As such, I am fully familiar with the facts set forth herein and the exihibits annexed hereto. I submit this affidavit in response to the joint sur-reply of Defendants Professional Software Solutions of Illinois, Inc. ("PSSI") and Dental Medical Automation, Inc. ("DMA") (collectively "Defendants") in opposition to Plaintiffs' motion to enforce the Court's Memorandum Decision entered as of January 7, 2003 (the "January 7 Decision"), and its Order and Judgment entered as of January 7,

22187018.01

2003 (the "January 7 Judgment"), which Decision and Judgment ordered that Defendants compensate Plaintiffs for their "reasonable attorney's fees and costs associated with bringing this action and litigating . . . [their] motion [for partial summary judgment and partial judgment on the pleadings]." <u>See</u> January 7 Judgment at ¶ 4; <u>see also</u> January 7 Decision at p. 9.

2. Annexed hereto as Exhibit A is a true and correct copy of a letter from Defendants' counsel, Mark Wiemelt, to the Court, dated March 11, 2003.

3. Annexed hereto as Exhibit B is a true and correct copy of a letter from me to the Court, dated March 11, 2003.

**WHEREFORE**, for the foregoing reasons, it is respectfully requested that Defendants be adjudged to reimburse Plaintiffs in the amount of $779,357.89 in bringing this action, litigating their motion for partial summary judgment and partial judgment on the pleadings, and in successfully defending against Defendants' motion for reconsideration.

/s/ Michael S. Gordon
MICHAEL S. GORDON

Sworn to before me this
24th day of June, 2003

/s/ Joanne Baker
Notary Public

22187018.01