IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------------- x
                                                     )
PRACTICEWORKS, INC., et al.,                         )
                                                     )
                              Plaintiffs             )   Civil No.: JFM 02 CV 1205
                                                     )
        - against -                                  )
                                                     )
PROFESSIONAL SOFTWARE SOLUTIONS                      )
OF ILLINOIS, INC.,                                   )
                                                     )
                              Defendant.             )
---------------------------------------------------- x
---------------------------------------------------- x
                                                     )
PRACTICEWORKS, INC., et al.,                         )
                                                     )
                              Plaintiffs             )   Civil No.: JFM 02 CV 1206
                                                     )
        - against -                                  )
                                                     )
DENTAL MEDICAL AUTOMATION, INC.,                     )
                                                     )
                              Defendant.             )
---------------------------------------------------- x

## STIPULATION FOR EXTENSION OF TIME

**WHEREAS** on June 10, 2003, Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") filed and served their Motion for Leave to File First Amended Counterclaims in the above-captioned actions;

**WHEREAS** Plaintiffs PracticeWorks, Inc.'s and SoftDent LLC's ("Plaintiffs") opposition to Defendants' Motion is currently due on June 27, 2003; and

22187100.01

WHEREAS due to vacations and other scheduling conflicts, Plaintiffs seek additional time to submit their opposition to Defendants' Motion.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action, that the time for Plaintiffs to file their opposition to Defendants' Motion is extended until July 14, 2003; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action, that the time for Defendants to file their reply or response in further support of their Motion is extended until July 28, 2003

| | |
|---|---|
| /s/ Michael Gordon | /s/ Mark Wiemelt |
| Michael S. Gordon (admitted *pro hac vice*) | Mark E. Wiemelt |
| Katten Muchin Zavis Rosenman | Law Offices of Mark E. Wiemelt, P.C. |
| 575 Madison Avenue | 10 S. LaSalle Street, Suite 3500 |
| New York, New York 10028 | Chicago, Illinois 60603 |
| Phone: 212-940-6666 | Phone: 312-372-7664 |
| Fax:   212-894-5966 | Fax:   312-372-6568 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |

APPROVED this _____ day of _____, 2003:

_____
**Judge, United States District
For the District of Maryland**

2

22187100.01