IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------x
)
PRACTICEWORKS, INC., et al.,                    )
                                                )
                              Plaintiffs        )   Civil No.: JFM 02 CV 1205
                                                )
         - against -                            )
                                                )
PROFESSIONAL SOFTWARE SOLUTIONS                 )
OF ILLINOIS, INC.,                              )
                                                )
                              Defendant.        )
------------------------------------------------x
------------------------------------------------x
)
PRACTICEWORKS, INC., et al.,                    )
                                                )
                              Plaintiffs        )   Civil No.: JFM 02 CV 1206
                                                )
         - against -                            )
                                                )
DENTAL MEDICAL AUTOMATION, INC.,                )
                                                )
                              Defendant.        )
------------------------------------------------x

**STIPULATION FOR EXTENSION OF TIME**

**WHEREAS** on June 10, 2003, Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") filed and served their Motion for Leave to File First Amended Counterclaims in the above-captioned actions;

**WHEREAS** Plaintiffs PracticeWorks, Inc.'s and SoftDent LLC's ("Plaintiffs") opposition to Defendants' Motion is currently due on July 14, 2003; and

22187528.01

WHEREAS due to illness of counsel and other scheduling conflicts, Plaintiffs seek additional time to submit their opposition to Defendants' Motion.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action, that the time for Plaintiffs to file their opposition to Defendants' Motion is extended until July 21, 2003; and

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action, that the time for Defendants to file their reply or response in further support of their Motion is extended until August 4, 2003

_/s/ Michael Gordon_

Michael S. Gordon (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10028
Phone: 212-940-6666
Fax:   212-894-5966

Attorneys for Plaintiffs

_/s/_

Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Phone: 312-372-7664
Fax:   312-372-6568

Attorneys for Defendants

APPROVED this _____ day of _____, 2003:

_____
**Judge, United States District
For the District of Maryland**

22187528.01