UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 14, 2003

MEMO TO COUNSEL RE: Practiceworks, Inc., et al. v. Professional Software Solutions
Of Illinois, Inc.
Civil No. JFM-02-1205

Practiceworks, Inc., et al. v. Dental Medical Automation
Civil No. JFM-02-1206

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' petition for attorneys' fees.

I have concluded that I cannot rule upon the motion without having more detailed billing information. I understand that plaintiffs are unwilling to submit that information to defendants as long as any of the counterclaims remain pending. In light of the huge amount of fees being requested (which, I must say, appears excessive on its face), I would not accept the submission of more detailed information *ex parte* and would permit defendants an opportunity to take discovery. Accordingly, plaintiffs' motion is denied without prejudice to being renewed after this case is finally concluded.

A scheduling conference will be held at 8:30 a.m. on August 1, 2003. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge