IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------x
                                        )
PRACTICEWORKS, INC., et al.,            )
                                        )
                    Plaintiffs          )   Civil No.: JFM 02 CV 1205
                                        )
        - against -                     )
                                        )
PROFESSIONAL SOFTWARE SOLUTIONS         )
OF ILLINOIS, INC.,                      )
                                        )
                    Defendant.          )
---------------------------------------x
---------------------------------------x
                                        )
PRACTICEWORKS, INC., et al.,            )
                                        )
                    Plaintiffs          )   Civil No.: JFM 02 CV 1206
                                        )
        - against -                     )
                                        )
DENTAL MEDICAL AUTOMATION, INC.,        )
                                        )
                    Defendant.          )
---------------------------------------x

## STIPULATION

WHEREAS on June 10, 2003, Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") filed and served their Motion for Leave to File First Amended Counterclaims in the above-captioned actions, which Motion was not made in compliance with Local Rule 103.6.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action that, in the interests of case management and litigation efficiency:

1.      On July 21, 2003, Defendants will withdraw their Motion for Leave to File First Amended Counterclaims in the above-captioned actions.

22187739.01

2. On July 28, 2003, Defendants will re-file their Motion for Leave to File First Amended Counterclaims in compliance with Local Rule 103.6.

3. On August 11, 2003, Plaintiffs PracticeWorks, Inc. and SoftDent LLC ("Plaintiffs") will file their opposition to Defendants' Motion for Leave to File First Amended Counterclaims and Plaintiffs will also file a Cross-Motion for Leave to File a First Amended Complaint.

4. On August 25, 2003, Defendants will file their reply papers in further support of their Motion for Leave to File First Amended Counterclaims and any opposition to Plaintiffs' Cross-Motion for Leave to File a First Amended Complaint; and

5. On September 8, 2003, Plaintiffs will file their reply papers in further support of their Cross-Motion for Leave to File a First Amended Complaint.

| | |
|---|---|
| /s/ Michael Gordon | /s/ Mark E. Wiemelt |
| Michael S. Gordon (admitted *pro hac vice*) | Mark E. Wiemelt |
| Katten Muchin Zavis Rosenman | Law Offices of Mark E. Wiemelt, P.C. |
| 575 Madison Avenue | 10 S. LaSalle Street, Suite 3500 |
| New York, New York 10028 | Chicago, Illinois 60603 |
| Phone: 212-940-6666 | Phone: 312-372-7664 |
| Fax: 212-894-5966 | Fax: 312-372-6568 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

APPROVED this _____ day of _____, 2003:

_____
Judge, United States District
For the District of Maryland

22187739.01