*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*

| | | |
|---|---|---|
| PRACTICEWORKS, INC., | ) | |
| 1765 The Exchange | ) | |
| Atlanta, Georgia 30339, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOFTDENT, LLC, | ) | |
| 311 International Circle, | ) | |
| Hunt Valley, Maryland 21030, | ) | |
| Baltimore County, | ) | |
| | ) | Civil Action No. |
| Plaintiffs/Counter-Defendants, | ) | CCB02CV1205 |
| | ) | |
| v. | ) | |
| | ) | |
| PROFESSIONAL SOFTWARE SOLUTIONS OF | ) | |
| ILLINOIS, INC., | ) | |
| 5155 West 111th Street, | ) | |
| Alsip, IL 60803, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | **DEMAND FOR JURY TRIAL** |

## WITHDRAWAL OF COUNTER-PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS

NOW COMES the Counter-Plaintiff Professional Software Solutions of Illinois, Inc., (hereinafter "DMA"), by and through its attorney, John M.G. Murphy, of Ober, Kaler, Grimes & Shriver, and Mark E. Wiemelt, of the Law Offices of Mark E. Wiemelt, P.C., and hereby withdraws its Motion for Leave to File First Amended Counterclaims which was filed on June 10, 2003 in this matter.

**I.  Background**

1.  On June 10, 2003, Defendant/Counter-Plaintiff sought leave to file the Answer, Affirmative Defenses and First Amended Counterclaims which is attached hereto as Exhibit A, merging the Seventh Counterclaim with the Sixth Counterclaim, substituting new Counterclaim Seven for Declaratory relief regarding Counter-Defendants' ability to provide technical support and service of Counter-Defendants Products to customers pending this litigation or after termination of the Agreement by Counter-Defendant, and adding the Tenth and Eleventh Counterclaims for Tortious Interference with Contract and Tortious Interference with Prospective Economic Advantage, respectively.

2.  On July 18, 2003, counsel for the parties conferred regarding compliance with local Rule 103.6, and counsel agreed to file a Stipulation regarding motions for leave to amend the pleadings which is being filed by Plaintiffs' counsel substantially contemporaneously herewith.

3.  In accordance with the Stipulation, pending the Court's approval, Defendant/Counter-Plaintiff will re-file their Motion for Leave to File First Amended Counterclaims on July 28, 2003.

**II.  Conclusion**

For the foregoing reasons, Defendant/Counter-Plaintiff 's Motion for Leave to File First Amended Counterclaims is hereby withdrawn without prejudice.

Dated: July 21, 2003

Respectfully submitted,

PROFESSIONAL SOFTWARE

SOLUTIONS OF ILLINOIS, INC.


By:  /s/  Mark E. Wiemelt
     Mark E. Wiemelt

Lead Counsel (Pro Hac Vice):
Mark E. Wiemelt (06208213)
LAW OFFICES OF MARK E. WIEMELT, P.C.
10 S. LaSalle St., Ste. 3500
Chicago, Illinois  60603
(312) 372-7664

Local Counsel:
John M.G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 347-7334