UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 11, 2003

MEMO TO COUNSEL RE: Practiceworks, Inc., et al. v. Professional Software Solutions
Of Illinois, Inc.
Civil No. JFM-02-1205

Practiceworks, Inc., et al. v. Dental Medical Automation
Civil No. JFM-02-1206

Dear Counsel:

This will confirm, as discussed during the conference held on August 1, 2003, that we will hold another status conference on August 29, 2003, at 9:00 a.m. I understand that you will arrange with one another to call in by phone.

This will also confirm that in the interim briefing on the pending motion to amend is suspended.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge