IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
------------------------------------x
                                    )
PRACTICEWORKS, INC., et al.,        )
                                    )
                    Plaintiffs      )   Civil No.: JFM 02 CV 1205
                                    )
        - against -                 )
                                    )
PROFESSIONAL SOFTWARE SOLUTIONS     )
OF ILLINOIS, INC.,                  )
                                    )
                    Defendant.      )
------------------------------------x
------------------------------------x
                                    )
PRACTICEWORKS, INC., et al.,        )
                                    )
                    Plaintiffs      )   Civil No.: JFM 02 CV 1206
                                    )
        - against -                 )
                                    )
DENTAL MEDICAL AUTOMATION, INC.,    )
                                    )
                    Defendant.      )
------------------------------------x
```

### STIPULATION

WHEREAS on July 28, 2003, Defendants and Counter-Plaintiffs Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") filed and served their Motion for Leave to File First Amended Counterclaims in the above-captioned actions;

WHEREAS Plaintiffs PracticeWorks, Inc. and SoftDent LLC ("Plaintiffs") have communicated to Defendants Plaintiffs' intention to file a First Amended Complaint; and

WHEREAS Plaintiffs and Defendants have agreed—pending Court approval—to obviate the necessity for motions for leave to amend by consenting to each other's filing of an amended pleading,

while reserving all rights to challenge the other's amended pleading and further reserving all rights to make any dispositive motion as to the amended pleadings.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action that, in the interests of case management and litigation efficiency:

1. On September 29, 2003, Defendants will withdraw their Motion for Leave to File First Amended Counterclaims in the above-captioned actions;

2. On September 30, 2003, Plaintiffs will file their First Amended Complaint in compliance with Local Rule 103.6(b) and (c);

3. On October 20, 2003, Defendants will file their First Amended Answer and Counterclaims in compliance with Local Rule 103.6(b) and (c);

4. Plaintiffs and Defendants expressly reserve the right to challenge the other's amended pleading and further reserve the right to make any dispositive motion as to the amended pleadings by no later than November 20, 2003; and

5. Pending the Court's approval, Plaintiffs and Defendants agree that discovery shall be stayed until November 20, unless Plaintiffs and/or Defendants make a dispositive motion as to the amended pleadings by said date pursuant to paragraph 4 hereinabove whereby it is agreed that discovery will be stayed pending the determination of said dispositive motion(s).

_/s/ Michael Gordon_

Michael S. Gordon (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10028
Phone: 212-940-6666
Fax:    212-894-5966

Attorneys for Plaintiffs

_/s/ Mark E. Wiemelt_

Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Phone: 312-372-7664
Fax:    312-372-6568

Attorneys for Defendants

22189668.01

APPROVED this _____ day of _____, 2003:

_____
Judge, United States District
For the District of Maryland

22189668.01