IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PRACTICEWORKS, INC., | ) | |
| 1765 The Exchange | ) | |
| Atlanta, Georgia 30339, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOFTDENT, LLC, | ) | |
| 311 International Circle, | ) | |
| Hunt Valley, Maryland 21030, | ) | |
| Baltimore County, | ) | |
| | ) | Civil Action No. |
| Plaintiffs/Counter-Defendants, | ) | CCB02CV1205 |
| | ) | |
| v. | ) | |
| | ) | |
| PROFESSIONAL SOFTWARE SOLUTIONS OF | ) | |
| ILLINOIS, INC., | ) | |
| 5155 West 111th Street, | ) | |
| Alsip, IL 60803, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | **DEMAND FOR JURY TRIAL** |

## WITHDRAWAL OF COUNTER-PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS

NOW COMES the Counter-Plaintiff Professional Software Solutions of Illinois, Inc., (hereinafter "DMA"), by and through its attorney, John M.G. Murphy, of Ober, Kaler, Grimes & Shriver, and Mark E. Wiemelt, of the Law Offices of Mark E. Wiemelt, P.C., and hereby withdraws its Motion for Leave to File First Amended Counterclaims which was previously filed in this matter.

- 1 -

**I. Background**

1. On September 22, 2003, the Court entered a Stipulation between the parties regarding the filing of amended pleadings, including a provision stating that Defendant/Counter-Plaintiff will withdraw its Motion for Leave to File First Amended Counterclaims which was previously filed in this matter.

**II. Conclusion**

For the foregoing reason, Defendant/Counter-Plaintiff 's Motion for Leave to File First Amended Counterclaims is hereby withdrawn without prejudice.

Dated: September 28, 2003

                      Respectfully submitted,

                      PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC.

                      By: /s/ Mark E. Wiemelt
                          Mark E. Wiemelt

Lead Counsel (Pro Hac Vice):
Mark E. Wiemelt (06208213)
LAW OFFICES OF MARK E. WIEMELT, P.C.
10 S. LaSalle St., Ste. 3500
Chicago, Illinois 60603
(312) 372-7664

Local Counsel:
John M.G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202-1643
(410) 347-7334