# Professional Software Solutions



5155 West 111th Street
Alsip, IL 60803
(800) 763-8336 Sales
(800) 633-2778 Support
http://www.psoil.com

January 28, 2003

RE: PSS of IL continues to provide technical support & service

Dear Doctor,

We understand PracticeWorks, Inc. has sent a letter notifying you that we are no longer authorized to distribute products for them. We disagree with the legality of the purported termination of our rights to distribute the products and are continuing to litigate the matter. We respectfully disagree with their "industry knowledge and research" and what they believe is the "best choice" from their perspective.

PSS of IL is an independent company. We have been training and supporting Softdent® software since 1988 and will continue to do so. PracticeWorks, Inc. has been providing such services for less than two years! Professional Software Solutions of Illinois, Inc. has consistently been there to provide such services through all the changes of ownership of the Softdent® software.

Actually, the only change will be that you will have to order your Softdent® products by calling them directly. For example, when you have to renew your Update Subscription Plan you would place the order directly through them. You still have a choice when it comes to services that you need. Most importantly, we want to assist you as you consider clinical integration solutions. Again, you have many choices to evaluate. We can help in that process as well as provide services you will need to implement the clinical solutions you choose.

Our support is for your complete system and not just the software. We have the ability to provide these services by telephone, remote access, and onsite if necessary. No other company can match our depth of knowledge, intellectual capital, and breadth of services. We are proud of our past and look forward to the future.

Please see the enclosed brochure for descriptions of some of our services. If you are on a support plan with us already, you will be able to renew it, when the time comes, at the same price and terms you now enjoy. WE ARE THE BEST CHOICE. For any one wishing to enroll in our priority service now, we will give you an annual membership at the semi-annual price! Remember, you have a choice. Please telephone us with any questions or to sign up if you are not already.

Sincerely,

The PSS of IL Team-Laura, Judi, Ron, Barb, Tony, Qiana, Kandice, Kim, Julie, Wayne and Larry.