

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 office   212.940.8776 fax

October 21, 2003

**MICHAEL S. GORDON**
michael.gordon@kmzr.com
212.940.6666   212.894.5966 fax

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   (1)   PracticeWorks, Inc., et al. v. Professional Software
            Solutions of Illinois, Inc., Civil No. JFM-02-1205

      (2)   Practice Works, Inc., et al. v. Dental Medical
            Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

      We represent Plaintiffs PracticeWorks, Inc. and SoftDent, LLC ("Plaintiffs") in the above-referenced matters.  We make a joint request with counsel for Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") for the enclosed Amended Stipulation to be So Ordered by the Court.

      On September 24, 2003, the Court So Ordered the parties' agreement by Stipulation to consent to each other's filing of an amended pleading, while reserving all rights to challenge the other's amended pleading and further reserving all rights to make any dispositive motion as to the amended pleadings.  The Stipulation contained a schedule for the parties' filing of amended pleadings and the making of dispositive motions in connection therewith.

      Whereas Plaintiffs were scheduled to file their First Amended Complaint on September 30, an unexpected delay in obtaining certain copyright registrations to be used as exhibits to Plaintiffs' First Amended Complaint has necessitated a modification of the September 24 Stipulation previously agreed to by the parties and So Ordered by the Court.

      Accordingly, the enclosed Amended Stipulation provides for the following proposed dates: (i) on October 21, 2003, Plaintiffs filed their First Amended Complaint in compliance with Local Rule 103.6(b) and (c); and (ii) on November 4, 2003, Defendants will file their First Amended Answer and Counterclaims in compliance with Local Rule 103.6(b) and (c).

      Consistent with the prior Stipulation, the parties further have reserved their rights to make any dispositive motion as to the amended pleadings by no later than December 12, 2003 (extended from November 20 under the prior Stipulation), and, pending the Court's approval,

Chicago     New York     Los Angeles     Washington, DC     Charlotte     Palo Alto     Newark     www.kmzr.com

*A Law Partnership including Professional Corporations*

*22190479.01*

Honorable J. Frederick Motz  
October 21, 2003  
Page 2



have agreed that discovery shall be stayed until December 12, unless Plaintiffs and/or Defendants make a dispositive motion as to the amended pleadings by said date whereby it is agreed that discovery will be stayed pending the determination of said dispositive motion(s).

    For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Amended Stipulation.

                              Respectfully submitted,

                              /s/  Michael S. Gordon

                              Michael S. Gordon

MSG:jpb

cc:    Howard E. Cotton (Plaintiffs' counsel)  
        Mark E. Wiemelt, Esq. (Defendants' counsel)  
        John M.G. Murphy, Esq. (Defendants' counsel)

22190479.01