IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    )
PRACTICEWORKS, INC., et al.,                        )
                                                    )
                        Plaintiffs                  )   Civil No.:  JFM 02 CV 1205
                                                    )
        - against -                                 )
                                                    )
PROFESSIONAL SOFTWARE SOLUTIONS                     )
OF ILLINOIS, INC.,                                  )
                                                    )
                        Defendant.                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    )
PRACTICEWORKS, INC., et al.,                        )
                                                    )
                        Plaintiffs                  )   Civil No.:  JFM 02 CV 1206
                                                    )
        - against -                                 )
                                                    )
DENTAL MEDICAL AUTOMATION, INC.,                    )
                                                    )
                        Defendant.                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## AMENDED STIPULATION

**WHEREAS** on September 24, 2003, the Court So Ordered the parties' agreement by Stipulation to consent to each other's filing of an amended pleading, while reserving all rights to challenge the other's amended pleading and further reserving all rights to make any dispositive motion as to the amended pleadings; and

**WHEREAS** on September 28, 2003, Defendants filed a Motion to Withdraw their Motion for Leave to File First Amended Counterclaims in the above-captioned actions, which Motion to Withdraw the Court approved on September 29, 2003; and

**WHEREAS** Plaintiffs were scheduled to file their First Amended Complaint on September 30, 2003, an unexpected delay in obtaining certain copyright registrations to be used as exhibits to Plaintiffs' First Amended Complaint has necessitated a modification of the schedule previously agreed to by the parties and So Ordered by the Court; and

**WHEREAS** on October 21, 2003, Plaintiffs filed their First Amended Complaint in compliance with Local Rule 103.6(b) and (c).

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action that, in the interests of case management and litigation efficiency:

1.      On November 4, 2003, Defendants will file their First Amended Answer and Counterclaims in compliance with Local Rule 103.6(b) and (c);

2.      Plaintiffs and Defendants expressly reserve the right to challenge the other's amended pleading and further reserve the right to make any dispositive motion as to the amended pleadings by no later than December 12, 2003; and

3.      Pending the Court's approval, Plaintiffs and Defendants agree that discovery shall be stayed until December 12, unless Plaintiffs and/or Defendants make a dispositive motion as to the amended pleadings by said date pursuant to paragraph 4 hereinabove whereby it is agreed that discovery will be stayed pending the determination of said dispositive motion(s).

Michael S. Gordon (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10028
Phone: 212-940-6666
Fax:    212-894-5966

Attorneys for Plaintiffs

Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Phone: 312-372-7664
Fax:    312-372-6568

Attorneys for Defendants

2

22190460.01

APPROVED this _____ day of _____, 2003:


_____
**Judge, United States District
For the District of Maryland**

3