IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

----------------------------------------x
PRACTICEWORKS, INC., et al.,            )
                                        )
                    Plaintiffs          )    Civil No.: JFM 02 CV 1205
                                        )
        - against -                     )
                                        )
PROFESSIONAL SOFTWARE SOLUTIONS         )
OF ILLINOIS, INC.,                      )
                                        )
                    Defendant.          )
----------------------------------------x
----------------------------------------x
                                        )
PRACTICEWORKS, INC., et al.,            )
                                        )
                    Plaintiffs          )    Civil No.: JFM 02 CV 1206
                                        )
        - against -                     )
                                        )
DENTAL MEDICAL AUTOMATION, INC.,        )
                                        )
                    Defendant.          )
----------------------------------------x

## AMENDED STIPULATION

**WHEREAS** on October 23, 2003, the Court So Ordered the parties' agreement by Stipulation to consent to each other's filing of an amended pleading, while reserving all rights to challenge the other's amended pleading and further reserving all rights to make any dispositive motion as to the amended pleadings; and

**WHEREAS** Plaintiffs filed their First Amended Complaint on October 21, 2003; and

**WHEREAS** Defendants are scheduled to file their First Amended Answer and Counterclaims on November 4, 2003, but are experiencing difficulty in preparing and filing their First Amended Answer and Counterclaim on or before November 4, 2003.

22190460.01

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action that, in the interests of case management and litigation efficiency:

1. On November 14, 2003, Defendants will file their First Amended Answer and Counterclaims in compliance with Local Rule 103.6(b) and (c);

2. Plaintiffs and Defendants expressly reserve the right to challenge the other's amended pleading and further reserve the right to make any dispositive motion as to the amended pleadings by no later than December 22, 2003; and

3. Pending the Court's approval, Plaintiffs and Defendants agree that discovery shall be stayed until December 22, unless Plaintiffs and/or Defendants make a dispositive motion as to the amended pleadings by said date pursuant to paragraph 2 hereinabove whereby it is agreed that discovery will be stayed pending the determination of said dispositive motion(s).

| | |
|---|---|
| _/s/ Michael Gordon_ | _/s/ Mark Wiemelt_ |
| Michael S. Gordon (admitted *pro hac vice*) | Mark E. Wiemelt |
| Katten Muchin Zavis Rosenman | Law Offices of Mark E. Wiemelt, P.C. |
| 575 Madison Avenue | 10 S. LaSalle Street, Suite 3500 |
| New York, New York 10028 | Chicago, Illinois 60603 |
| Phone: 212-940-6666 | Phone: 312-372-7664 |
| Fax: 212-894-5966 | Fax: 312-372-6568 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

APPROVED this _____ day of _____, 2003:

_____
Judge, United States District
For the District of Maryland

2

22190460.01