# LAW OFFICES OF MARK E. WIEMELT, P.C.

TEN SOUTH LASALLE STREET
SUITE 3300
CHICAGO, IL 60603
(312) 372-7664
FAX: (312) 372-6568
E-MAIL: mark@wiemeltlaw.com
INTERNET: www.wiemeltlaw.com

MARK E. WIEMELT*                                             PATENT, TRADEMARK, COPYRIGHT,
                                                             TRADE SECRETS, UNFAIR COMPETITION,
                                                             INTERNET/E-COMMERCE LAW AND
                                                             RELATED CONTRACT, LICENSING
* REGISTERED PATENT ATTORNEY                                 AND LITIGATION MATTERS

Tuesday, November 04, 2003

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   (1)   PracticeWorks, Inc., et al. v. Professional Software
            Solutions of  Illinois, Inc., Civil No. JFM-02-1205

      (2)   Practice Works, Inc., et al. v. Dental Medical
            Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

We represent Defendants/Counter-Plaintiffs in the above-referenced matters.  We make a joint request with counsel for Plaintiffs for the enclosed Amended Stipulation to be So Ordered by the Court.

On October 23, 2003, the Court So Ordered the parties' agreement by Stipulation to consent to each other's filing of an amended pleading, while reserving all rights to challenge the other's amended pleading and further reserving all rights to make any dispositive motion as to the amended pleadings.  The Stipulation contained a schedule for the parties' filing of amended pleadings and the making of dispositive motions in connection therewith.

Plaintiffs filed their First Amended Complaint on October 21, 2003 and Defendants are scheduled to file their First Amended Answer and Counterclaims on November 4, 2003.  However, Defendants are experiencing difficulty in preparing and filing their First Amended Answer and Counterclaim on or before November 4, 2003.  As a result, the

parties have agreed to a modification of the October 23, 2003 Stipulation previously agreed to by the parties and So Ordered by the Court.

Accordingly, the enclosed Amended Stipulation provides for the following proposed dates: (i) on November 14, 2003, Defendants will file their First Amended Answer and Counterclaims in compliance with Local Rule 103.6(b) and (c).

Consistent with the prior Stipulation, the parties further have reserved their rights to make any dispositive motion as to the amended pleadings by no later than December 22, 2003 (extended from December 12 under the prior Stipulation), and, pending the Court's approval, have agreed that discovery shall be stayed until December 22, unless Plaintiffs and/or Defendants make a dispositive motion as to the amended pleadings by said date whereby it is agreed that discovery will be stayed pending the determination of said dispositive motion(s).

For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Amended Stipulation.

Sincerely,


/s/ Mark E. Wiemelt

Mark E. Wiemelt

cc:   Howard E. Cotton (Plaintiffs' counsel)
      John M.G. Murphy, Esq. (Defendants' counsel)