**works**

*[handwritten: A/W Mark Wieme(?)]*

Atlanta, Georgia 30339

770-850-6006
770-850-6011 FAX
www.practiceworks.com

January 22, 2003

Michael Boldry
1014 Madison Street
Rochester, IN 46975-1830

Dear SoftDent Customer,

It has been two years since SoftDent joined the PracticeWorks family. We remain committed to our SoftDent customers and the SoftDent product. PracticeWorks has continued to invest resources to assure the evolution of the SoftDent product and, as a result, we will be issuing a major new release of the product in the spring of 2003. PracticeWorks is the leading provider of dental technology software and services. No other company in the industry can match our depth of knowledge, intellectual capital, and breadth of services provided. We are focused 100% on the dental technology market and are committed to continually improving and enhancing the products and services that will make a difference in your practice.

Based upon our industry knowledge and research, we believe that your practice benefits the most when it can deal directly with the "manufacturer" for both sales and support of the products it needs. By dealing directly with our customers in this manner, PracticeWorks believes that it can exceed its customers' expectations on a daily basis and offer a consistent level of support and services throughout the entire country. In an effort to achieve this objective in your area, we have terminated the dealer arrangement with PSS Illinois, and that company no longer is authorized to distribute SoftDent products, including updates, upgrades and our new products. Accordingly, we believe that we will be your best choice for practice management software service at the level you deserve, including support, training, new products and product maintenance (upgrades, updates and enhancements).

Please be assured that our customers are the most important part of our business and we are here to help you through this transition. Over the last two years we have centralized our SoftDent support into a single state-of-the-art facility located in Atlanta, Georgia. Each customer support representative has undergone countless hours of training and has been certified to offer our SoftDent customers the highest-level support available in the country. Your future success as a practice is our focus, and we have established several different options for support that will allow you to select the plan that best meets your needs. Membership benefits include:

- ✓ Unlimited toll-free telephone support calls answered live by certified technicians
- ✓ Product updates
- ✓ Personalized website design and hosting services to promote your practice on the Internet
- ✓ Informative newsletters

In addition, we offer a Support Only Plan that includes unlimited toll-free support calls answered by a customer support representative. We also offer an Update Subscription Plan that provides you with the latest version of SoftDent and any version released within the year.

Throughout the next several weeks you will receive additional information that will explain, in detail, our support options, services, and additional software tools that will help your practice succeed. We realize you may have questions related to your unique situation, and we invite you to contact us at 1-800-260-2530. A customer care representative for your area will be available Monday through Friday from 9am to 5pm (Eastern time) to answer your questions and help you through this transition. We value you as a customer and look forward to the privilege of continuing to serve you and your practice, now and in the future.

Thank you for your continued interest in the SoftDent line of products.

Sincerely,

*[signature: Teena O. Greenberg]*

Teena Greenberg
PracticeWorks, Inc.
Director, Customer Care