# Invoice

| Company | Invoice No | Date | Page |
|---|---|---|---|
| 42 | 24046359 | 15/Nov/2002 | 1 of 1 |

Bill To: Professional Software of IL-Larry Eyer
5155 West 111 th. Street
ALSIP IL 60803
USA

(800) 763-8336

Ship To: Professional Software of IL-Larry Eyer
5155 West 111 th. Street
ALSIP IL 60803
USA

(800) 763-8330

| Customer Grp/No. | Customer Name | Customer PO Number | Currency Code | Terms | Due Date |
|---|---|---|---|---|---|
| 1  SD21 | Professional Software of IL-Larry Eyer | Gonzales, Laura | USD | NET 20 | 05/Dec/2002 |

| No. | SKU Code/Description/Comments | Taxable | No. of Users | Units | Rate | Disc % | Extended |
|---|---|---|---|---|---|---|---|
| 1 | 40.SWRSD0003  SoftDent 4-5 users with charting | Yes | 1 | 1.00 | 3,777.00 | 0 | 3,777.00 |
| 2 | 40.DISC.SW  Discount - Software | Yes | 1 | 1.00 | -600.00 | 0 | -600.00 |
| 3 | 9000.10  Update Subscription - 1 yr | Yes | 1 | 1.00 | 540.00 | 0 | 540.00 |

Page Total    3,717.00
Subtotal    3,717.00
Sales Tax    0.00
Invoice Total    3,717.00

Payment Due by  05/Dec/2002    3,717.00