UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 26, 2003

Memo To Counsel Re: Practice Works, Inc., et al. v. Professional Software
Civil No. JFM-02-1205

Practice Works, Inc., et al. v. Dental Medical
Civil No. JFM-02-1206

Dear Counsel:

     A telephone conference to discuss the matters raised in plaintiffs' November 19, 2003 letter will be held at 9:00 a.m. on December 4, 2003. I ask counsel for plaintiff to initiate the call. A court reporter will be present in chambers.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge