

*575 Madison Avenue*
*New York, NY 10022-2585*
*212.940.8800 office   212.940.8776 fax*

December 17, 2003

**MICHAEL S. GORDON**
*michael.gordon@kmzr.com*
*212.940.6666   212.894.5966 fax*

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:     (1)    PracticeWorks, Inc., et al. v. Professional Software
                Solutions of Illinois, Inc., Civil No. JFM-02-1205

        (2)    Practice Works, Inc., et al. v. Dental Medical
                Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

      We represent Plaintiffs PracticeWorks, Inc. and SoftDent, LLC ("Plaintiffs") in the above-referenced matters.  We make a joint request with counsel for Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") for the enclosed Stipulation, containing a briefing schedule, to be So Ordered by the Court.

      During the telephone conference with the Court on December 4, 2003, it was agreed that the parties would stipulate to a briefing schedule with respect to any dispositive motions to be made as to the parties' amended pleadings filed in the above-referenced matters, *i.e.*, Plaintiffs' First Amended Complaint and each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims (the "Amended Pleadings").  It further was agreed that discovery would be stayed pending the Court's determination of said dispositive motion(s), scheduled to be heard by the Court on April 16, 2004 at 9:30 a.m., subject to modification, as necessary, in the event of any adjournment(s) in the proposed briefing schedule.

      Pending the Court's approval, the parties agreed that: (i) on January 16, 2004, Plaintiffs will file their Reply to each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims; (ii) Plaintiffs and Defendants will electronically file any dispositive motion(s) as to the Amended Pleadings by no later than January 30, 2004; (iii) Plaintiffs and Defendants will electronically file any opposition to the other's dispositive  motion(s) by no later than February 20, 2004;  and (iv) Plaintiffs and Defendants will electronically file any reply in further support of their dispositive motion(s) by no later than March 12, 2004.

Honorable J. Frederick Motz
December 17, 2003
Page 2



      For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Stipulation.

                              Respectfully submitted,

                              /s/  Michael S. Gordon

                              Michael S. Gordon


MSG:dmp
Enclosures

cc:     Howard E. Cotton (Plaintiffs' counsel)
        Mark E. Wiemelt, Esq. (Defendants' counsel)
        John M.G. Murphy, Esq. (Defendants' counsel)

22192590.01