IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------x
                                        )
PRACTICEWORKS, INC., et al.,            )
                                        )
                    Plaintiffs          )   Civil No.: JFM 02 CV 1205
                                        )
        - against -                     )
                                        )
PROFESSIONAL SOFTWARE SOLUTIONS         )
OF ILLINOIS, INC.,                      )
                                        )
                    Defendant.          )
---------------------------------------x
---------------------------------------x
                                        )
PRACTICEWORKS, INC., et al.,            )
                                        )
                    Plaintiffs          )   Civil No.: JFM 02 CV 1206
                                        )
        - against -                     )
                                        )
DENTAL MEDICAL AUTOMATION, INC.,        )
                                        )
                    Defendant.          )
---------------------------------------x

## STIPULATION

**WHEREAS** on December 4, 2003, it was agreed during a telephone conference with the Court that the parties would stipulate to a briefing schedule with respect to any dispositive motions to be made as to the parties' amended pleadings filed in the above-captioned actions, *i.e.*, Plaintiffs' First Amended Complaint and each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims (the "Amended Pleadings"); and

**WHEREAS** it further was agreed that discovery would be stayed pending the Court's determination of said dispositive motion(s); and

22192589.01

**WHEREAS** the Court scheduled a hearing with respect to said dispositive motions on April 16, 2004 at 9:30 a.m., which hearing date may be modified, as necessary, in the event of any adjournment(s) of the dates set forth herein;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action that:

1. On January 16, 2004, Plaintiffs will file their Reply to each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims;

2. Plaintiffs and Defendants will electronically file any dispositive motion(s) as to the Amended Pleadings by no later than January 30, 2004;

3. Plaintiffs and Defendants will electronically file any opposition to the other's dispositive motion(s) by no later than February 20, 2004;

4. Plaintiffs and Defendants will electronically file any reply in further support of their dispositive motion(s) by no later than March 12, 2004; and

5. All discovery will be stayed in the above-captioned actions pending the Court's determination of said dispositive motion(s).

| | |
|---|---|
| *[signature]* | *[signature]* |
| Michael S. Gordon (admitted *pro hac vice*) | Mark E. Wiemelt |
| Katten Muchin Zavis Rosenman | Law Offices of Mark E. Wiemelt, P.C. |
| 575 Madison Avenue | 10 S. LaSalle Street, Suite 3500 |
| New York, New York 10028 | Chicago, Illinois 60603 |
| Phone: 212-940-6666 | Phone: 312-372-7664 |
| Fax: 212-894-5966 | Fax: 312-372-6568 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

2

APPROVED this _____ day of _____, 2003:

_____
Judge, United States District
For the District of Maryland

22192589.01