UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 18, 2003

Memo To Counsel Re: Practice Works, Inc., et al. v. Professional Software
Civil No. JFM-02-1205

Practice Works, Inc., et al. v. Dental Medical
Civil No. JFM-02-1206

Dear Counsel:

    I have just had to reschedule a fairness hearing in a class action to April 16, 2004.  I would like to reschedule the hearing in this case to 9:30 a.m. on April 23, 2004.  Please let me know on or before January 9, 2004 if that date is inconvenient.  If I do not hear from you, I will assume that April 23 at 9:30 a.m. is acceptable.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge