

*575 Madison Avenue*
*New York, NY 10022-2585*
*212.940.8800 office   212.940.8776 fax*

December 19, 2003

**MICHAEL S. GORDON**
*michael.gordon@kmzr.com*
*212.940.6666   212.894.5966 fax*

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   (1)   PracticeWorks, Inc., et al. v. Professional Software
            Solutions of Illinois, Inc., Civil No. JFM-02-1205

      (2)   Practice Works, Inc., et al. v. Dental Medical
            Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

    We represent Plaintiffs PracticeWorks, Inc. and SoftDent, LLC ("Plaintiffs") in the above-referenced matters. In response to your Memo to Counsel, dated December 18, 2003, this is to confirm that Plaintiffs have no problem with the hearing in this case being rescheduled to 9:30 a.m. on April 23, 2004.

                                  Respectfully submitted,

                                  /s/  Michael S. Gordon

                                Michael S. Gordon

MSG:dmp
Enclosures

cc:   Howard E. Cotton (Plaintiffs' counsel)
      Mark E. Wiemelt, Esq. (Defendants' counsel)
      John M.G. Murphy, Esq. (Defendants' counsel)