

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 office   212.940.8776 fax

**MICHAEL S. GORDON**
michael.gordon@kmzr.com
212.940.6666   212.894.5966 fax

January 22, 2004

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:  (1)   PracticeWorks, Inc., et al. v. Professional Software
           Solutions of Illinois, Inc., Civil No. JFM-02-1205

     (2)   Practice Works, Inc., et al. v. Dental Medical
           Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

    We represent Plaintiffs PracticeWorks, Inc. and SoftDent, LLC ("Plaintiffs") in the above-referenced matters.  We make a joint request with counsel for Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") for the enclosed Amended Stipulation, containing a revised briefing schedule, to be So Ordered by the Court.

    On December 17, 2003, the parties stipulated to a briefing schedule with respect to any dispositive motions to be made as to the parties' amended pleadings filed in the above-referenced matters, *i.e.*, Plaintiffs' First Amended Complaint and each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims (the "Amended Pleadings").  It further was agreed that discovery would be stayed pending the Court's determination of said dispositive motion(s), scheduled to be heard by the Court on April 23, 2004 at 9:30 a.m., subject to modification, as necessary, in the event of any adjournment(s) in the proposed revised briefing schedule.

    Plaintiffs' counsel has requested and Defendants' counsel has agreed to a modification of the original briefing schedule which, pending the Court's approval, provides that: (i) on January 30, 2004, Plaintiffs will file their Reply to each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims; (ii) Plaintiffs and Defendants will electronically file any dispositive motion(s) as to the Amended Pleadings by no later than February 13, 2004; (iii) Plaintiffs and Defendants will electronically file any opposition to the other's dispositive motion(s) by no later than March 5, 2004;  and (iv) Plaintiffs and Defendants will electronically file any reply in further support of their dispositive motion(s) by no later than March 26, 2004.

Honorable J. Frederick Motz
January 22, 2004
Page 2



      For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Amended Stipulation.

                          Respectfully submitted,

                          /s/  Michael S. Gordon

                          Michael S. Gordon

MSG:dmp
Enclosures

cc:     Howard E. Cotton (Plaintiffs' counsel)
        Mark E. Wiemelt, Esq. (Defendants' counsel)
        John M.G. Murphy, Esq. (Defendants' counsel)

22193385.01