IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        )
PRACTICEWORKS, INC., et al.,                            )
                                                        )
                            Plaintiffs                  )   Civil No.: JFM 02 CV 1205
                                                        )
            - against -                                 )
                                                        )
PROFESSIONAL SOFTWARE SOLUTIONS                         )
OF ILLINOIS, INC.,                                      )
                                                        )
                            Defendant.                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        )
PRACTICEWORKS, INC., et al.,                            )
                                                        )
                            Plaintiffs                  )   Civil No.: JFM 02 CV 1206
                                                        )
            - against -                                 )
                                                        )
DENTAL MEDICAL AUTOMATION, INC.,                        )
                                                        )
                            Defendant.                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**APPENDIX OF CASES NOT GENERALLY REPORTED**

Pursuant to Local Rule 105.5(a) of the Local Rules of the United States District Court for the District of Maryland, Plaintiffs PracticeWorks, Inc. ("PracticeWorks") and SoftDent LLC ("SoftDent") (collectively "Plaintiffs"), by counsel, respectfully file this Appendix of Cases Not Generally Reported containing cases cited in the Memorandum of Law, dated February 13, 2004, in support of Plaintiffs' motion (i) pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, for partial summary judgment granting their Third, Fourth, Fifth and Sixth Amended Counts; and dismissing Defendants Professional Software Solutions of Illinois, Inc.'s ("PSSI") and Dental Medical Automation, Inc.'s ("DMA") (collectively "Defendants") Seventh, Ninth and PSSI's Fourteenth Amended Counterclaims; (ii) pursuant to Rule 12(b)(6) or, in the alternative, pursuant to Rule 12(c), dismissing Defendants' Fifth, Eighth, Tenth, Eleventh, Twelfth and Thirteenth Amended Counterclaims; and (iii) pursuant to Rule 12(b)(6) dismissing Defendants' Twelfth

22194078.01

through Twenty-Second Affirmative Defenses to the Fifth Amended Count, SoftDent's copyright infringement claim.

The following cases are submitted herewith:

1. Blue Cross & Blue Shield of Ohio v. Schmidt, No. L-94-291, 1996 WL 71006 (Ohio App. Ct. 1996)

2. Bollech v. Charles County, Maryland, No. 01-2385, 2003 WL 21546001 (4th Cir. July 10, 2003)

3. Fairfield Machine Co., Inc. v. Aetna Casualty & Surety Co., No. 2000 CO 14, 2001 WL 1665624 (Ohio App. Ct. Dec. 28, 2001)

4. Gibson v. City Yellow Cab Co., No. 20167, 2001 WL 123467 (Ohio App. Ct. Feb. 14, 2001)

5. Greenway Investments General Partnership v. Signet Bank/ Maryland, Nos. 92-1332, 92-1497, 1993 WL 104668 (4th Cir. Apr. 9, 1993)

6. Havens-Tobias v. Eagle, No. 19562, 2003 WL 1601461 (Ohio App. Ct. Mar. 28, 2003)

7. Khoury v. Trumbull Physician Hospital Org., No. 99-T-0138, 2000 WL 1804356 (Ohio App. Ct. Dec. 8, 2000)

8. Microbix Biosystems, Inc. v. Biowhittaker, Inc., No. 00-2262, 2001 WL 603416 (4th Cir. June 4, 2001)

9. Microsoft Corp. v. Logical Choice Computers, Inc., No. 99 C 1300, 2001 WL 58950 (N.D. Ill. Jan 22, 2001)

10. Microsoft Corp. v. Maryland Micro.com, Inc., No. Civ. JFM-01-3797, 2003 WL 21805213 (D. Md. Jul. 15, 2003) (Motz, J.)

11. Mitchell, Best & Visnic, Inc. v. Travelers Property Casualty Corp., No. 01-1911, 2002 WL 1018562 (4th Cir. May 16, 2002)

12. Neurotron, Inc. v. American Assoc. of Electrodiagnostic Medicine, No. 01-2115, 2002 WL 31207199 (4th Cir. Oct 4, 2002)

13. Olin Hunt Specialty Prods., Inc. v. Advanced Delivery & Chemical Systems, No. 88 C 20364, 1991 WL 294970 (N.D. Ill. May 9, 1991)

14. Penguin Books U.S.A., Inc. v. New Christian Church of Full Endeavor, Ltd., 96 Civ. 4126, 2000 WL 1028634 (S.D.N.Y. July 25, 2000)

15. Roper Whitney of Rockford, Inc. v. TAAG Machinery Co., No. 99 C 50032, 2003 WL 57029 (N.D. Ill. Jan. 7, 2003)

16. Suburban Mortgage Assocs., Inc. v. Springhill Health Services, Inc., No. 92-2025, 1993 WL 142063 (4th Cir. May 5, 1993)

17. Yurman Design Inc. v. Chaindom Enterprises, Inc., 99 Civ. 9307, 2002 WL 31358991 (S.D.N.Y. Sept. 30, 2002)

Respectfully submitted,

KATTEN MUCHIN ZAVIS ROSENMAN

By: ___/s/ Howard E. Cotton___
Howard E. Cotton (admitted *pro hac vice*)
Michael S. Gordon (admitted *pro hac vice*)
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8855
Facsimile: (212) 894-5966

Counsel for Plaintiffs
PracticeWorks, Inc. and SoftDent LLC

22194078.01