# LAW OFFICES OF MARK E. WIEMELT, P.C.

TEN SOUTH LASALLE STREET
SUITE 3300
CHICAGO, IL 60603
(312) 372-7664
FAX: (312) 372-6568
E-MAIL: mark@wiemeltlaw.com
INTERNET: www.wiemeltlaw.com

MARK E. WIEMELT*                                           PATENT, TRADEMARK, COPYRIGHT,
                                                           TRADE SECRETS, UNFAIR COMPETITION,
                                                           INTERNET/E-COMMERCE LAW AND
                                                           RELATED CONTRACT, LICENSING
* REGISTERED PATENT ATTORNEY                               AND LITIGATION MATTERS

Friday, March 05, 2004

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:    (1)    PracticeWorks, Inc., et al. v. Professional Software
              Solutions of Illinois, Inc., Civil No. JFM-02-1205

       (2)    Practice Works, Inc., et al. v. Dental Medical
              Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

We represent Defendants/Counter-Plaintiffs in the above-referenced matters.  We make a joint request with counsel for Plaintiffs for the enclosed Amended Stipulation to be So Ordered by the Court.

On January 22, 2004, the parties stipulated to a revised briefing schedule with respect to any dispositive motions to be made as to the parties' amended pleadings filed in the above-referenced matters, *i.e.*, Plaintiffs' First Amended Complaint and each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims.   It further was agreed that discovery would be stayed pending the Court's determination of said dispositive motion(s), scheduled to be heard by the Court on April 23, 2004 at 9:30 a.m., subject to modification, as necessary, in the event of any adjournment(s) in the proposed revised briefing schedule.

Per the revised briefing schedule, Plaintiffs filed Plaintiffs' Motion for Partial Summary Judgment Granting Their Amended Third, Fourth, Fifth and Sixth Counts and For Partial Summary Judgment, To Dismiss, or, in the Alternative, for Judgment on the Pleadings as

to Defendants' Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and PSSI's Fourteenth Amended Counterclaims and Affirmative Defenses on February 13, 2004 ("Plaintiffs Motion").

Defendants' counsel has requested and Plaintiffs' counsel has agreed to a modification of the revised briefing schedule which, pending the Court's approval, provides that: (i) Defendants will electronically file any opposition to Plaintiffs' Motion by no later than March 29, 2004; (iii) Plaintiffs will electronically file any reply in further support of their Motion by no later than April 26, 2004.

For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Amended Stipulation.

As a final matter, the foregoing revised briefing schedule will necessitate a rescheduling of the April 23, 2004 hearing.

Sincerely,


/s/ Mark E. Wiemelt

Mark E. Wiemelt

cc:   Michael S. Gordon (Plaintiffs' counsel)
      Howard E. Cotton (Plaintiffs' counsel)
      John M.G. Murphy, Esq. (Defendants' counsel)