IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------X
PRACTICEWORKS, INC., et al.,            )
                                        )
                       Plaintiffs       )   Civil No.: JFM 02 CV 1205
                                        )
         - against -                    )
                                        )
PROFESSIONAL SOFTWARE SOLUTIONS         )
OF ILLINOIS, INC.,                      )
                                        )
                       Defendant.       )
---------------------------------------X
---------------------------------------X
PRACTICEWORKS, INC., et al.,            )
                                        )
                       Plaintiffs       )   Civil No.: JFM 02 CV 1206
                                        )
         - against -                    )
                                        )
DENTAL MEDICAL AUTOMATION, INC.,        )
                                        )
                       Defendant.       )
---------------------------------------X

## AMENDED STIPULATION

**WHEREAS** on January 22, 2004 the parties stipulated to a revised briefing schedule with respect to any dispositive motions to be made as to the parties' amended pleadings filed in the above-captioned actions, *i.e.*, Plaintiffs' First Amended Complaint and each Defendant's Answer, Affirmative Defenses and First Amended Counterclaims; and

**WHEREAS** it further was agreed that discovery would be stayed pending the Court's determination of said dispositive motion(s); and

22192589.01

WHEREAS the Court scheduled a hearing with respect to said dispositive motions on April 23, 2004 at 9:30 a.m., which hearing date may be modified, as necessary, in the event of any adjournment(s) of the dates set forth herein;

WHEREAS Plaintiffs filed Plaintiffs' Motion for Partial Summary Judgment Granting Their Amended Third, Fourth, Fifth and Sixth Counts and For Partial Summary Judgment, To Dismiss, or, in the Alternative, for Judgment on the Pleadings as to Defendants' Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and PSSI's Fourteenth Amended Counterclaims and Affirmative Defenses on February 13, 2004 ("Plaintiffs' Motion").

WHEREAS due to scheduling conflicts and time-constraints, Defendants' counsel has requested and Plaintiffs' counsel has agreed to a modification of the revised briefing schedule;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action that unless otherwise ordered by the Court:

1. Defendants will electronically file any opposition to Plaintiffs' Motion by no later than March 29, 2004;

2. Plaintiffs will electronically file any reply in further support of their Motion by no later than April 26, 2004; and

3. All discovery will be stayed in the above-captioned actions pending the Court's determination of said dispositive motions.

| | |
|---|---|
| Michael S. Gordon (admitted *pro hac vice*)<br>Katten Muchin Zavis Rosenman<br>575 Madison Avenue<br>New York, New York 10028<br>Phone: 212-940-6666<br>Fax: 212-894-5966<br>Attorneys for Plaintiffs | Mark E. Wiemelt (admitted *pro hac vice*)<br>Law Offices of Mark E. Wiemelt, P.C.<br>10 S. LaSalle Street, Suite 3500<br>Chicago, Illinois 60603<br>Phone: 312-372-7664<br>Fax: 312-372-6568<br>Attorneys for Defendants |

22192589.01

APPROVED this _____ day of _____, 2004:

_____
Judge, United States District
For the District of Maryland

22192589.01