# LAW OFFICES OF MARK E. WIEMELT, P.C.

TEN SOUTH LASALLE STREET
SUITE 3300
CHICAGO, IL 60603
(312) 372-7664
FAX: (312) 372-6568
E-MAIL: mark@wiemeltlaw.com
INTERNET: www.wiemeltlaw.com

MARK E. WIEMELT*                                    PATENT, TRADEMARK, COPYRIGHT,
                                                   TRADE SECRETS, UNFAIR COMPETITION,
                                                   INTERNET/E-COMMERCE LAW AND
                                                   RELATED CONTRACT, LICENSING
* REGISTERED PATENT ATTORNEY                        AND LITIGATION MATTERS

Monday, March 29, 2004

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   (1)   PracticeWorks, Inc., et al. v. Professional Software
            Solutions of Illinois, Inc., Civil No. JFM-02-1205

      (2)   Practice Works, Inc., et al. v. Dental Medical
            Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

We represent Defendants/Counter-Plaintiffs in the above-referenced matters.  We make a joint request with counsel for Plaintiffs for the enclosed Amended Stipulation to be So Ordered by the Court.

On March 8, 2004, the parties stipulated to a revised briefing schedule with respect to Plaintiffs' Motion for Partial Summary Judgment Granting Their Amended Third, Fourth, Fifth and Sixth Counts and For Partial Summary Judgment, To Dismiss, or, in the Alternative, for Judgment on the Pleadings as to Defendants' Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and PSSI's Fourteenth Amended Counterclaims and Affirmative Defenses.   It further was agreed that discovery would be stayed pending the Court's determination of said dispositive motion(s), scheduled to be heard by the Court on May 28, 2004 at 10:00 a.m., subject to modification, as necessary, in the event of any adjournment(s) in the proposed revised briefing schedule.

Defendants' counsel has requested and Plaintiffs' counsel has agreed to a modification of the revised briefing schedule which, pending the Court's approval, provides that: (i)

Defendants will electronically file any opposition to Plaintiffs' Motion by no later than April 5, 2004; (iii) Plaintiffs will electronically file any reply in further support of their Motion by no later than May 3, 2004.

For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Amended Stipulation.

As a final matter, the foregoing revised briefing schedule should <u>not</u> necessitate a rescheduling of the May 28, 2004 hearing.

Sincerely,


/s/ Mark E. Wiemelt

Mark E. Wiemelt

cc:   Michael S. Gordon (Plaintiffs' counsel)
      Howard E. Cotton (Plaintiffs' counsel)
      John M.G. Murphy, Esq. (Defendants' counsel)