IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRACTICEWORKS, INC., et al.,

                            Plaintiffs             Civil No.: JFM 02 CV 1205

   - against -

PROFESSIONAL SOFTWARE SOLUTIONS
OF ILLINOIS, INC.,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRACTICEWORKS, INC., et al.,

                            Plaintiffs             Civil No.: JFM 02 CV 1206

   - against -

DENTAL MEDICAL AUTOMATION, INC.,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDED STIPULATION

    **WHEREAS** on May 8, 2004 the parties stipulated to a revised briefing schedule with respect to Plaintiffs' Motion for Partial Summary Judgment Granting Their Amended Third, Fourth, Fifth and Sixth Counts and For Partial Summary Judgment, To Dismiss, or, in the Alternative, for Judgment on the Pleadings as to Defendants' Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and PSSI's Fourteenth Amended Counterclaims and Affirmative Defenses; and

    **WHEREAS** it further was agreed that discovery would be stayed pending the Court's determination of said dispositive motion(s); and

22192589.01

**WHEREAS** the Court re-scheduled a hearing with respect to said dispositive motions on May 28, 2004 at 10:00 a.m., which hearing date may be modified, as necessary, in the event of any adjournment(s) of the dates set forth herein;

**WHEREAS** due to scheduling conflicts, vacation schedules and time-constraints, Defendants' counsel has requested and Plaintiffs' counsel has agreed to a modification of the revised briefing schedule;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to this action that unless otherwise ordered by the Court:

1. Defendants will electronically file any opposition to Plaintiffs' Motion for Partial Summary Judgment Granting Their Amended Third, Fourth, Fifth and Sixth Counts and For Partial Summary Judgment, To Dismiss, or, in the Alternative, for Judgment on the Pleadings as to Defendants' Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and PSSI's Fourteenth Amended Counterclaims and Affirmative Defenses by no later than April 5, 2004;

2. Plaintiffs will electronically file any reply in further support of their Motion for Partial Summary Judgment Granting Their Amended Third, Fourth, Fifth and Sixth Counts and For Partial Summary Judgment, To Dismiss, or, in the Alternative, for Judgment on the Pleadings as to Defendants' Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and PSSI's Fourteenth Amended Counterclaims and Affirmative Defenses by no later than May 3, 2004; and

3. All discovery will be stayed in the above-captioned actions pending the Court's determination of said dispositive motions.

22192589.01

_____  
Michael S. Gordon (admitted *pro hac vice*)  
Katten Muchin Zavis Rosenman  
575 Madison Avenue  
New York, New York 10028  
Phone: 212-940-6666  
Fax: 212-894-5966  

Attorneys for Plaintiffs

_____  
Mark E. Wiemelt (admitted *pro hac vice*)  
Law Offices of Mark E. Wiemelt, P.C.  
10 S. LaSalle Street, Suite 3500  
Chicago, Illinois 60603  
Phone: 312-372-7664  
Fax: 312-372-6568  

Attorneys for Defendants

APPROVED this _____ day of _____, 2004:

_____  
Judge, United States District  
For the District of Maryland