THE FOLLOWING WILL REPRESENT A CURRENT PRICE LIST FOR THE PRODUCTS DISTRIBUTED BY PROFESSIONAL SOFTWARE SOLUTIONS, INC. AND WILL BE IN EFFECT FOR A PERIOD OF 30 DAYS FROM THE DATE SHOWN AT THE BOTTOM OF THIS DOCUMENT. THIS LIST IS REFERRED TO IN THE "DEALER/RESELLERS AGREEMENT" AND IS INCORPORATED HEREIN WITH SAME. PROCEDURES FOR CHANGE IN THE PRICE STRUCTURE ARE ALSO DESCRIBED IN THE AFOREMENTIONED "AGREEMENT".

## MANAGEMENT SYSTEMS

| Product | Price |
|---|---|
| SoftDent® (Ver. 7.XX) SINGLE USER | $3000.00 |
| SoftDent® (Ver. 7.XX) MULTI USER | $4000.00 |
| MedAssist® (Ver. 2.XX) SINGLE USER | $3000.00 |
| MedAssist® (Ver. 2.XX) MULTI USER | $4000.00 |
| Annual Update Fee (single user) - InfoSoft® | $350.00 |
| Annual Update Fee (multi-user) - InfoSoft® | $400.00 |

(Updates will be priced according to content)

ALL DEALER DISCOUNTS ARE DESCRIBED IN ATTACHED AGREEMENT

## SALES TOOLS

| Item | Price |
|---|---|
| SELF RUNNING DEMO/SoftDent® or MedAssist® | $1.00 |
| LIVE DEMO for SoftDent® or MedAssist® | $15.00 |
| SoftDent® MANUALS | $10.00 |
| MedAssist® MANUALS | $35.00 |
| SoftDent® DISK MAILERS | $.50 |
| SoftDent®/MedAssist® REPORT PACKS | $2.00 |
| SoftDent®/MedAssist® LARGE BROCHURES /100 | $46.00 |
| SoftDent® AUDIO TAPES | $1.00 |
| SoftDent® Dealer Manual | $25.00 |

Signed: _____  Date: 1/15/93
Professional Software Solutions, Inc.

Signed: _____  Dated: _____
Dealer


EXHIBIT B

PSSI/DMA 212
Confidential