THE FOLLOWING WILL REPRESENT A CURRENT PRICE LIST FOR THE PRODUCTS DISTRIBUTED BY PROFESSIONAL SOFTWARE SOLUTIONS, INC. AND WILL BE IN EFFECT FOR A PERIOD OF 30 DAYS FROM THE DATE SHOWN AT THE BOTTOM OF THIS DOCUMENT. THIS LIST IS REFERRED TO IN THE "DEALER/RESELLERS AGREEMENT" AND IS INCORPORATED HEREIN WITH SAME. PROCEDURES FOR CHANGE IN THE PRICE STRUCTURE ARE ALSO DESCRIBED IN THE AFOREMENTIONED "AGREEMENT".

## MANAGEMENT SYSTEMS

| | |
|---|---|
| SoftDent® (Ver. 7XX) SINGLE USER | $3000.00 |
| SoftDent® (Ver. 7XX) MULTI USER | $4000.00 |
| MedAssist® (Ver. 2XX) SINGLE USER | $3000.00 |
| MedAssist® (Ver. 2XX) MULTI USER | $4000.00 |
| Annual Update Fee (single user) - InfoSoft® | $ 350.00 |
| Annual Update Fee (multi-user) - InfoSoft® | $ 400.00 |

(Updates will be priced according to content)

ALL DEALER DISCOUNTS ARE DESCRIBED IN ATTACHED AGREEMENT

## SALES TOOLS

| | |
|---|---|
| SELF RUNNING DEMO/SoftDent® or MedAssist® | $ 1.00 |
| LIVE DEMO for SoftDent® or MedAssist® | $ 15.00 |
| SoftDent® MANUALS | $ 10.00 |
| MedAssist® MANUALS | $ 35.00 |
| SoftDent® DISK MAILERS | $ .50 |
| SoftDent®/MedAssist® REPORT PACKS | $ 2.00 |
| SoftDent®/MedAssist® LARGE BROCHURES /100 | $ 46.00 |
| SoftDent® AUDIO TAPES | $ 1.00 |
| SoftDent® Dealer Manual | $ 25.00 |

Signed: _____    Date: 1/15/93
Professional Software Solutions, Inc.

Signed: _____    Dated: _____
Dealer

PSSI/DMA 212
Confidential