

UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Apr 1 04:45:28 EST 2004*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | INFOSOFT |
| **Goods and Services** | IC 009. US 038. G & S: COMPUTER SOFTWARE PROGRAMS FOR THE MANAGEMENT OF MEDICAL, DENTAL, AND VETERINARY OFFICES INCLUDING PATIENT DATA AND HISTORICAL DATA, ACCOUNNTING, INSURANCE PROCESSING FOR MEDICAL AND DENTAL OFFICES AND FOR THE MANAGEMENT OF VETERINARY OFFICES INCLUDING ANIMAL DATA AND HISTORICAL DATA AND ON RELATED INSTRUCTION MANUALS. FIRST USE: 19890419. FIRST USE IN COMMERCE: 19890419 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73832819 |
| **Filing Date** | October 23, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 1, 1990 |
| **Registration Number** | 1607310 |
| **Registration Date** | July 24, 1990 |
| **Owner** | |

EXHIBIT
B

(REGISTRANT) INFOSOFT INC. CORPORATION MARYLAND 9020 PERRYVALE ROAD BALTIMORE MARYLAND 21236

**Type of Mark** TRADEMARK

**Register** PRINCIPAL

**Affidavit Text** SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator** DEAD

**Cancellation Date** August 4, 2001

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Apr 1 04:45:28 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | MEDASSIST |
| **Goods and Services** | (CANCELLED) IC 009. US 038. G & S: COMPUTER SOFTWARE PROGRAMS FOR THE MANAGEMENT OF MEDICAL OFFICES INCLUDING PATIENT DATA AND HISTORICAL DATA, ACCOUNTING, INSURANCE PROCESSING AND ON RELATED INSTRUCTION MANUALS. FIRST USE: 19890419. FIRST USE IN COMMERCE: 19890419 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73832820 |
| **Filing Date** | October 23, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 1, 1990 |
| **Registration Number** | 1607311 |
| **Registration Date** | July 24, 1990 |
| **Owner** | (REGISTRANT) INFOSOFT INC. CORPORATION MARYLAND 9020 PERRYVALE ROAD BALTIMORE MARYLAND 21236 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | FRANK S. JONES, JR. |

(LAST LISTED OWNER) CERAMCO INC. CORPORATION BY ASSIGNMENT
NEW JERSEY 6 TERRI LANE BURLINGTON NEW JERSEY 08016

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JAMES B. BIEBER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20001229. |
| **Renewal** | 1ST RENEWAL 20001229 |
| **Live/Dead Indicator** | LIVE |

PTO HOME    TRADEMARK    TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    TOP    HELP

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Apr 1 04:45:28 EST 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SOFTVET |
| **Goods and Services** | (CANCELLED) IC 009. US 038. G & S: COMPUTER SOFTWARE PROGRAMS FOR THE MANAGEMENT OF VETERINARY OFFICES INCLUDING COLLECTING ANIMAL DATA AND HISTORICAL DATA, ACCOUNTING AND ON ACCOMPANYING INSTRUCTION MANUALS. FIRST USE IN COMMERCE: 19871215. FIRST USE: 19871215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73779648 |
| **Filing Date** | February 9, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 13, 1990 |
| **Registration Number** | 1599292 |
| **Registration Date** | June 5, 1990 |
| **Owner** | (REGISTRANT) INFOSOFT INC. CORPORATION MARYLAND 9020 PERRYVALE ROAD BALTIMORE MARYLAND 21236 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM D. BRENEMAN |

**Type of Mark** TRADEMARK

**Register** PRINCIPAL

**Affidavit Text** SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator** DEAD

**Cancellation Date** June 22, 2001

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT