# Invoice

| Company | Invoice No | Date | Page |
|---|---|---|---|
| 42 | 24040359 | 15/Nov/2002 | 1 of 1 |

Bill To: Professional Software of IL-Larry Eyer
5155 West 111 th. Street
ALSIP IL 60803
USA

(800) 763-8336

Ship To: Professional Software of IL-Larry Eyer
5156 West 111 th. Street
ALSIP IL 60803
USA

(800) 763-8336

| Customer Grp/No. | Customer Name | Customer PO Number | Currency Code | Terms | Due Date |
|---|---|---|---|---|---|
| 1  SD21 | Professional Software of IL-Larry Eyer | Gonzales, Laura | USD | NET 20 | 05/Dec/2002 |

| No. | SKU Code/Description/Comments | Taxable | No. of Users | Units | Rate | Disc % | Extended |
|---|---|---|---|---|---|---|---|
| 1 | 40.SWRSD0003  SoftDent 4-5 users with charting | Yes | 1 | 1.00 | 3,777.00 | 0 | 3,777.00 |
| 2 | 40.DISC.SW  Discount - Software | Yes | 1 | 1.00 | -600.00 | 0 | -600.00 |
| 3 | 5000.10  Update Subscription - 1 yr | Yes | 1 | 1.00 | 540.00 | 0 | 540.00 |

Page Total    3,717.00
Subtotal      3,717.00
Sales Tax         0.00
Invoice Total 3,717.00
Payment
Invoice is paid by 05/Dec/2002    3,717.00


EXHIBIT E



# SoftDent INVOICE

311 International Circle
Hunt Valley, MD 21030
800-433-2400

| Invoice Number | Date Due |
|---|---|
| 24051010 | 1/5/2003 |

| Invoice Date | Customer Code | Customer Name | PO Number | Pay Terms | Co Cd |
|---|---|---|---|---|---|
| 12/16/2002 | SD21 | Professional Software of IL-Larry Eyer | GONZALES | NET 20 | 42 |

**Billing Address**

PROFESSIONAL SOFTWARE OF IL-LARRY EYER     73
5155 WEST 111 TH. STREET                           1
ALSIP   IL   60803-6021

Questions?
Contact our *Customer Care Department*
Phone 800-800-9511
E-mail customercare@practiceworks.com

| Line | SKU Code | Description / Maintenance Information | Tax Code | Units | Rate Per Unit | Disc % | Extended |
|---|---|---|---|---|---|---|---|
| 1 | 40.SWRSD00 | SoftDent upgrade to 6-10 users | A1 | 1.00 | 600.00 | 0.00 | 600.00 |

| Total Amount | Discount Amount | Amount Paid | Amount Due |
|---|---|---|---|
| 600.00 | 0.00 | 600.00 | 0.00 |

| Bill To | Invoice Number | Invoice Date | Pay Terms | Customer Code | Amount Due |
|---|---|---|---|---|---|
| | 24051010 | 12/16/02 | NET 20 | SD21 | 0.00 |

PROFESSIONAL SOFTWARE OF IL-LARRY
5155 WEST 111 TH. STREET
ALSIP     IL    60803

**Remit To**

SoftDent LLC
P. O. Box 116314
Atlanta GA    30368-0314

**Credit Card Payment Information**
Complete the authorization information below and fax to 1-800-240-2825

Card # _____   Exp ____

Name as it appears on card _____
Choose payment option:

☐ I authorize a one-time payment of $____
☐ I authorize a recurring monthly payment of $____

Cardholder Signature

Page 1 of 1