UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 22, 2004

MEMO TO COUNSEL RE: Practiceworks, Inc., et al. v. Professional Software Solutions
Of Illinois, Inc.
Civil No. JFM-02-1205

Practiceworks, Inc., et al. v. Dental Medical Automation
Civil No. JFM-02-1206

Dear Counsel:

    I noticed that the motions hearing in this case is scheduled for Friday, May 28th. I just realized that this is Memorial Day weekend. Please let me know on or before April 29, 2004 whether you would like to have the hearing some time in June. I am available any time on June 11th or June 18th.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge