

*575 Madison Avenue*
*New York, NY 10022-2585*
*212.940.8800 office   212.940.8776 fax*

**MICHAEL S. GORDON**
*michael.gordon@kmzr.com*
*212.940.6666   212.894.5966 fax*

April 29, 2004

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:  (1)  PracticeWorks, Inc., et al. v. Professional Software
          Solutions of Illinois, Inc., Civil No. JFM-02-1205

     (2)  Practice Works, Inc., et al. v. Dental Medical
          Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

    We represent Plaintiffs PracticeWorks, Inc. and SoftDent, LLC ("Plaintiffs") in the above-referenced matters.  Further to the Court's letter to the parties dated April 22, 2004, we make a joint request with counsel for Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") for the enclosed Amended Stipulation, containing a revised briefing schedule and hearing date, to be So Ordered by the Court.

    Due to scheduling conflicts and time-constraints, Plaintiffs' counsel has requested and Defendants' counsel has agreed that Plaintiffs may electronically file their Reply in further support of Plaintiffs' Motion by no later than May 24, 2004.  Moreover, the parties wish to express their gratitude to the Court for offering to adjourn the previously scheduled motion hearing date of May 28, 2004 due to the Memorial Day weekend, and have agreed, pursuant to the Court's April 22 letter, for the motion hearing to be re-scheduled until June 18, 2004 at a time of the Court's choosing.

    For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Amended Stipulation.

    Respectfully submitted,

    /s/  Michael S. Gordon

    Michael S. Gordon

MSG:dmp
Enclosure

cc:  Howard E. Cotton (Plaintiffs' counsel)
     Mark E. Wiemelt, Esq. (Defendants' counsel)
     John M.G. Murphy, Esq. (Defendants' counsel)