

*575 Madison Avenue*
*New York, NY 10022-2585*
*212.940.8800 office   212.940.8776 fax*

May 21, 2004

**MICHAEL S. GORDON**
*michael.gordon@kmzr.com*
*212.940.6666   212.894.5966 fax*

**By Electronic Filing**

Honorable J. Frederick Motz
United States District Judge
District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re:   (1)   PracticeWorks, Inc., et al. v. Professional Software
            Solutions of  Illinois, Inc., Civil No. JFM-02-1205

      (2)   Practice Works, Inc., et al. v. Dental Medical
            Automation, Inc., Civil No. JFM-02-1206

Dear Judge Motz:

We represent Plaintiffs PracticeWorks, Inc. and SoftDent, LLC ("Plaintiffs") in the above-referenced matter and make a joint request with counsel for Defendants Professional Software Solutions of Illinois, Inc. and Dental Medical Automation, Inc. ("Defendants") for the enclosed Amended Stipulation, affording Plaintiffs' a four-day extension to file their Reply brief, to be So Ordered by the Court.

Due to scheduling conflicts and time-constraints, Plaintiffs' counsel has requested and Defendants' counsel has agreed that Plaintiffs may electronically file their Reply in further support of Plaintiffs' Motion for Partial Summary Judgment, to Dismiss, or, in the Alternative, for Judgment on the Pleadings ("Plaintiffs' Motion") by no later than May 28, 2004 (rather than the previously agreed-upon date of May 24).  The hearing date of June 18, 2004 will remain the same and all discovery will be stayed in the above-captioned actions pending the Court's determination of Plaintiffs' Motion.

For all the foregoing reasons, the parties respectfully request that the Court approve the enclosed Amended Stipulation.

Respectfully submitted,

/s/  Michael S. Gordon

Michael S. Gordon

MSG:dmp
Enclosure

cc:   Howard E. Cotton (Plaintiffs' counsel)
      Mark E. Wiemelt, Esq. (Defendants' counsel)
      John M.G. Murphy, Esq. (Defendants' counsel)