IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------x
PRACTICEWORKS, INC., et al.,                 )
                                             )
                           Plaintiffs        )   Civil No.: JFM 02 CV 1205
                                             )
        - against -                          )
                                             )
PROFESSIONAL SOFTWARE SOLUTIONS              )
OF ILLINOIS, INC.,                           )
                                             )
                           Defendant.        )
---------------------------------------------x
---------------------------------------------x
PRACTICEWORKS, INC., et al.,                 )
                                             )
                           Plaintiffs        )   Civil No.: JFM 02 CV 1206
                                             )
        - against -                          )
                                             )
DENTAL MEDICAL AUTOMATION, INC.,             )
                                             )
                           Defendant.        )
---------------------------------------------x

### AMENDED STIPULATION

WHEREAS on May 21, 2004 the parties agreed to a revised briefing schedule with respect to Plaintiffs' Motion for Partial Summary Judgment Granting Their Amended Third, Fourth, Fifth and Sixth Counts and For Partial Summary Judgment, to Dismiss, or, in the Alternative, for Judgment on the Pleadings as to Defendants' Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and PSSI's Fourteenth Amended Counterclaims and Affirmative Defenses ("Plaintiffs' Motion"); and

WHEREAS it further was agreed that discovery would be stayed pending the Court's determination of Plaintiffs' Motion; and

WHEREAS due to scheduling conflicts and time-constraints, Plaintiffs' counsel has requested and Defendants' counsel has agreed to a modification of the briefing schedule;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties to this action that unless otherwise ordered by the Court:

1. Plaintiffs will electronically file their reply in further support of Plaintiffs' Motion by no later than May 28, 2004;

2. The motion hearing date will be June 18, 2004 at a time of the Court's choosing; and

3. All discovery will be stayed in the above-captioned actions pending the Court's determination of Plaintiffs' Motion.

_____
Michael S. Gordon (admitted *pro hac vice*)
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, New York 10022
Phone: 212-940-6666
Fax:   212-894-5966

Attorneys for Plaintiffs

_____
Mark E. Wiemelt (admitted *pro hac vice*)
Law Offices of Mark E. Wiemelt, P.C.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Phone: 312-372-7664
Fax:   312-372-6568

Attorneys for Defendants


APPROVED this _____ _____ day of _____, 2004:


_____
Judge, United States District
For the District of Maryland