**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**


PRACTICEWORKS, INC.,, ET AL.          \*
       Plaintiff(s)

                         \*

      vs.                        Civil Action No.   JFM-02-1205

                         \*

PROFESSIONAL SOFTWARE
SOLUTIONS OF ILLINOIS, INC.       \*
       Defendant(s)

                       \*\*\*\*\*\*

PRACTICEWORKS, INC.,, ET AL.          \*
       Plaintiff(s)

                         \*

      vs.                        Civil Action No.   JFM-02-1206

                         \*

DENTAL MEDICAL
AUTOMATION                  \*
       Defendant(s)

                       \*\*\*\*\*\*

**ORDER**


      Upon consideration of defendants' motion to continue the June 18, 2004 hearing, it is, this 16th

day of June 2004

      ORDERED that the motion be denied.




                            /s/_____
                            J. Frederick Motz
                            United States District Judge