IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PRACTICEWORKS, INC., ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-02-1205 |
| | * | |
| PROFESSIONAL SOFTWARE | * | |
| SOLUTIONS OF ILLINOIS, INC. | * | |
| ***** | | |
| PRACTICEWORKS, INC., ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-02-1206 |
| | * | |
| DENTAL MEDICAL | * | |
| AUTOMATION, INC. | * | |
| ***** | | |

ORDER

For the reasons stated in the accompanying opinion, it is, this 23rd day of June 2004

ORDERED

1. It is declared that defendants are prohibited from using plaintiffs' Software to provide technical support and service to third-party customers by the terms of the Agreements entered into between the parties and by the Copyright Act.

2. The Court will defer entering a formal ruling granting Plaintiffs' motion for partial summary judgment on claims asserted in this Amended Complaint until after conferring with counsel; and

3. Plaintiffs' motion to dismiss or for partial summary judgment as to certain affirmative defenses and counterclaims is granted, provided, however, that defendants are granted leave to file amended affirmative defenses and counterclaims on or before July 23, 2004.

/s/
J. Frederick Motz
United States District Judge