UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

Memo To Counsel Re: Practiceworks, Inc., et al. v. Professional Software
Civil No. JFM-02-1205

Practiceworks, Inc., et al. v. Dental Medical Automation, Inc.
Civil No. JFM-02-1206

Dear Counsel:

    A scheduling conference will be held at 10:00 a.m. on July 16, 2004. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

    The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge