UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 12, 2004

Memo To Counsel Re: Practiceworks, Inc., et al. v. Professional Software
Civil No. JFM-02-1205

Practiceworks, Inc., et al. v. Dental Medical Automation, Inc.
Civil No. JFM-02-1206

Dear Counsel:

This will confirm that a status conference will be held by telephone at 9:45 a.m. on July 27, 2004.

This will also confirm that defendants are granted leave to file amended affirmative defenses and counterclaims on or before August 3, 2004.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge