UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 4, 2004

Memo To Counsel Re: Practiceworks, Inc., et al. v. Professional Software
Civil No. JFM-02-1205

Practiceworks, Inc., et al. v. Dental Medical Automation, Inc.
Civil No. JFM-02-1206

Dear Counsel:

After our conference yesterday, I reviewed my memorandum opinion and order dated June 23, 2004. I am persuaded that at this time no further order is required. I understand that plaintiff has a different view and, if plaintiff wishes to pursue the matter, I ask that it submit a proposed order on or before August 16, 2004.

This will also confirm that I will ask that the case be assigned to one of our magistrate judges for the purpose of holding a settlement conference. I understand that if after discussion with your clients and among yourselves you determine that such a settlement conference has no potential for success, you will promptly so advise me and the magistrate judge to whom the case is assigned promptly.

Finally, this will confirm that discovery in the case remains suspended except that plaintiff is authorized to propound written discovery on damage issues relating to its contract and copyright infringement claims.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge