# EXHIBIT "B"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

---

| | | |
|---|---|---|
| PRACTICEWORKS, INC., et al., | ) | |
| Plaintiffs | ) | Civil No.: JFM 02 CV 1205 |
| - against - | ) | |
| PROFESSIONAL SOFTWARE SOLUTIONS OF ILLINOIS, INC., | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRACTICEWORKS, INC., et al., | ) | |
| Plaintiffs | ) | Civil No.: JFM 02 CV 1206 |
| - against - | ) | |
| DENTAL MEDICAL AUTOMATION, INC., | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF LAWRENCE EYER

COUNTY OF COOK          )
                                          ) ss.:
STATE OF ILLINOIS        )

**LAWRENCE E. EYER**, being duly sworn, deposes and says:

1. I am the president of Defendant Professional Software Solutions of Illinois, Inc. ("PSSI"), in the above-captioned actions.

2. I have used the software program known as the SoftDent® Dental Management System on computers located at PSSI's offices.

3. I have never used the software program known as the SoftDent® Dental Management System on computers located at my home.

4. I have furnished to Plaintiffs any and all copies of the "Products," including the "SoftDent Software" (as those quoted terms are defined in the Settlement Agreement and Release, dated December 22, 2004 and Consent Judgment for Injunction Against Defendants, dated December 22, 2004) in PSSI's and my possession, power, custody, or control.

5. I have identified to representatives of Satterfield Computer Services, LLC all computers, storage media and/or other electronic files in PSSI's and my possession, power, custody, or control, including, without limitation, all computers, storage media and/or other electronic files located at PSSI's offices, my home and/or any other location.

_____
LAWRENCE EYER

Sworn to before me this
\_\_\_\_ day of December, 2004

_____
Notary Public