## EXHIBIT "C"

## LIST OF EMPLOYEES OF PSSI/DMA

[TO BE PROVIDED]

NYC01_83633162_1