**EXHIBIT "D"**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRACTICEWORKS, INC., et al.,

                                       Plaintiffs          )    Civil No.: JFM 02 CV 1205

        - against -

PROFESSIONAL SOFTWARE SOLUTIONS
OF ILLINOIS, INC.,

                                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRACTICEWORKS, INC., et al.,

                                         Plaintiffs          )    Civil No.: JFM 02 CV 1206

        - against -

DENTAL MEDICAL AUTOMATION, INC.,

                                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF _____**

COUNTY OF          )
                     ) ss.:
STATE OF            )

      _____, being duly sworn, deposes and says:

      1.     I am an employee of Defendant Professional Software Solutions of Illinois, Inc.
/Dental Medical Automation, Inc. ("Defendant") in the above-captioned actions.

      2.     Since _____, I have worked at Defendant's offices located at
_____ ("Defendant's Offices") in the capacity of _____ and during that

83633145_3

1

time have not worked for Defendant on computers at any other location, other than on a customer's computer(s) and/or at a customer's site, and/or at trade shows, seminars, or the like.

3.      During my employment with Defendant, I have/have not had occasion to use the software program known as the SoftDent® Dental Management System on computers located at Defendant's Offices.

4.      I have never loaded and/or used the SoftDent® Dental Management System on any computer in my home [or]

5.      [If the Employee has used the SoftDent® Dental Management System at home]  I have identified to representatives of Consultant all computers, storage media and/or other electronic files in my possession containing any copies of documents relating to the SoftDent® Dental Management System.


_____
[                                                              ]



Sworn to before me this
_____ day of December, 2004



_____
        Notary Public