FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2005 DEC 29 P 3: 29

CLERK'S OFFICE
BALTIMORE

BY_____DEPUTY

```
-------------------------------x
                               )
PRACTICEWORKS, INC., et al.,   )
                               )
                Plaintiffs     )   Civil No.: JFM 02 CV 1205
                               )
      - against -              )
                               )   Hon. J. Frederick Motz
PROFESSIONAL SOFTWARE SOLUTIONS)
OF ILLINOIS, INC.,             )
                               )
                Defendant.     )
-------------------------------x
-------------------------------x
                               )
PRACTICEWORKS, INC., et al.,   )
                               )
                Plaintiffs     )   Civil No.: JFM 02 CV 1206
                               )
      - against -              )
                               )   Hon. J. Frederick Motz
DENTAL MEDICAL AUTOMATION, INC.,)
                               )
                Defendant.     )
-------------------------------x
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all of the undersigned parties who have appeared or answered in the above-entitled action, that the action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), that the Parties waive all rights to appeal any Decision, Judgment and/or Order entered in the Actions, that each Party shall bear its own costs, and that the Court will retain jurisdiction to enforce the Settlement Agreement, dated December 27, 2004, the Consent

83633110_3

Judgment for Injunction Against Defendants, dated December 27, 2004, and, if necessary, to enter the Stipulation for Entry of Money Judgment, dated December 27, 2004.

This Stipulation may be filed without further notice with the Court.

Dated: December 27, 2004

| | |
|---|---|
| KATTEN MUCHIN ZAVIS ROSENMAN | LAW OFFICES OF MARK E. WIEMELT, P.C. |
| By /s/ Michael Gordon | By /s/ Mark Wiemelt |
| Howard E. Cotton | Mark Wiemelt |
| Michael S. Gordon | |
| 575 Madison Avenue | 10 S. LaSalle St., Suite 3300 |
| New York, New York 10022 | Chicago, Illinois 60603 |
| (212) 940-8855 | (312) 372-7664 |
| Attorney for Plaintiffs | Attorney for Defendants |

SO ORDERED this _____ day of _____, 2004:

_____
Judge, United States District
For the District of Maryland